**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pappas Piping Service, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-1582143** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **23832 Rockfield Blvd Suite 245**<br>**Lake Forest, CA 92630** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** | **Location of principal assets, if different from principal place of business** |
| County | **1450 Koll Circle, 108 San Jose, CA 95112** |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL) _____

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Pappas Piping Service, Inc.**                                    Case number (*if known*) _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **William Butler and Anne Butler**   Relationship   **President/CFO of Debtor**

Debtor  **Pappas Piping Service, Inc.**                                  Case number *(if known)* _____
Name

| | | | | |
|---|---|---|---|---|
| District | **Northern** | When | **11/20/25** | Case number, if known | **5:25-bk-51814** |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

            Contact name  _____

            Phone  _____

---

## ▊ Statistical and administrative information

**13. Debtor's estimation of available funds**                  .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Pappas Piping Service, Inc.**                                      Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 6, 2026**
                MM / DD / YYYY

X _____        **Josh Teeple**
Signature of authorized representative of debtor        Printed name

Title    **CRO**

**18. Signature of attorney**

X  /s/ David A. Wood                                    Date  **January 6, 2026**
Signature of attorney for debtor                              MM / DD / YYYY

**David A. Wood**
Printed name

**MARSHACK HAYS WOOD LLP**
Firm name

**870 Roosevelt**
**Irvine, CA 92620-3663**
Number, Street, City, State & ZIP Code

Contact phone  **(949) 333-7777**        Email address  **dwood@marshackhays.com**

**272406 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pappas Piping Service, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alamedo Co. Recorder's Office 1106 Madison St. Oakland, CA 94607 | | Vendor | | | | $105.00 |
| American Express 200 Vesey Street New York, NY 10285 | | Credit Card | | | | $5,000.00 |
| AT&T 208 S. Akard Street Dallas, TX 75202 | | Utility | | | | $0.00 |
| Business Telephone Exchange 929 Berryessa Rd., #10 San Jose, CA 95133 | | Vendor | | | | $876.00 |
| Capital One 1680 Capital One Dr. Mc Lean, VA 22102 | | Credit Card | | | | $180,000.00 |
| Cintas 6800 Cintas Blvd. Mason, OH 45040 | (513) 459-1200 | Medical Supplies | | | | $0.00 |
| City & County of San Francisco P.O. Box 7425 San Francisco, CA 94120-7425 | | Vendor | | | | $114.00 |
| Earl's Pest Control 1040 Commercial Ave., Ste 101 San Jose, CA 95112 | (408) 286 2497 | | | | | $0.00 |
| Grainger 2261 Ringwood Ave. San Jose, CA 95131 | | Vendor | | | | $935.01 |

Debtor  **Pappas Piping Service, Inc.**                                      Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Guillermo Silva 1610 Maiden Cane Way Los Banos, CA 93635** | | **Sale Agreement with Former Owner** | | | | **$400,000.00** |
| **HDS White Cap Const. Supply P.O. Box 4944 Orlando, FL 32802-4944** | | **Vendor** | | | | **$445.10** |
| **Hilti, Inc. P.O. Box 70299 Philadelphia, PA 19176-0299** | | **Vendor** | | | | **$240.93** |
| **Hitachi Global Air Power US LLC 4659 Las Positas Rd. Suite A Livermore, CA 94551** | | **Vendor** | | | | **$76,364.46** |
| **Michael P. Pappas 3063 Salisbury Dr Santa Cruz, CA 95065** | | **Sale Agreement** | | | | **$400,000.00** |
| **Pirtek SFO 1997 Burroughs Ave. San Leandro, CA 94577** | | **Vendor** | | | | **$390.51** |
| **Puretec Industrial Water 3151 Sturgis Road Oxnard, CA 93031-5387** | | **Vendor** | | | | **$240.31** |
| **Sheppard Mullin Richter & Hampton P.O. Box 840728 Los Angeles, CA 90084-0728** | | **Attorneys Fees** | | | | **$66,871.23** |
| **Steve Harmsen 26 N. State Street Salt Lake City, UT 84103** | | **Loans to Company** | | | | **$439,000.00** |
| **West America Finance 26 North State Street Salt Lake City, UT 84103** | | **Loans to the Company** | | | | **$50,000.00** |

Debtor  **Pappas Piping Service, Inc.**                              Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **William Butler 730 Mora Dr. Los Altos, CA 94024** | | **Loans to Company by Owner** | | | | **$495,000.00** |

Pappas Piping Service, Inc.
23832 Rockfield Blvd Suite 245
Lake Forest, CA 92630


David A. Wood
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620-3663


Office of the United States Trustee
411 W. Fourth Street
Suite 7160
Santa Ana, CA 92701

Adhara A. Lopez
2651 Aida Ave
San Jose, CA 95122


Alamedo Co. Recorder's Office
1106 Madison St.
Oakland, CA 94607


Alexis J. Rincon Cortes
1430 S. Wolfe Rd
Richmond, CA 94807


Alfredo Lucio Fernandez
1555 Marburg Way, Apt.15C
San Jose, CA 95133

American Express
200 Vesey Street
New York, NY 10285


Andrea T. Carabello
2717 Keppler Ct.
San Jose, CA 95148


Andy R. Mendez-Mellado
5365 St. Mark Ave
Newark, CA 94560


Anne Butler
730 Mora Dr.
Los Altos, CA 94024


AT&T
208 S. Akard Street
Dallas, TX 75202


Azuga
42840 Christy Street
Suite 205
Fremont, CA 94538


Blue Vine Capital
30 Montgomery St.
Suite 1400
Jersey City, NJ 07302


Business Telephone Exchange
929 Berryessa Rd., #10
San Jose, CA 95133

California Dept. of Tax & Fee Admin
Account Info Group, MIC: 29
P.O. Box 942789
Sacramento, CA 94279-0029

Capital One
1680 Capital One Dr.
Mc Lean, VA 22102

Carlos Suacedo-Chavez
2745 Ophelia Ave.
San Jose, CA 95122

Cintas
6800 Cintas Blvd.
Mason, OH 45040

City & County of San Francisco
P.O. Box 7425
San Francisco, CA 94120-7425

Cristobal Rodriguez
5300 Verner Ave.
Sacramento, CA 95841

Daniel Suarez
982 Princess Anne Dr.
San Jose, CA 95128

Darelyn Youngker
59 Bella Flora Lane
Patterson, CA 95363

Dollinger Properties, Inc.
555 Twin Dolphin Dr.
Ste 600
Redwood City, CA 94065


Earl's Pest Control
1040 Commercial Ave., Ste 101
San Jose, CA 95112


Eduardo Hernandez Gonzalez
1525 Marbury Way, #3E
San Jose, CA 95133


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Faustino T. Gonzalez
3323 Coachlight Dr.
San Jose, CA 95111


Ferguson Enterprises, Inc., #686
P.O. Box 740827
Los Angeles, CA 90074-0827


Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Gary L. Barnes
9104 Brea Way
Roseville, CA 95747

Grainger
2261 Ringwood Ave.
San Jose, CA 95131


Guillermo Silva
1610 Maiden Cane Way
Los Banos, CA 93635


HDS White Cap Const. Supply
P.O. Box 4944
Orlando, FL 32802-4944


Hector Hugo Acosta Macias
1801 Bermuda Way
San Jose, CA 95122


Hilti, Inc.
P.O. Box 70299
Philadelphia, PA 19176-0299


Hitachi Global Air Power US LLC
4659 Las Positas Rd.
Suite A
Livermore, CA 94551


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Isaac Martinez Perez
57 Berkshire Ave., Apt 4
Redwood City, CA 94063

Jorge F. Cisneros
5290 Great Oaks Drive
San Jose, CA 95111


Juan Guevara
450 Bell St.
Palo Alto, CA 94303


Julio C. Pena Alvarez
540 E Maude Ave., Apt. 24
Sunnyvale, CA 94085


Julio Cesar Herrera Martinez
620 E. Maude Ave., #205
Sunnyvale, CA 94085


Kevin M. Kashishian
2460 Benton Street
Santa Clara, CA 95051


Leonardo Rodriguez Lopez
5300 Verner Ave
Sacramento, CA 95841


Live Oak Banking Company
1741 Tiburon Dr.
Wilmington, NC 28403


Luis Suarez
3210 Pearl Ave., #526
San Jose, CA 95136

Luke S. Sanchez
1899 MacDuee Way
San Jose, CA 95121


Maynor Rodriguez Valdez
540 E. Mandue Ave., Apt. 18
Sunnyvale, CA 94085


Michael P. Pappas
3063 Salisbury Dr
Santa Cruz, CA 95065


Miriana De Rosas Silva
2175 Aborn Rd., #119
San Jose, CA 95121


Olises Rivera Vargas
4469 Hanalei Place
San Jose, CA 95118


Pace Supply Corp.
P.O. Box 744915
Los Angeles, CA 90074-4915


Pavion
4151 Lafayette Center Drive
Suite 700
Chantilly, VA 20151


PG&E
300 Lakeside Dr.
Oakland, CA 94612

PIRS Capital LLC
1688 Meridian Ave., Ste. 700
Miami Beach, FL 33139


PIRS/AMA Recovery
3131 Eastside St., #435
Houston, TX 77098


Pirtek SFO
1997 Burroughs Ave.
San Leandro, CA 94577


Puretec Industrial Water
3151 Sturgis Road
Oxnard, CA 93031-5387


Republic Services
18500 N. Allied Way
Phoenix, AZ 85054


Rigoberto Lopez Hernandez
26361 Regal Ave.
Hayward, CA 94544


Robert Delgado
3161 Cadillac Dr., Apt. 2
San Jose, CA 95117


Santa Clara County Dept. of Tax
110 W. Tasman Dr.
San Jose, CA 95134

Shamrock
2000 Crow Canyon Pl., #170
San Ramon, CA 94583


Sheppard Mullin Richter & Hampton
P.O. Box 840728
Los Angeles, CA 90084-0728


Spectrum VOIP
7600 Windrose ave
Ste. 350
Plano, TX 75024


Steve Harmsen
26 N. State Street
Salt Lake City, UT 84103


Steven Kitzerow
2435 Azevedo Pkwy
San Jose, CA 95125


Sunstate Equipment Rentals
P.O. Box 208439
Dallas, TX 75320-8439


SYS IT
303 Twin Dolphin Dr.
Suite 600
Redwood City, CA 94065


U-Save Rockery
598 E. Gish Rd.
San Jose, CA 95112-2706

Unified Cleaning
3000 Haas Drive
Aptos, CA 95003-3213


US Bank Equipment
P.O. Box 790448
Saint Louis, MO 63179-0448


Vincente Quiej Cal
1748 Norando Dr., #2
Sunnyvale, CA 94087


Vinicio Cruz
5365 Saint Mark Ave
Newark, CA 94560


VRC
5384 Poplar Ave.
Suite 500
Memphis, TN 38119


West America Finance
26 North State Street
Salt Lake City, UT 84103


Wilfred T. Goo
16 Lavonne Drive
Campbell, CA 95008


William Butler
730 Mora Dr.
Los Altos, CA 94024

William D. Butler
730 Mora Dr.
Los Altos, CA 94024


WinSupply of Silicon Valley
2514 Channing Ave.
San Jose, CA 95131

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David A. Wood**<br>**870 Roosevelt**<br>**Irvine, CA 92620-3663**<br>**(949) 333-7777 Fax: (949) 333-7778**<br>California State Bar Number: **272406 CA**<br>dwood@marshackhays.com | |

☑ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Pappas Piping Service, Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Josh Teeple**                                              , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.   ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
          class of the corporation's(s') equity interests:
          See Addendum

  b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **January 6, 2026** | By: _____ |
| Date | Signature of Debtor, or attorney for Debtor |
| | |
| | Name: **Josh Teeple, CRO** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                              **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Ormond Corporation

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

## United States Bankruptcy Court
### Central District of California

In re   **Pappas Piping Service, Inc.**                              Case No. _____

                                    Debtor(s)    Chapter   **11** _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Josh Teeple**, declare under penalty of perjury that I am the **Chief Restructuring Officer (CRO)** of  **Pappas Piping Service, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **10th day of December 2025**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Josh Teeple**, **CRO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Josh Teeple**, **CRO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Josh Teeple**, **CRO** of this Corporation is authorized and directed to employ **David A. Wood**, attorney and the law firm of **MARSHACK HAYS WOOD LLP** to represent the corporation in such bankruptcy case."

Date   **January 6, 2026** _____        Signed _____
                                                          Josh Teeple

**UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS
TO ACTION WITHOUT A MEETING**

**OF**

**PAPPAS PIPING SERVICE, INC.
A CALIFORNIA CORPORATION**

The undersigned, constituting all of the Directors of Pappas Piping Service, Inc., a California corporation (hereinafter the "Company"), acting without a meeting as permitted by Section 307 of the California General Corporation Law do hereby consent, adopt, ratify and confirm the following recitals and resolutions:

WHEREAS, there has been presented to the Board of Directors the necessity to approve the appointment of a Chief Restructuring Officer ("CRO");

NOW, THEREFORE, BE IT RESOLVED, that the CRO be, and hereby is, authorized to determine, based upon the Company's financial circumstances as of the date hereof, any subsequent events, and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, members and other interested parties, that a voluntary petition ("Petition") be filed by the Company under the provisions of chapter 11 of the Bankruptcy Code;

FURTHER RESOLVED that, if the CRO determines that a Petition should be filed, then such Petition shall be filed as submitted by the CRO and the same hereby is approved and adopted in all respects, and the CRO is hereby authorized and directed, on behalf of and in the name of the Company, to execute and verify such Petition and to cause the same to be filed with the United States Bankruptcy Court for Central District of California;

FURTHER RESOLVED that the CRO be, and hereby is, authorized to execute and file all petitions, schedules, lists, and other pleading and papers, and to take any and all actions which he may deem necessary and proper in connection with such bankruptcy proceedings under said chapter 11 and in that regard to retain and employ assistance by legal counsel, other professionals, or such individuals as he may deem necessary and proper with a view to the successful conclusion of such bankruptcy proceedings.

FURTHER RESOLVED that the CRO be, and hereby is, authorized to make all decisions relating to the Company or its management after the execution of this Resolution;

1

FURTHER RESOLVED, that the following persons be and they hereby are elected to the office(s) of the Company set opposite their name, to serve at the pleasure of the Board of Directors:

| Name | Office(s) |
|------|-----------|
| William Butler | President, Chief Financial Officer and Secretary |
| Josh Teeple | Chief Restructuring Officer |

FURTHER RESOLVED that Marshack Hays Wood LLP be, and hereby is, retained as attorneys for the Company.  Marshack Hays Wood LLP may take such actions as are directed by the CRO, including but not limited to, the filing of a bankruptcy petition under Title 11 of the United States Code of the prosecution of such a case to its conclusion.

This Unanimous Written Consent shall be filed with the Secretary of the Company who is hereby instructed to insert it in the Minute Book of the Company.

IN WITNESS WHEREOF, the undersigned, constituting all of the Board of Directors, hereby unanimously consent to and adopt the foregoing actions and resolutions and have executed these resolutions as of the 10th day of December, 2025.


William Butler (Dec 31, 2025 13:46:26 PST)
William Butler


Anne Butler (Dec 14, 2025 20:29:02 MST)
Anne Butler

2