DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Proposed Attorneys for
PAPPAS PIPING SERVICE, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PAPPAS PIPING SERVICE, INC.,<br><br>Debtor. | Case No. 8:26-bk-10033-MH<br><br>Chapter 11<br><br>NOTICE OF CONTINUED HEARING RE: DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL TO CONFIRM THAT ITS SECURED CREDITOR IS ADEQUATELY PROTECTED<br><br><u>Hearing:</u><br>Date: January 9, 2026<br>Time: 10:00 a.m.<br>Ctrm: 6C<br>Place: 411 West Fourth Street<br>           Santa Ana, CA 92701 |

TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on January 12, 2026, as Dk. No. 27, the Court entered an Order Granting Debtor's Motion ("Cash Collateral Motion") for Order Authorizing Use of Cash Collateral to confirm That Its Secured Creditor Is Adequately Protected ("Cash Collateral Order").

1

NOTICE OF HEARING ON CASH COLLATERAL MOTION

1 | The Cash Collateral Motion was filed on January 6, 2026, as Dk. No. 2. A true and correct copy of
2 | the Cash Collateral Order is attached to this notice as **Exhibit "1."**
3 |      PLEASE TAKE FURTHER NOTICE that the Court has continued the Cash Collateral
4 | Motion for final hearing on **February 3, 2026, at 2:30 p.m.** The deadline for Debtor to file any
5 | supplemental brief in support of the Motion is January 13, 2026. The Court further set a briefing
6 | schedule for any party to file a response to the Cash Collateral Motion as **January 21, 2026**, and the
7 | deadline for the Debtor to file any reply as **January 28, 2026.**

Dated: January 13, 2026          MARSHACK HAYS WOOD LLP

By:  */s/ David A. Wood*
     DAVID A. WOOD,
     MATTHEW W. GRIMSHAW
     AARON E. DE LEEST
     SARAH R. HASSELBERGER
     Proposed Attorneys for
     Pappas Piping Service Inc.

**EXHIBIT 1**

1 | DAVID A. WOOD, #272406
dwood@marshackhays.com
2 | MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
3 | AARON E. DE LEEST, #216832
adeleest@marshackhays.com
4 | SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
5 | MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
6 | Telephone: 949-333-7777
Facsimile: 949-333-7778

Proposed Attorneys for
PAPPAS PIPING SERVICE, INC.

**FILED & ENTERED**

**JAN 12 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:26-bk-10033-MH |
| PAPPAS PIPING SERVICE, INC., | Chapter 11 |
| Debtor. | INTERIM ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL |
| | Hearing:<br>Date: January 9, 2026<br>Time: 11:00 a.m.<br>Ctrm: 6C<br>Place: 411 West Fourth Street<br>         Santa Ana, CA 92701 |

On January 9, 2026, at 11:00 a.m., a hearing was held before the Honorable Mark D. Houle, United States Bankruptcy Judge, on the Debtor's Motion for Order Authorizing Use of Cash Collateral to Confirm the Secured Creditor is Adequately Protected ("Motion") filed by the Debtor, Papas Piping Service, Inc., ("Debtor") on January 6, 2026, as Dk. No. 2. All appearances were as noted on the record.

1

Having determined that service of the Motion was proper under the circumstances, and after considering the Motion and all papers in support thereof, the presentation of counsel, and for good cause shown,

**IT IS ORDERED** that:

1. The Motion is granted on an interim basis.

2. The Debtor is authorized to immediately use cash collateral on an interim basis in accordance with the budget attached as Exhibit 6 to the Motion (the "Budget") pending a final hearing on the Motion.

3. Live Oak Banking Company ("Live Oak") is adequately protected based on the cash payments proposed by the Debtor in the Budget. In addition, to the extent that Debtor's use of its pre-petition accounts receivable results in a decrease in the value of the Live Oaks's interest in the pre-petition accounts receivable, Live Oak shall be granted a replacement lien with the same extent, validity, and priority consistent with its prepetition lien and security interest on the Debtor's post-petition accounts receivable.

4. To the extent it is entitled to adequate protection, Pirs Capital LLC is adequately protected by the cash payments proposed by the Debtor in the Budget.

5. The hearing on the Motion is continued for a final hearing on February 3, 2026, at 2:30 p.m.

6. The Debtor shall give notice of the final hearing on the Motion no later than January 13, 2026.

7. The deadline for the Debtor to file any supplemental brief in support of the Motion is January 13, 2026.

8. The deadline for parties to file a response or opposition to the Motion is January 21, 2026.

9. The deadline for parties to file a reply is January 28, 2026.

//

//

//

10. The stay provided by Federal Rule of Bankruptcy Procedure 6004(h) is hereby waived.

###

Date: January 12, 2026

Mark Houle
United States Bankruptcy Judge

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF CONTINUED HEARING RE: DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL TO CONFIRM THAT ITS SECURED CREDITOR IS ADEQUATELY PROTECTED** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 13, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR DEBTOR:** Aaron E. De Leest     adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **US TRUSTEE: United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR: David Wood**     dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **January 13, 2026**, I delivered the document described above via email to Stretto, Debtor's claims and noticing agent, for service on the interested parties at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. Upon completion of the service by Stretto to interested parties, Stretto will file a Certificate of Service listing the addresses served.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 13, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
**PRESIDING JUDGE'S COPY**
HONORABLE MARK D. HOULE
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 6135 / COURTROOM 6C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 13, 2026 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:** CONTINUED:

**UST**
UNITED STATES TRUSTEE (SA)
411 W FOURTH ST., SUITE 7160
SANTA ANA, CA 92701-4500

**DEBTOR**
PAPPAS PIPING SERVICE, INC.
23832 ROCKFIELD BLVD.
SUITE 245
LAKE FOREST, CA 92630-2884

**SECURED CREDITOR**
BLUE VINE CAPITAL
30 MONTGOMERY ST.
SUITE 1400
JERSEY CITY, NJ 07302-3857

**SECURED CREDITOR**
CT CORPORATION SYSTEMS
U240026990432
3300 N. BRAND BLVD, STE 700
ATTN: SPRS
GLENDALE, CA 91203

**SPECIAL NOTICE**
CT CORPORATION SYSTEMS
U240026990432
C/O WOLTERS KLUWER LIEN SOLUTIONS
PO BOX 29071
GLENDALE, CA 91209

**SECURED CREDITOR**
FERGUSON ENTERPRISES, INC., #686
P.O. BOX 740827
LOS ANGELES, CA 90074-0827

**SECURED CREDITOR**
GREAT AMERICAN LEASING CORP
U107236837087
625 1ST ST, SE
CEDAR RAPIDS, IA 524012030

**SPECIAL NOTICE**
GREAT AMERICAN LEASING CORP
U107236837087
C/O CT CORPORATION SYSTEMS
3300 N. BRAND BLVD, STE 700
GLENDALE, CA 91203

**SECURED CREDITOR**
GREAT AMERICAN LEASING CORP
U087149114661
625 1ST ST, SE
CEDAR RAPIDS, IA 524012030

**SECURED CREDITOR**
LIVE OAK BANKING COMPANY
1741 TIBURON DR.
WILMINGTON, NC 28403-6244

**SECURED CREDITOR**
LIVE OAK BANKING COMPANY
C/O THE COLLIE FIRM, PLLC
3957 GASPAR DRIVE
DALLAS, TX 75220

**SECURED CREDITOR**
PACE SUPPLY CORP.
P.O. BOX 744915
LOS ANGELES, CA 90074-4915

**SPECIAL NOTICE**
PIRS/AMA RECOVERY
C/O PIRS CAPITAL LLC
1688 MERIDIAN AVE., STE. 700
MIAMI BEACH, FL 33139-2713

**SECURED CREDITOR**
PIRS/AMA RECOVERY
3131 EASTSIDE ST., #435
HOUSTON, TX 77098-1947

**SPECIAL NOTICE**
PIRS/AMA RECOVERY
AMA RECOVERY GROUP, LLC
3131 EASTSIDE ST., #435
HOUSTON, TX 77098-1947

**SECURED CREDITOR**
SUNSTATE EQUIPMENT RENTALS
P.O. BOX 208439
DALLAS, TX 75320-8439

**TOP 20 UNSECURED CREDITOR**
ALAMEDO CO. RECORDER'S OFFICE
1106 MADISON ST.
OAKLAND, CA 94607-4901

**TOP 20 UNSECURED CREDITOR**
AMERICAN EXPRESS
200 VESEY STREET
NEW YORK, NY 10285-0002

**UTILITY CREDITOR / TOP 20 UNSECURED CREDITOR**
AT&T
208 S. AKARD STREET
DALLAS, TX 75202-4206

**TOP 20 UNSECURED CREDITOR**
BUSINESS TELEPHONE EXCHANGE
929 BERRYESSA RD., #10
SAN JOSE, CA 95133-1084

**TOP 20 UNSECURED CREDITOR**
CAPITAL ONE
1680 CAPITAL ONE DR.
MC LEAN, VA 22102-3407

**TOP 20 UNSECURED CREDITOR**
CINTAS
6800 CINTAS BLVD.
MASON, OH 45040-9151

**TOP 20 UNSECURED CREDITOR**
CITY & COUNTY OF SAN FRANCISCO
P.O. BOX 7425
SAN FRANCISCO, CA 94120-7425

**TOP 20 UNSECURED CREDITOR**
EARL'S PEST CONTROL
1040 COMMERCIAL AVE., STE 101
SAN JOSE, CA 95112-1418

**TOP 20 UNSECURED CREDITOR**
GRAINGER
2261 RINGWOOD AVE.
SAN JOSE, CA 95131-1792

**TOP 20 UNSECURED CREDITOR**
GUILLERMO SILVA
1610 MAIDEN CANE WAY
LOS BANOS, CA 93635-8546

**TOP 20 UNSECURED CREDITOR**
HDS WHITE CAP CONST. SUPPLY
P.O. BOX 4944
ORLANDO, FL 32802-4944

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**TOP 20 UNSECURED CREDITOR**
HILTI, INC.
P.O. BOX 70299
PHILADELPHIA, PA 19176-0299

**TOP 20 UNSECURED CREDITOR**
HITACHI GLOBAL AIR POWER US LLC
4659 LAS POSITAS RD.
SUITE A
LIVERMORE, CA 94551-9663

**TOP 20 UNSECURED CREDITOR**
PIRTEK SFO
1997 BURROUGHS AVE.
SAN LEANDRO, CA 94577-5609

**TOP 20 UNSECURED CREDITOR**
PURETEC INDUSTRIAL WATER
3151 STURGIS ROAD
OXNARD, CA 93030-8931

**TOP 20 UNSECURED CREDITOR**
SHEPPARD MULLIN RICHTER & HAMPTON
P.O. BOX 840728
LOS ANGELES, CA 90084-0728

**TOP 20 UNSECURED CREDITOR**
STEVE HARMSEN
26 N. STATE STREET
SALT LAKE CITY, UT 84103-2059

**TOP 20 UNSECURED CREDITOR**
WEST AMERICA FINANCE
26 NORTH STATE STREET
SALT LAKE CITY, UT 84103-2059

**INTERESTED PARTY**
ANNE BUTLER
730 MORA DR.
LOS ALTOS, CA 94024-6616

**INTERESTED PARTY**
BBSI (BARRET BUSINESS SERVICES, INC.)
2560 N FIRST ST, #180
SAN JOSE, CA 95131

**UTILITY CREDITOR**
PG&E
300 LAKESIDE DR.
OAKLAND, CA 94612-3655

**UTILITY CREDITOR**
REPUBLIC SERVICES
18500 N. ALLIED WAY
PHOENIX, AZ 85054-3101

**UTILITY CREDITOR**
SPECTRUM VOIP
7600 WINDROSE AVE
STE. 350
PLANO, TX 75024-0169

**INTERESTED PARTY / PRIORITY CREDITOR**
WILLIAM D. BUTLER
730 MORA DR.
LOS ALTOS, CA 94024-6616

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                      **F 9013-3.1.PROOF.SERVICE**