**Fill in this information to identify the case:**

Debtor name **Pappas Piping Service, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:26-bk-10033-MH**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 20, 2026__     X _____
                                          Signature of individual signing on behalf of debtor

                                          **Josh Teeple**
                                          Printed name

                                          **CRO**
                                          Position or relationship to debtor

# United States Bankruptcy Court
## Central District of California

In re    **Pappas Piping Service, Inc.**                      Case No.   **8:26-bk-10033-MH**

                                    Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Ormond Corporation** | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CRO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 20, 2026**                     Signature _Josh Teeple_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**William Butler and Anne Butler (President/CFO of Debtor) - Northern District of CA, filed on 11/20/25 as Case No. 5:25-bk-51814**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Mission Viejo _____ , California.

Date:    **January 20, 2026** _____

_____
Josh Teeple
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                   *Page 1*                **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Pappas Piping Service, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:26-bk-10033-MH**

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................    $     **3,386,184.77**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................    $     **3,386,184.77**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **3,814,951.30**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     **2,108,234.32**

4.  Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b    $     **5,923,185.62**

**Fill in this information to identify the case:**

Debtor name **Pappas Piping Service, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:26-bk-10033-MH**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Poppy Bank** | **Checking** | 3984 | $251,056.81 |
| 3.2. | **Chase Bank** | **Checking** | 2476 | $100.09 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**          **$251,156.90**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **Commercial Lease - Dollinger Properties, Inc. is Lessor**          **$2,758.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Pappas Piping Service, Inc.**                                        Case number *(If known)*   **8:26-bk-10033-MH**
_____
Name

Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                        | $2,758.00 |
Add lines 7 through 8. Copy the total to line 81.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **2,829,327.64**    -    **0.00**    = ....    **$2,829,327.64**
                            face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    **113,192.23**    -    **0.00**    =....    **$113,192.23**
                          face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                       | $2,942,519.87 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4:    Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** Misc. office furniture | **$0.00** | | **$3,000.00** |

40.    **Office fixtures**

Debtor  **Pappas Piping Service, Inc.**                    Case number *(If known)*  **8:26-bk-10033-MH**
Name

| | | |
|---|---|---|
| **Misc. office fixtures** | $0.00 | $250.00 |

| | | | |
|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| | **Misc. office equipment** | $0.00 | $7,500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$10,750.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2022 Ford F150 - 3953** | $38,071.97 | | $12,000.00 |
| 47.2. **2016 Ford T-250 Van - 0654** | $25,306.78 | | $13,500.00 |
| 47.3. **2019 Ford F150 Truck - 8606** | $28,680.53 | | $8,000.00 |
| 47.4. **2014 Ford F150 Truck - 5056** | $0.00 | | $3,500.00 |
| 47.5. **2014 Ford F-150 - 55060** | $0.00 | | $3,500.00 |
| 47.6. **2016 Ford F-150 Short Bed - 4813** | $18,865.49 | | $8,000.00 |
| 47.7. **2016 Ford F150 - 7583** | $18,653.38 | | $7,500.00 |
| 47.8. **2017 Ford Transit Connect - 2207** | $24,814.80 | | $10,000.00 |
| 47.9. **2017 Ford F150 Supercab - 4701** | $40,320.78 | | $13,000.00 |

| Debtor | **Pappas Piping Service, Inc.** | | Case number *(If known)*  **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.10. | 2017 Ford F250 SD - 5277 | $40,410.97 | $13,000.00 |
| 47.11. | 2018 Ford F150 Supercab - 4891 | $31,495.20 | $11,000.00 |
| 47.12. | 2019 Ford F250SD - 7839 | $52,227.47 | $13,000.00 |
| 47.13. | 2019 Ford F150 - 4204 | $36,538.31 | $10,000.00 |
| 47.14. | 2019 Ford F150 Truck - 8184 | $28,680.53 | $8,000.00 |
| 47.15. | 2020 Ford F250 F2A - 9766 | $50,705.33 | $14,000.00 |
| 47.16. | 2021 Ford Super Duty F250 SRW - 9116 | $59,732.34 | $18,500.00 |
| 47.17. | 2021 PJ Trailer - Dump Trailer - 3539 | $0.00 | $2,500.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
     **Jetting Trailer - 2698**                              $0.00                              $10,000.00

51.  **Total of Part 8.**

| | $179,000.00 |
|---|---|

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **Pappas Piping Service, Inc.**
_____    Case number *(If known)*    **8:26-bk-10033-MH**
Name

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** **www.pappaspiping.com** | **$0.00** | | **Unknown** |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No

☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor    **Pappas Piping Service, Inc.**                                     Case number *(If known)*   **8:26-bk-10033-MH**
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $251,156.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,758.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,942,519.87 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $179,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,386,184.77 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,386,184.77 |

**Fill in this information to identify the case:**

Debtor name  **Pappas Piping Service, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:26-bk-10033-MH**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Blue Vine Capital** |  |
|---|---|---|
| | Creditor's Name | |

Describe debtor's property that is subject to a lien ............ | **$74,670.95** | **$0.00**

**30 Montgomery St.
Suite 1400
Jersey City, NJ 07302**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
Creditor's email address, if known     ■ No
                                        ☐ Yes
**Date debt was incurred**              Is anyone else liable on this claim?
                                        ■ No
**Last 4 digits of account number**     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**     As of the petition filing date, the claim is:
■ No                                                                  Check all that apply
☐ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Contingent
                                                                     ☐ Unliquidated
                                                                     ☐ Disputed

| 2.2 | **CT Corporation System** |
|---|---|
| | Creditor's Name |

Describe debtor's property that is subject to a lien ............ | **Unknown** | **$0.00**

**330 N. Brand Bvld., Ste. 700
Attn: SPRS
Glendale, CA 91203**
Creditor's mailing address

Describe the lien
**UCC - U240026990432**
Is the creditor an insider or related party?
Creditor's email address, if known     ■ No
                                        ☐ Yes
**Date debt was incurred**              Is anyone else liable on this claim?
**03/21/2024**                          ■ No
**Last 4 digits of account number**     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**     As of the petition filing date, the claim is:
                                                                     Check all that apply

| Debtor | **Pappas Piping Service, Inc.** | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Ferguson Enterprises, Inc., #686** | Describe debtor's property that is subject to a lien | $12,291.09 | $0.00 |

Creditor's Name

**P.O. Box 740827
Los Angeles, CA
90074-0827**

Creditor's mailing address

**Vendor**

**Describe the lien**

**Mechanics Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7850**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Great American Leasing Corp** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**625 1st St., SE
Cedar Rapids, IA
52401-2030**

Creditor's mailing address

**Describe the lien**

**UCC 107236837087**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Great American Leasing Corp.** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**P.O. Box 609
Cedar Rapids, IA
52406-0609**

Creditor's mailing address

**Describe the lien**

---

| Debtor | **Pappas Piping Service, Inc.** | Case number *(if known)* | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

**UCC 087149114661**

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Live Oak Banking Company** | Describe debtor's property that is subject to a lien | **$3,156,417.71** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**1741 Tiburon Dr.
Wilmington, NC 28403**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2433**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Pace Supply Corp.** | Describe debtor's property that is subject to a lien | **$363,068.15** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P.O. Box 744915
Los Angeles, CA
90074-4915**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1020**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Pappas Piping Service, Inc. | | Case number (if known) | 8:26-bk-10033-MH |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

---

| 2.8 | PIRS/AMA Recovery | Describe debtor's property that is subject to a lien | $198,181.72 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**3131 Eastside St., #435
Houston, TX 77098**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
2638**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.9 | Sunstate Equipment Rentals | Describe debtor's property that is subject to a lien | $10,321.68 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Vendor**

**P.O. Box 208439
Dallas, TX 75320-8439**

Creditor's mailing address

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
1895**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,814,951.30 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

| Debtor | **Pappas Piping Service, Inc.** | | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|---|
| | Name | | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AMA Recovery Group, LLC**<br>**3131 Eastside St.**<br>**#435**<br>**Houston, TX 77098** | Line **2.8** | |
| **CT Corporation System**<br>**400 E. Court Ave.**<br>**Des Moines, IA 50309** | Line **2.4** | |
| **PIRS Capital LLC**<br>**1688 Meridian Ave., Ste. 700**<br>**Miami Beach, FL 33139** | Line **2.8** | **1421** |
| **The Collie Firm, PLLC**<br>**3957 Gaspar Drive**<br>**Dallas, TX 75220** | Line **2.6** | |
| **Wolters Kluwer Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209** | Line **2.2** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 5

**Fill in this information to identify the case:**

Debtor name       **Pappas Piping Service, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:26-bk-10033-MH**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Adhara A. Lopez** | *Check all that apply.* | | |
| | **2651 Aida Ave** | ☐ Contingent | | |
| | **San Jose, CA 95122** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Current Employee - Notice purposes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Alexis J. Rincon Cortes** | *Check all that apply.* | | |
| | **1430 S. Wolfe Rd** | ☐ Contingent | | |
| | **Richmond, CA 94807** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Current Employee - Notice purposes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | **Pappas Piping Service, Inc.** | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Alfredo Lucio Fernandez**
**1555 Marburg Way, Apt.15C**
**San Jose, CA 95133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Andrea T. Carabello**
**2717 Keppler Ct.**
**San Jose, CA 95148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Andy R. Mendez-Mellado**
**5365 St. Mark Ave**
**Newark, CA 94560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**California Dept. of Tax & Fee**
**Admin**
**Account Info Group, MIC: 29**
**P.O. Box 942789**
**Sacramento, CA 94279-0029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Pappas Piping Service, Inc.** | | Case number *(if known)* | **8:26-bk-10033-MH** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Carlos Suacedo-Chavez**
**2745 Ophelia Ave.**
**San Jose, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Cristobal Rodriguez**
**5300 Verner Ave.**
**Sacramento, CA 95841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Daniel Suarez**
**982 Princess Anne Dr.**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Darelyn Youngker**
**59 Bella Flora Lane**
**Patterson, CA 95363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pappas Piping Service, Inc.** | | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Eduardo Hernandez Gonzalez**
**1525 Marbury Way, #3E**
**San Jose, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Employment Development**
**Department**
**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Faustino T. Gonzalez**
**3323 Coachlight Dr.**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section, MS:A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Pappas Piping Service, Inc.** | Case number (if known) | **8:26-bk-10033-MH** |
| --- | --- | --- | --- |
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Gary L. Barnes**
**9104 Brea Way**
**Roseville, CA 95747**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Hector Hugo Acosta Macias**
**1801 Bermuda Way**
**San Jose, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Isaac Martinez Perez**
**57 Berkshire Ave., Apt 4**
**Redwood City, CA 94063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Pappas Piping Service, Inc.** | Case number *(if known)* | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Jorge F. Cisneros**
**5290 Great Oaks Drive**
**San Jose, CA 95111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Juan Guevara**
**450 Bell St.**
**Palo Alto, CA 94303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Julio C. Pena Alvarez**
**540 E Maude Ave., Apt. 24**
**Sunnyvale, CA 94085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Julio Cesar Herrera Martinez**
**620 E. Maude Ave., #205**
**Sunnyvale, CA 94085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Pappas Piping Service, Inc.** | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kevin M. Kashishian**
**2460 Benton Street**
**Santa Clara, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Leonardo Rodriguez Lopez**
**5300 Verner Ave**
**Sacramento, CA 95841**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Luis Suarez**
**3210 Pearl Ave., #526**
**San Jose, CA 95136**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Luke S. Sanchez**
**1899 MacDuee Way**
**San Jose, CA 95121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Pappas Piping Service, Inc.** | | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|---|

Name

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maynor Rodriguez Valdez**
**540 E. Mandue Ave., Apt. 18**
**Sunnyvale, CA 94085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Michael P. Pappas**
**3063 Salisbury Dr**
**Santa Cruz, CA 95065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Miriana De Rosas Silva**
**2175 Aborn Rd., #119**
**San Jose, CA 95121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Olises Rivera Vargas**
**4469 Hanalei Place**
**San Jose, CA 95118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Pappas Piping Service, Inc.** | Case number *(if known)* | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rigoberto Lopez Hernandez**
**26361 Regal Ave.**
**Hayward, CA 94544**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Robert Delgado**
**3161 Cadillac Dr., Apt. 2**
**San Jose, CA 95117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Santa Clara County Dept. of Tax**
**110 W. Tasman Dr.**
**San Jose, CA 95134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Steven Kitzerow**
**2435 Azevedo Pkwy**
**San Jose, CA 95125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Pappas Piping Service, Inc.** | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Vincente Quiej Cal
1748 Norando Dr., #2
Sunnyvale, CA 94087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Vinicio Cruz
5365 Saint Mark Ave
Newark, CA 94560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wilfred T. Goo
16 Lavonne Drive
Campbell, CA 95008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**William D. Butler
730 Mora Dr.
Los Altos, CA 94024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current Employee - Notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Pappas Piping Service, Inc.** | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

---

**3.1**

**Nonpriority creditor's name and mailing address**
**A&B Concrete Pumping Inc.**
**P.O. Box 981**
**San Jose, CA 95108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**
**Able Septic Tank Service**
**1020 Ruff Drive**
**San Jose, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes only.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**
**Alamedo Co. Recorder's Office**
**1106 Madison St.**
**Oakland, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$105.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**
**American Express**
**200 Vesey Street**
**New York, NY 10285**

Date(s) debt was incurred _

Last 4 digits of account number  **1024**

As of the petition filing date, the claim is: *Check all that apply.*   **$5,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**
**AT&T**
**208 S. Akard Street**
**Dallas, TX 75202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
**Azuga Inc.**
**P.O. Box 735291**
**Chicago, IL 60673-5291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**

**Nonpriority creditor's name and mailing address**
**Bay Area Asphalt & Cement Works**
**545 Nipper Avenue**
**San Jose, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pappas Piping Service, Inc.** | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Bayshore Automotive**<br>**1394 N. Fourth St.**<br>**San Jose, CA 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| **Last 4 digits of account number** __ | Basis for the claim: __Vendor- Notice purposes only__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Bennett Marine Utility**<br>**P.O. Box 117100**<br>**Burlingame, CA 94010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| **Last 4 digits of account number** __ | Basis for the claim: __Notice purposes only__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Berlin Food & Lab Equip. Co.**<br>**c/o Mark Cottonaro**<br>**43 S.Linden Ave.**<br>**South San Francisco, CA 94080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| **Last 4 digits of account number** __ | Basis for the claim: __Vendor- Notice purposes only__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Bruce Tire, Inc.**<br>**c/o GB Auto Service**<br>**P.O. Box 280942**<br>**Dallas, TX 75320-8942** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| **Last 4 digits of account number** __ | Basis for the claim: __Vendor- Notice purposes only__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Burdick Painting**<br>**705 Nuttman Street**<br>**Santa Clara, CA 95054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| **Last 4 digits of account number** __ | Basis for the claim: __Vendor- Notice purposes only__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $876.00 |
|---|---|---|
| **Business Telephone Exchange**<br>**929 Berryessa Rd., #10**<br>**San Jose, CA 95133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| **Last 4 digits of account number** __ | Basis for the claim: __Vendor__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180,000.00 |
|---|---|---|
| **Capital One**<br>**1680 Capital One Dr.**<br>**Mc Lean, VA 22102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| **Last 4 digits of account number  3626** | Basis for the claim: __Credit Card__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Pappas Piping Service, Inc.** | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

---

**3.15**

**Nonpriority creditor's name and mailing address**
**Cintas**
**6800 Cintas Blvd.**
**Mason, OH 45040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16**

**Nonpriority creditor's name and mailing address**
**Cintas**
**P.O. Box 631025**
**Cincinnati, OH 45263-1025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.17**

**Nonpriority creditor's name and mailing address**
**City & County of San Francisco**
**P.O. Box 7425**
**San Francisco, CA 94120-7425**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$114.00**

---

**3.18**

**Nonpriority creditor's name and mailing address**
**Colonial Life Insurance**
**P.O. Box 903**
**Columbia, SC 29202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.19**

**Nonpriority creditor's name and mailing address**
**County of San Mateo- Env Health**
**2000 Alameda de Las Pulgas**
**St. 100**
**San Mateo, CA 94403**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**
**Dahl's Equipment Rentals Inc.**
**1110 N. Tenth St.**
**San Jose, CA 95112-4409**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**
**De Lage Landen**
**P.O. Box 825736**
**Philadelphia, PA 19182-5736**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$782.24**

---

| Debtor | Pappas Piping Service, Inc. | | Case number (if known)   8:26-bk-10033-MH |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Digital Concrete Scanning Serv**
**2257 Harbor Bay Pkwy**
**Alameda, CA 94502**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Earl's Pest Control**
**1040 Commercial Ave., Ste 101**
**San Jose, CA 95112**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Exxell Fire Systems**
**360 Grand Ave., #355**
**Oakland, CA 94610**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Faultline Marketing**
**1821 S. Bascom Ave., #301**
**Campbell, CA 95008**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Fedex**
**P.O. Box 7221**
**Duarte, CA 91009-7321**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $935.01

**Grainger**
**2261 Ringwood Ave.**
**San Jose, CA 95131**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **4617**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00

**Grant Phillips Law, PLLC**
**670 Long Beach Blvd.**
**Long Beach, NY 11561**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pappas Piping Service, Inc.** | Case number *(if known)* | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address**
Guillermo Silva
1610 Maiden Cane Way
Los Banos, CA 93635

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$400,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sale Agreement with Former Owner**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
Harrington Industrial Plastics
P.O. Box 676273
Dallas, TX 75267-6273

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**
Haynie & Company
1785 West 2300
South 2nd Floor
Salt Lake City, UT 84119

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**
HDS White Cap Const. Supply
P.O. Box 4944
Orlando, FL 32802-4944

Date(s) debt was incurred __

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address**
Heffernan Insurance Brokers
P.O. Box 4006
Walnut Creek, CA 94596

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address**
Hilti, Inc.
P.O. Box 70299
Philadelphia, PA 19176-0299

Date(s) debt was incurred __

Last 4 digits of account number  **2255**

As of the petition filing date, the claim is: *Check all that apply.*    **$240.93**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address**
Hitachi Global Air Power US LLC
4659 Las Positas Rd.
Suite A
Livermore, CA 94551

Date(s) debt was incurred __

Last 4 digits of account number  **1316**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pappas Piping Service, Inc.** | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Home Depot**
**Dept. 32 - 2188824647**
**PO Box 9001030**
**Louisville, KY 40290-1030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor - Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kad Technical Services, Inc.**
**c/o Kenneth Demers**
**5566 Tyler Place**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor - Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kaiser Foundation Health Plan**
**File 5915**
**Los Angeles, CA 90074-5915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor - Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lefevre Welding Inc.**
**2511 Isabelle Ave**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor - Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Linde Gas & Equipment, Inc.**
**Dept. LA 21511**
**Pasadena, CA 91185-1511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400,000.00**

**Michael P. Pappas**
**3063 Salisbury Dr**
**Santa Cruz, CA 95065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Sale Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Microsoft One**
**Microsoft Way**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor -Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pappas Piping Service, Inc.** | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Milpitas Materials Co**
**1125 N. Milptas Blvd.**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**MRC - Rabbit**
**P.O. Box 843760**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor- Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Oil Changers**
**P.O. Box 847488**
**Los Angeles, CA 90084-7488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor- Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**On-Site Health & Safety**
**P.O. Box 248947**
**Oklahoma City, OK 73124-8947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor- Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Pavion**
**4151 Lafayette Center Drive**
**Suite 700**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Security System**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Pearl Capital**
**525 Washington Blvd.**
**22nd Fl**
**Jersey City, NJ 07310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor- Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**PG&E**
**300 Lakeside Dr.**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pappas Piping Service, Inc.** | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.51 |
|---|---|---|---|

**Pirtek SFO**
**1997 Burroughs Ave.**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Printos Studio**
**74 Race St.**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor- Notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Puretec Industrial Water**
**3151 Sturgis Road**
**Oxnard, CA 93031-5387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice purposes only__

Last 4 digits of account number __4721__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Red Wing Bus. Advantage**
**P.O. Box 844329**
**Dallas, TX 75284-4329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor- Notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Republic Services**
**18500 N. Allied Way**
**Phoenix, AZ 85054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trash services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ryan Herco Products Corp.**
**P.O. Box 74007459**
**Chicago, IL 60674-7459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Santa Clara Windustrial**
**1525 Walsh Ave.**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pappas Piping Service, Inc.** | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address

**Sheppard Mullin Richter & Hampton**
**P.O. Box 840728**
**Los Angeles, CA 90084-0728**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys Fees**

Is the claim subject to offset? ☑ No ☐ Yes

$66,871.23

---

**3.58** | Nonpriority creditor's name and mailing address

**Spectrum VOIP**
**7600 Windrose ave**
**Ste. 350**
**Plano, TX 75024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phone Services**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.59** | Nonpriority creditor's name and mailing address

**Steve Harmsen**
**26 N. State Street**
**Salt Lake City, UT 84103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans to Company**

Is the claim subject to offset? ☑ No ☐ Yes

$439,000.00

---

**3.60** | Nonpriority creditor's name and mailing address

**Swagelok**
**P.O. Box 51624**
**Los Angeles, CA 90051-7801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

$2,090.38

---

**3.61** | Nonpriority creditor's name and mailing address

**Sweeney Mason**
**983 University Ave., Ste. C104**
**Los Gatos, CA 95032-7637**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.62** | Nonpriority creditor's name and mailing address

**SYS IT**
**303 Twin Dolphin Dr.**
**Suite 600**
**Redwood City, CA 94065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT Dept.**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.63** | Nonpriority creditor's name and mailing address

**Traveler's Claims**
**13607 Collections Center**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Pappas Piping Service, Inc.** | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Travelers CL Remittance Center**
**P.O. Box 660317**
**Dallas, TX 75266-0317**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**U Line**
**8800 Military Rd.**
**Reno, NV 89506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**U-Save Rockery**
**598 E. Gish Rd.**
**San Jose, CA 95112-2706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Unified Cleaning Services**
**3000 Haas Drive**
**Aptos, CA 95003-3213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,570.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**United Concrete Cutting Inc.**
**2127 Jamaica Way**
**San Jose, CA 95122-1738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$31,757.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**University Electric**
**1500 Martin Ave.**
**Santa Clara, CA 95050-2633**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Verizon Wireless**
**P.O. Box 660108**
**Dallas, TX 75266-0108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor- Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Pappas Piping Service, Inc.** | Case number *(if known)* | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**VRC**
5384 Poplar Ave.
Suite 500
Memphis, TN 38119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Shredding Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VRC Companies LLC**
Vital Records Dept. 5874
P.O. Box 11407
Birmingham, AL 35246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor- Notice purposes only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**West America Finance**
26 North State Street
Salt Lake City, UT 84103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Loans to the Company

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Western States Fire Protection Co.**
Attn: Brad Smith
470 Division Street
Campbell, CA 95008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor- Notice purposes only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,502.02** |
|---|---|---|---|

**Wex Bank**
P.O. Box 6293
Carol Stream, IL 60197-6293

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$495,000.00** |
|---|---|---|---|

**William Butler**
730 Mora Dr.
Los Altos, CA 94024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Loans to Company by Owner

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**WinSupply of Silicon Valley**
2514 Channing Ave.
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pappas Piping Service, Inc.** | Case number (if known) | **8:26-bk-10033-MH** |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wolfpack Insurance Services**
P.O. Box 156
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor- Notice purposes only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AT&T**<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | Line  **3.5**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **WEX**<br>1 Hancock Street<br>Portland, ME 04101 | Line  **3.75**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,108,234.32 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,108,234.32 |

**Fill in this information to identify the case:**

Debtor name __**Pappas Piping Service, Inc.**__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   __**8:26-bk-10033-MH**__

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Fleet Trucking** | |
| | State the term remaining | **November 2026** | **Azuga**<br>**42840 Christy Street**<br>**Suite 205**<br>**Fremont, CA 94538** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease - 1450 Koll Circle, Suites 106, 107 and 108, San Jose, CA 95112** | |
| | State the term remaining | **April 30, 2030** | **Dollinger Properties, Inc.**<br>**555 Twin Dolphin Dr.**<br>**Ste 600**<br>**Redwood City, CA 94065** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Printer** | |
| | State the term remaining | | **Shamrock**<br>**2000 Crow Canyon Pl., #170**<br>**San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Office phones** | |
| | State the term remaining | **2028** | **Spectrum VOIP**<br>**7600 Windrose ave**<br>**Ste. 350**<br>**Plano, TX 75024** |
| | List the contract number of any government contract | | |

Debtor 1   **Pappas Piping Service, Inc.**
      First Name         Middle Name        Last Name

Case number (*if known*)   **8:26-bk-10033-MH**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Plotter Lease** | |
|---|---|---|---|
| | State the term remaining | **October 2030** | |
| | List the contract number of any government contract | | **US Bank Equipment**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179-0448** |

**Fill in this information to identify the case:**

Debtor name **Pappas Piping Service, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:26-bk-10033-MH**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Anne Butler** | **730 Mora Dr.** **Los Altos, CA 94024** | **Live Oak Banking Company** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.2 **William Butler** | **730 Mora Dr.** **Los Altos, CA 94024** | **Live Oak Banking Company** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Pappas Piping Service, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:26-bk-10033-MH**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$9,100,530.00** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$6,480,526.14** |
| **For the fiscal year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$10,145,506.02** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Pappas Piping Service, Inc.** | | Case number *(if known)* | **8:26-bk-10033-MH** |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **PIRS/AMA Recovery**<br>**3131 Eastside St., #435**<br>**Houston, TX 77098** | **10/10/25,**<br>**11/10/25,**<br>**12/05/25** | **$26,000.00** | ■ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Live Oak Banking Company**<br>**1741 Tiburon Dr.**<br>**Wilmington, NC 28403** | **10/23/25 and**<br>**10/31/25** | **$78,915.00** | ■ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Michael P. Pappas**<br>**3063 Salisbury Dr**<br>**Santa Cruz, CA 95065** | **11/20/25 and**<br>**12/04/25** | **$21,374.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Original Sale**<br>**Agreement AR Payout** |
| 3.4. | **Guillermo Silva**<br>**1610 Maiden Cane Way**<br>**Los Banos, CA 93635** | **11/20/25 and**<br>**12/04/25** | **$21,374.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Original Sale**<br>**Agreement AR Payout** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Debtor | **Pappas Piping Service, Inc.** | Case number *(if known)*  **8:26-bk-10033-MH** |

---

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Dominguez v Peppes** | **Employment Dispute** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor  **Pappas Piping Service, Inc.**                                        Case number *(if known)*  **8:26-bk-10033-MH**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Grobstein Teeple**<br>**23832 Rockfield Boulevard,**<br>**#245**<br>**Lake Forest, CA 92630** | | **12/08/25** | **$11,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Marshack Hays Wood LLP**<br>**870 Roosevelt**<br>**Irvine, CA 92620** | | **12/08/25** | **$39,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Zinser Hayes**<br>**18881 Von Karman Ave**<br>**#1175**<br>**Irvine, CA 92612** | | **07/01/25,**<br>**11/06/25,**<br>**12/12/25** | **$16,210.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
   to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor
   within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
   Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Wilsonville Ford**<br>**550 Auto Center Drive**<br>**Watsonville, CA 95076** | **3 Vans/Trucks** | **June 2025** | **$70,000.00** |
| | Relationship to debtor<br>**N/A** | | | |

Debtor    **Pappas Piping Service, Inc.**                                         Case number *(if known)*    **8:26-bk-10033-MH**

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Fremont Bank, 39150 Fremont Blvd. Fremont, CA 94538** | **XXXX-4097** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2025** | **$0.00** |

---

Debtor    **Pappas Piping Service, Inc.**                                Case number *(if known)*    **8:26-bk-10033-MH**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Bank of America**<br>**100 N. Tryon St.**<br>**Charlotte, NC 28255** | **XXXX-7870** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2025** | **$0.00** |
| 18.3. | **First Republic**<br>**111 Pine St.**<br>**San Francisco, CA 94111** | **XXXX-2476** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2024** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor    **Pappas Piping Service, Inc.**                                    Case number *(if known)*    **8:26-bk-10033-MH**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Darelyn Younker**<br>**59 Bella Flora Lane**<br>**Patterson, CA 95363** | |
| 26c.2.    **Luke S. Sanchez**<br>**1899 MacDuee Way**<br>**San Jose, CA 95121** | |

Debtor    **Pappas Piping Service, Inc.**    Case number *(if known)*  **8:26-bk-10033-MH**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3.    **Savanna Wall, CPA**<br>**Haynie & Co**<br>**1785 W. 2300 South 2nd Fl**<br>**Salt Lake City, UT 84119** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Live Oak Banking Company**<br>**1741 Tiburon Dr.**<br>**Wilmington, NC 28403** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William Butler** | **730 Mora Dr.**<br>**Los Altos, CA 94024** | **President** | **0.00** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anne Butler** | **730 Mora Dr.**<br>**Los Altos, CA 94024** | **Vice President** | **0.00** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Josh Teeple** | **23832 Rockfield Blvd.**<br>**Ste 245**<br>**Lake Forest, CA 92630** | **Chief Restructuring Officer** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Pappas Piping Service, Inc.**                          Case number *(if known)*    **8:26-bk-10033-MH**

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Ormond Corporation** | **EIN:    84-3473437** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 20, 2026**

_____                **Josh Teeple**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CRO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Central District of California

In re  **Pappas Piping Service, Inc.**                                  Case No.  **8:26-bk-10033-MH**

Debtor(s)                                                Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | **39,000.00** |
| Prior to the filing of this statement I have received | $ | **39,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [List other services that counsel has agreed to provide]
        **Preparation and filing of Chapter 11 petition, schedules, statement of financial affairs, and all documents needed to commence a Chapter 11 case.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 20, 2026**                                    /s/ David A. Wood

Date                                                    **David A. Wood**
                                                        *Signature of Attorney*
                                                        **MARSHACK HAYS WOOD LLP**
                                                        **870 Roosevelt**
                                                        **Irvine, CA 92620-3663**
                                                        **(949) 333-7777  Fax: (949) 333-7778**
                                                        **dwood@marshackhays.com**
                                                        *Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**David A. Wood**
**870 Roosevelt**
**Irvine, CA 92620-3663**
**(949) 333-7777 Fax: (949) 333-7778**
California State Bar Number: **272406 CA**
dwood@marshackhays.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Pappas Piping Service, Inc.**

CASE NO.: **8:26-bk-10033-MH**

CHAPTER: **11**

Debtor(s).

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __18__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **January 20, 2026**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                            **F 1007-1.MAILING.LIST.VERIFICATION**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David A. Wood**<br>**870 Roosevelt**<br>**Irvine, CA 92620-3663**<br>**dwood@marshackhays.com**<br>**(949) 333-7777 Fax: (949) 333-7778**<br>**272406 CA**<br>**dwood@marshackhays.com**<br><br>☐ Individual appearing without attorney<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>　　　　**Pappas Piping Service, Inc.**<br><br><br><br>　　　　　　　　　　　　　　　　Debtor(s). | CASE NO.:**8:26-bk-10033-MH**<br><br>CHAPTER: **11**<br><br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F.

Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B          ☐ Schedule C          ☐ Schedule D          ☐ Schedule E/F          ☐ Schedule G
☐ Schedule H            ☐ Schedule I          ☐ Schedule J          ☐ Schedule J-2        ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Number(s)          ☐ Statement of intentions          ☐ Master Mailing List
☑ Other *(specify)*          **Supplemental Mailing List**

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date: 　**January 20, 2026**

**Josh Teeple**
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

*NOTE*:　It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                    Page 1                    **F 1007-1.1.AMENDED.SUMMARY**

A&B Concrete Pumping Inc.
P.O. Box 981
San Jose, CA 95108

Able Septic Tank Service
1020 Ruff Drive
San Jose, CA 95110

AMA Recovery Group, LLC
3131 Eastside St.
#435
Houston, TX 77098

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

Azuga Inc.
P.O. Box 735291
Chicago, IL 60673-5291

Bay Area Asphalt & Cement Works
545 Nipper Avenue
San Jose, CA 95133

Bayshore Automotive
1394 N. Fourth St.
San Jose, CA 95112

Bennett Marine Utility
P.O. Box 117100
Burlingame, CA 94010

Berlin Food & Lab Equip. Co.
c/o Mark Cottonaro
43 S.Linden Ave.
South San Francisco, CA 94080

Bruce Tire, Inc.
c/o GB Auto Service
P.O. Box 280942
Dallas, TX 75320-8942

Burdick Painting
705 Nuttman Street
Santa Clara, CA 95054

Cintas
P.O. Box 631025
Cincinnati, OH 45263-1025

Colonial Life Insurance
P.O. Box 903
Columbia, SC 29202

County of San Mateo- Env Health
2000 Alameda de Las Pulgas
St. 100
San Mateo, CA 94403

CT Corporation System
330 N. Brand Bvld., Ste. 700
Attn: SPRS
Glendale, CA 91203

CT Corporation System
400 E. Court Ave.
Des Moines, IA 50309

Dahl's Equipment Rentals Inc.
1110 N. Tenth St.
San Jose, CA 95112-4409

De Lage Landen
P.O. Box 825736
Philadelphia, PA 19182-5736

Digital Concrete Scanning Serv
2257 Harbor Bay Pkwy
Alameda, CA 94502

Exxell Fire Systems
360 Grand Ave., #355
Oakland, CA 94610

Faultline Marketing
1821 S. Bascom Ave., #301
Campbell, CA 95008

Fedex
P.O. Box 7221
Duarte, CA 91009-7321

Grant Phillips Law, PLLC
670 Long Beach Blvd.
Long Beach, NY 11561

Great American Leasing Corp
625 1st St., SE
Cedar Rapids, IA 52401-2030

Great American Leasing Corp.
P.O. Box 609
Cedar Rapids, IA 52406-0609

Harrington Industrial Plastics
P.O. Box 676273
Dallas, TX 75267-6273

Haynie & Company
1785 West 2300
South 2nd Floor
Salt Lake City, UT 84119

Heffernan Insurance Brokers
P.O. Box 4006
Walnut Creek, CA 94596

Home Depot
Dept. 32 - 2188824647
PO Box 9001030
Louisville, KY 40290-1030

Kad Technical Services, Inc.
c/o Kenneth Demers
5566 Tyler Place
Fremont, CA 94538

Kaiser Foundation Health Plan
File 5915
Los Angeles, CA 90074-5915

Lefevre Welding Inc.
2511 Isabelle Ave
San Mateo, CA 94403

Linde Gas & Equipment, Inc.
Dept. LA 21511
Pasadena, CA 91185-1511

Live Oak Banking Company
1741 Tiburon Dr.
Wilmington, NC 28403

Microsoft One
Microsoft Way
Redmond, WA 98052

Milpitas Materials Co
1125 N. Milptas Blvd.

Milpitas, CA 95035

MRC - Rabbit
P.O. Box 843760
Los Angeles, CA 90084

Oil Changers
P.O. Box 847488
Los Angeles, CA 90084-7488

On-Site Health & Safety
P.O. Box 248947
Oklahoma City, OK 73124-8947

Pearl Capital
525 Washington Blvd.
22nd Fl
Jersey City, NJ 07310

Printos Studio
74 Race St.
San Jose, CA 95126

Red Wing Bus. Advantage
P.O. Box 844329
Dallas, TX 75284-4329

Ryan Herco Products Corp.
P.O. Box 74007459
Chicago, IL 60674-7459

Santa Clara Windustrial
1525 Walsh Ave.
Santa Clara, CA 95050

Swagelok
P.O. Box 51624
Los Angeles, CA 90051-7801

Sweeney Mason
983 University Ave., Ste. C104
Los Gatos, CA 95032-7637

The Collie Firm, PLLC
3957 Gaspar Drive
Dallas, TX 75220

Traveler's Claims
13607 Collections Center
Chicago, IL 60693

Travelers CL Remittance Center
P.O. Box 660317
Dallas, TX 75266-0317

U Line
8800 Military Rd.
Reno, NV 89506

Unified Cleaning Services
3000 Haas Drive
Aptos, CA 95003-3213

United Concrete Cutting Inc.
2127 Jamaica Way
San Jose, CA 95122-1738

University Electric
1500 Martin Ave.
Santa Clara, CA 95050-2633

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

VRC Companies LLC
Vital Records Dept. 5874
P.O. Box 11407
Birmingham, AL 35246

Western States Fire Protection Co.
Attn: Brad Smith
470 Division Street
Campbell, CA 95008

WEX
1 Hancock Street
Portland, ME 04101

Wex Bank
P.O. Box 6293
Carol Stream, IL 60197-6293

Wolfpack Insurance Services
P.O. Box 156
Belmont, CA 94002

Wolters Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**870 Roosevelt**
**Irvine, CA 92620-3663**

A true and correct copy of the foregoing document entitled (*specify*):   **1.  SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]; 2. NOTICE OF CHAPTER 11 BANKRUPTCY CASE; AND 3. NOTICE OF ORDER (1) SETTING SCHEDULING HEARING AND CASE MANAGEMENT CONFERENCE AND (2) REQUIRING STATUS REPORT**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*)  **January 20, 2026**  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 20, 2026 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                    Page 2                    **F 1007-1.1.AMENDED.SUMMARY**

2. SERVED BY UNITED STATES MAIL: Cont.

A&B Concrete Pumping Inc.
P.O. Box 981
San Jose, CA 95108

Able Septic Tank Service
1020 Ruff Drive
San Jose, CA 95110

AMA Recovery Group, LLC
3131 Eastside St.
#435
Houston, TX 77098

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

Azuga Inc.
P.O. Box 735291
Chicago, IL 60673-5291

Bay Area Asphalt & Cement Works
545 Nipper Avenue
San Jose, CA 95133

Bayshore Automotive
1394 N. Fourth St.
San Jose, CA 95112

Bennett Marine Utility
P.O. Box 117100
Burlingame, CA 94010

Berlin Food & Lab Equip. Co.
c/o Mark Cottonaro
43 S.Linden Ave.
South San Francisco, CA 94080

Bruce Tire, Inc.
c/o GB Auto Service
P.O. Box 280942
Dallas, TX 75320-8942

Burdick Painting
705 Nuttman Street
Santa Clara, CA 95054

Cintas
P.O. Box 631025
Cincinnati, OH 45263-1025

Colonial Life Insurance
P.O. Box 903
Columbia, SC 29202

County of San Mateo- Env Health
2000 Alameda de Las Pulgas
St. 100
San Mateo, CA 94403

CT Corporation System
330 N. Brand Bvld., Ste. 700
Attn: SPRS
Glendale, CA 91203

CT Corporation System
400 E. Court Ave.
Des Moines, IA 50309

Dahl's Equipment Rentals Inc.
1110 N. Tenth St.
San Jose, CA 95112-4409

De Lage Landen
P.O. Box 825736
Philadelphia, PA 19182-5736

Digital Concrete Scanning Serv
2257 Harbor Bay Pkwy
Alameda, CA 94502

Exxell Fire Systems
360 Grand Ave., #355
Oakland, CA 94610

Faultline Marketing
1821 S. Bascom Ave., #301
Campbell, CA 95008

Fedex
P.O. Box 7221
Duarte, CA 91009-7321

Grant Phillips Law, PLLC
670 Long Beach Blvd.
Long Beach, NY 11561

Great American Leasing Corp
625 1st St., SE
Cedar Rapids, IA 52401-2030

Great American Leasing Corp.
P.O. Box 609
Cedar Rapids, IA 52406-0609

Harrington Industrial Plastics
P.O. Box 676273
Dallas, TX 75267-6273

Haynie & Company
1785 West 2300
South 2nd Floor
Salt Lake City, UT 84119

Heffernan Insurance Brokers
P.O. Box 4006
Walnut Creek, CA 94596

Home Depot
Dept. 32 - 2188824647
PO Box 9001030
Louisville, KY 40290-1030

Kad Technical Services, Inc.
c/o Kenneth Demers
5566 Tyler Place
Fremont, CA 94538

Kaiser Foundation Health Plan
File 5915
Los Angeles, CA 90074-5915

Lefevre Welding Inc.
2511 Isabelle Ave
San Mateo, CA 94403

Linde Gas & Equipment, Inc.
Dept. LA 21511
Pasadena, CA 91185-1511

Live Oak Banking Company
1741 Tiburon Dr.
Wilmington, NC 28403

Microsoft One
Microsoft Way
Redmond, WA 98052

Milpitas Materials Co
1125 N. Milptas Blvd.

Milpitas, CA 95035

MRC - Rabbit
P.O. Box 843760
Los Angeles, CA 90084

Oil Changers
P.O. Box 847488
Los Angeles, CA 90084-7488

On-Site Health & Safety
P.O. Box 248947
Oklahoma City, OK 73124-8947

Pearl Capital
525 Washington Blvd.
22nd Fl
Jersey City, NJ 07310

Printos Studio
74 Race St.
San Jose, CA 95126

Red Wing Bus. Advantage
P.O. Box 844329
Dallas, TX 75284-4329

Ryan Herco Products Corp.
P.O. Box 74007459
Chicago, IL 60674-7459

Santa Clara Windustrial
1525 Walsh Ave.
Santa Clara, CA 95050

Swagelok
P.O. Box 51624
Los Angeles, CA 90051-7801

Sweeney Mason
983 University Ave., Ste. C104
Los Gatos, CA 95032-7637

The Collie Firm, PLLC
3957 Gaspar Drive
Dallas, TX 75220

Traveler's Claims
13607 Collections Center
Chicago, IL 60693

Travelers CL Remittance Center
P.O. Box 660317
Dallas, TX 75266-0317

U Line
8800 Military Rd.
Reno, NV 89506

Unified Cleaning Services
3000 Haas Drive
Aptos, CA 95003-3213

United Concrete Cutting Inc.
2127 Jamaica Way
San Jose, CA 95122-1738

University Electric
1500 Martin Ave.
Santa Clara, CA 95050-2633

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

VRC Companies LLC
Vital Records Dept. 5874
P.O. Box 11407
Birmingham, AL 35246

Western States Fire Protection Co.
Attn: Brad Smith
470 Division Street
Campbell, CA 95008

WEX
1 Hancock Street
Portland, ME 04101

Wex Bank
P.O. Box 6293
Carol Stream, IL 60197-6293

Wolfpack Insurance Services
P.O. Box 156
Belmont, CA 94002

Wolters Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209