1  DAVID A. WOOD, #272406
   dwood@marshackhays.com
2  MATTHEW W. GRIMSHAW, #210424
   mgrimshaw@marshackhays.com
3  AARON E. DE LEEST, #216832
   adeleest@marshackhays.com
4  SARAH R. HASSELBERGER, #340640
   shasselberger@marshackhays.com
5  MARSHACK HAYS WOOD LLP
   870 Roosevelt, Irvine, CA 92620
6  Telephone: 949-333-7777
   Facsimile: 949-333-7778
7
   Proposed Attorneys for
8  PAPPAS PIPING SERVICE, INC.

9

10              **UNITED STATES BANKRUPTCY COURT**

11        **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

12

13  In re                                    Case No. 8:26-bk-10033-MH

14  PAPPAS PIPING SERVICE, INC.,            Chapter 11

15        Debtor.                           **REPLY IN SUPPORT OF MOTION
                                            FOR ORDER AUTHORIZING USE OF
16                                          CASH COLLATERAL**

17                                          Hearing –
                                            Date: February 3, 2026
18                                          Time  2:30 p.m.

19

20  TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY COURT

21  JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED

22  PARTIES:

23        Debtor and Debtor-in-Possession, Papas Piping Service, Inc., ("Debtor"), submits this reply

24  ("Reply") in support of the Motion for Order Authorizing Use of Cash Collateral to Confirm That its

25  Secured Creditor is Adequately Protected ("Motion"), filed on January 6, 2026, as Dk. No. 2, and the

26  limited opposition filed by Live Oak Banking Company ("Live Oak") filed on January 21, 2026, as

27  Dk. No. 44 ("Limited Objection"). In support of the Reply, the Debtor represents as follows:

28  / / /

                                            1
                        REPLY IN SUPPORT OF CASH COLLATERAL MOTION

1 **1.    Limited Response**

2      The Limited Objection states that the proposed budget in the Motion ". . . it only calls for two

3 payments to Live Oak. . ." Limited Obj., pg. 2:4-8. However, a review of the budget indicates

4 monthly payments (a total of three) on February 8, 2026, March 8, 2026, and April 5, 2025. *See*

5 Mot., Ex. 6, pg. 33. Thus, the Debtor has proposed the correct monthly payments to Live Oak, and

6 will continue to pay on a monthly basis moving forward. Additionally, the Court has already granted

7 the Motion on an interim basis, and set this instant hearing as a final hearing. The Limited Objection

8 does not provide a substantive reason analysis why it should not be granted on a final basis.

9      Finally, as to the proposed language in the cash collateral order, the Debtor has reached out

10 to counsel for Live Oak, and will work with counsel between the filing of this instant reply and the

11 hearing on February 3, 2026.

12 **2.    Conclusion**

13      Based on the foregoing, and for the reasons set forth in the Motion, the Debtor requests that

14 the Court grant the Motion on a final basis.

15

16 Dated: January 27, 2026                    MARSHACK HAYS WOOD LLP

17

18                    By:    */s/ David A. Wood*
                           DAVID A. WOOD,
                           MATTHEW W. GRIMSHAW
19                          AARON E. DE LEEST
                           SARAH R. HASSELBERGER
20                          Proposed Attorneys for
                           Pappas Piping Service Inc.

21

22

23

24

25

26

27

28

REPLY IN SUPPORT OF CASH COLLATERAL MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **REPLY IN SUPPORT OF MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 27, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- **ATTORNEY FOR DEBTOR:** Aaron E. De Leest    adeleest@marshackhays.com,
adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR: LIVE OAK BANKING COMPANY:** Bernard J Kornberg
bernie.kornberg@millernash.com, edgar.rosales@millernash.com
- **US TRUSTEE: United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR: David Wood**    dwood@marshackhays.com,
dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **January 27, 2026**, I delivered the document described above via email to Stretto, Debtor's claims and noticing agent, for service on the interested parties at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed. Upon completion of the service by Stretto to interested parties, Stretto will file a Certificate of Service listing the addresses served.
**DEBTOR**
PAPPAS PIPING SERVICE, INC.
23832 ROCKFIELD BLVD., SUITE 245
LAKE FOREST, CA 92630-2884

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 27, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
**PRESIDING JUDGE'S COPY**
HONORABLE MARK D. HOULE
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 6135 / COURTROOM 6C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 27, 2026 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**