DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Proposed Attorneys for
PAPPAS PIPING SERVICE, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:26-bk-10033-MH |
| PAPPAS PIPING SERVICE, INC., | Chapter 11 |
| Debtor. | STIPULATION BETWEEN DEBTOR AND LIVE OAK BANKING COMPANY FOR USE OF CASH COLLATERAL THROUGH PLAN CONFIRMATION |
| | [NO HEARING REQUIRED] |

TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

This Stipulation is entered between Debtor-in-Possession, Papas Piping Service, Inc., ("Debtor"), on the one hand, and Live Oak Banking Company ("Live Oak"), on the other hand, through undersigned counsel, as follows:

## Recitals

A.      On January 6, 2026, the Debtors filed a voluntary petition under Chapter 11 of Title

1

4932-7212-7896.1

11 of the United States Code, commencing this bankruptcy case.

B.      On January 6, 2026, as Dk. No. 2, Debtor filed its Motion for Order Authorizing Use of Cash Collateral to Confirm That its Secured Creditor is Adequately Protected ("Cash Collateral Motion").

C.      On January 12, 2026, as Dk. No. 27, the Court granted an order granting the Cash Collateral Motion on an interim basis, and set a final hearing on the Cash Collateral Motion for February 3, 2026.

D.      On January 21, 2026, as Dk. No. 44, secured creditor Live Oak Banking Company ("Live Oak") filed a limited objection to the Cash Collateral Motion.

E.      On January 27, 2026, as Dk. No. 48, the Debtor filed a reply to the limited objection filed by Live Oak.

F.      On February 3, 2026, the Court granted the Cash Collateral Moton on a final basis.

G.      On February 3, 2026, as Dk. No. 53, the Court entered an order granting the Cash Collateral Motion on a final basis through April 5, 2026 ("Final Cash Collateral Order").

H.      On February 3, 2026, the Court also entered a scheduling order culminating with a Chapter 11 Plan confirmation hearing on or before October 13, 2026.

The Parties agree and STIPULATE as follows:

1.      The Debtor is authorized to use cash collateral on a final basis in accordance with the budget attached as Exhibit 6 to the Cash Collateral Motion (the "Budget"), through October 13, 2026;

2.      Until the date of confirmation of the plan, Debtor will continue to make the monthly adequate protection payments of $49,489.72 on the 5th day of each month, or the next business day if the 5th day falls on a weekend or holiday, unless the Debtor and Live Oak negotiate otherwise;

3.      Live Oak will have and is hereby granted by Debtor, as adequate protection, post-petition security interests and replacement liens pursuant to sections 361 and 363(e) of the Bankruptcy Code ("Post-Petition Lien") in all of the Debtor's assets, including accounts receivable and inventory, and in the Debtor's DIP accounts, acquired after the Petition Date to the extent of any cash collateral used, with such liens being of the same extent, priority, and validity of Live Oak's

STIPULATION RE: CASH COLLATERAL

4932-7212-7896.1

pre-petition Security Interests. Each Post-Petition Lien will be granted priority in payment over any and all administrative expenses of the kinds specified or ordered pursuant to any provision of the Bankruptcy Code. However, nothing contained herein in Paragraph 3 prevents the Debtor's professionals from seeking approval and payment of their administrative fees, and Live Oak reserves all rights to object to the same;

4.     Nothing in this Stipulation or order shall modify the terms of the Loan out of which Live Oak's claim arises or shall have any preclusive effect of the treatment of Live Oak's claim in a Chapter 11 plan; and

5.     This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

Dated: March 19, 2026                    MILLER NASH LLP

                                         By: _____
                                         BERNIE KORNBERG
                                         Attorneys for Creditor
                                         LIVE OAK BANKING COMPANY


Dated: March __, 2026                    MARSHACK HAYS WOOD LLP

                                         By: /s/ David A. Wood
                                         DAVID A. WOOD,
                                         MATTHEW W. GRIMSHAW
                                         AARON E. DE LEEST
                                         SARAH R. HASSELBERGER
                                         Attorneys for
                                         PAPPAS PIPING SERVICE INC.

3

STIPULATION RE: CASH COLLATERAL

4932-7212-7896.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **STIPULATION BETWEEN DEBTOR AND LIVE OAK BANKKING COMPANY FOR USE OF CASH COLLATERAL THROUGH PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 20, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **March 20, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR**
PAPPAS PIPING SERVICE, INC.
23832 ROCKFIELD BLVD., SUITE 245
LAKE FOREST, CA 92630-2884

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 20, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
**PRESIDING JUDGE'S COPY**
HONORABLE MARK D. HOULE
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 6135 / COURTROOM 6C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 20, 2026 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: CONTINUED:

- **ATTORNEY FOR DEBTOR:** Aaron E. De Leest     adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR: LIVE OAK BANKING COMPANY:** Bernard J Kornberg bernie.kornberg@millernash.com, edgar.rosales@millernash.com
- **US TRUSTEE: United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR: David Wood**     dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**