DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Proposed Attorneys for
PAPPAS PIPING SERVICE, INC.

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:26-bk-10033-MH |
| PAPPAS PIPING SERVICE, INC., | Chapter 11 |
| Debtor. | UPDATED STIPULATION BETWEEN DEBTOR AND LIVE OAK BANKING COMPANY FOR USE OF CASH COLLATERAL THROUGH PLAN CONFIRMATION |
| | Hearing:<br>Date: March 31, 2026<br>Time: 2:30 p.m.<br>Ctrm: 6C<br>Place: 411 West Fourth Street<br>Santa Ana, CA 92701 |

TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

This updated Stipulation is entered between Debtor-in-Possession, Papas Piping Service, Inc., ("Debtor"), on the one hand, and Live Oak Banking Company ("Live Oak"), on the other hand, through undersigned counsel, as follows:

/ / /

## Recitals

A.    On January 6, 2026, the Debtors filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, commencing this bankruptcy case.

B.    On January 6, 2026, as Dk. No. 2, Debtor filed its Motion for Order Authorizing Use of Cash Collateral to Confirm That its Secured Creditor is Adequately Protected ("Cash Collateral Motion").

C.    On January 12, 2026, as Dk. No. 27, the Court granted an order granting the Cash Collateral Motion on an interim basis, and set a final hearing on the Cash Collateral Motion for February 3, 2026.

D.    On January 21, 2026, as Dk. No. 44, secured creditor Live Oak Banking Company ("Live Oak") filed a limited objection to the Cash Collateral Motion.

E.    On January 27, 2026, as Dk. No. 48, the Debtor filed a reply to the limited objection filed by Live Oak.

F.    On February 3, 2026, the Court granted the Cash Collateral Moton on a final basis.

G.    On February 3, 2026, as Dk. No. 53, the Court entered an order granting the Cash Collateral Motion on a final basis through April 5, 2026 ("Final Cash Collateral Order").

H.    On February 3, 2026, the Court also entered a scheduling order culminating with a Chapter 11 Plan confirmation hearing on or before October 13, 2026.

I.    On March 20, 2026, as Dk. No. 84, a stipulation ("Cash Collateral Stipulation") between Debtor and Live Oak Banking Company for use of Cash Collateral through Plan Confirmation was filed.

J.    On March 24 ,2026, as Dk. No. 87, the Court entered an order ("Cash Collateral Order") approving the Cash Collateral Stipulation and setting a hearing on the Cash Collateral Stipulation for March 31, 2026, at 2:30 p.m..  In that Cash Collateral Order, the court set a deadline to submit any updated budget and updated cash collateral stipulation by March 30, 2026, by 12:00 p.m.

///

///

UPDATED STIPULATION RE: CASH COLLATERAL

K.      On March 27, 2026, as Dk. No. 90, a notice ("Notice") of updated budget in support of Cash Collateral was filed. A true and correct copy of the Notice is attached as Exhibit "1."

The Parties agree and STIPULATE as follows:

1.      The Debtor is authorized to use cash collateral on a final basis in accordance with the updated budget attached as Exhibit 1 to the Notice, through October, 2026;

2.      Debtor will continue to make the monthly payments provided in the Budget through October 2026, unless the Debtor and Live Oak negotiate otherwise;

3.      Live Oak will have and is hereby granted by Debtor, as adequate protection, post-petition security interests and replacement liens pursuant to sections 361 and 363(e) of the Bankruptcy Code ("Post-Petition Lien") in all of the Debtor's assets, including accounts receivable and inventory, and in the Debtor's DIP accounts, acquired after the Petition Date to the extent of any cash collateral used, with such liens being of the same extent, priority, and validity of Live Oak's pre-petition Security Interests. Each Post-Petition Lien will be granted priority in payment over any and all administrative expenses of the kinds specified or ordered pursuant to any provision of the Bankruptcy Code. However, nothing contained herein in Paragraph 3 prevents the Debtor's professionals from seeking approval and payment of their administrative fees, and Live Oak reserves all rights to object to the same; and

///
///
///
///

3

UPDATED STIPULATION RE: CASH COLLATERAL

4.  This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

Dated: March 27, 2026  MILLER NASH LLP

By: _____
BERNIE KORNBERG
Attorneys for Creditor
LIVE OAK BANKING COMPANY

Dated: March 27, 2026  MARSHACK HAYS WOOD LLP

By: /s/ David A. Wood
_____
DAVID A. WOOD,
MATTHEW W. GRIMSHAW
AARON E. DE LEEST
SARAH R. HASSELBERGER
Attorneys for
PAPPAS PIPING SERVICE INC.

UPDATED STIPULATION RE: CASH COLLATERAL

# Exhibit "1"

DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for
PAPPAS PIPING SERVICE, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:26-bk-10033-MH |
| PAPPAS PIPING SERVICE, INC., | Chapter 11 |
| Debtor. | NOTICE OF UPDATED BUDGET IN SUPPORT OF CASH COLLATERAL |
| | [CASH COLLATERAL STIPULATION FILED AS DK. NO. 84] |
| | [CASH COLLATERAL MOTION FILED AS DK. NO. 2] |
| | Hearing:<br>Date: March 31, 2026<br>Time: 2:30 p.m.<br>Ctrm: 6C<br>Place: 411 West Fourth Street<br>           Santa Ana, CA 92701 |

TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY COURT

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED

PARTIES:

PLEASE TAKE NOTICE that on March 20, 2026, as Dk. No. 84, a stipulation ("Cash Collateral Stipulation") between Debtor and Live Oak Banking Company for use of Cash Collateral through Plan Confirmation was filed. On March 24, 2026, as Dk. No. 87, the Court entered an order

1

NOTICE OF UPDATED BUDGET IN SUPPORT OF CASH COLLATERAL

("Cash Collateral Order") on the Stipulation and set a hearing on the Cash Collateral Stipulation for March 31, 2026, at 2:30 p.m., in the above-entitled Court. In that Cash Collateral Order, an updated budget was requested.  A true and correct copy of the requested updated budget is attached as Exhibit "1."

Dated: February 5, 2026                    MARSHACK HAYS WOOD LLP

                                           By: _/s/ David A. Wood_____
                                               DAVID A. WOOD
                                               AARON E. DE LEEST
                                               SARAH R. HASSELBERGER
                                               Proposed Attorneys for
                                               PAPPAS PIPING SERVICE, INC.

2
NOTICE OF UPDATED BUDGET IN SUPPORT OF CASH COLLATERAL

# Exhibit "1"

## Jan-Oct Budget - Real

| | 1/11/2026 | 1/18/2026 | 1/25/2026 | 2/1/2026 | 2/8/2026 | 2/15/2026 |
|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | |
| Cash | $ 228,781.97 | $ 228,569.27 | $ 171,971.24 | $ 84,950.22 | $ 27,168.70 | $ 21,321.15 |
| **Revenues** | | | | | | |
| Received Payments - Contract | $ 122,720.99 | $ 12,421.10 | $ 23,448.98 | $ 2,015.00 | $ 118,879.23 | $ 358,264.51 |
| **Expenses** | | | | | | |
| Materials/Job Accts/Subs | $ 38,253.56 | $ 890.85 | $ 29,409.51 | $ 350.67 | $ - | $ 9,601.89 |
| Payroll | $ 52,565.79 | $ 67,288.10 | $ 78,805.75 | $ 54,302.99 | $ 56,482.68 | $ 55,270.26 |
| Travelers - Insurance | $ - | $ - | $ - | $ - | $ - | $ - |
| Kaiser - Health Insurance | $ - | $ - | $ - | | $ 18,282.09 | $ - |
| Fuel Expense | $ - | $ - | $ 1,507.24 | $ 1,686.50 | $ 186.72 | $ - |
| Dollinger - Rent | $ 13,859.62 | $ - | $ - | $ - | $ - | $ 17,935.00 |
| Operating Costs (IT, Supplies, Trucks, Etc) | $ 72.91 | $ 840.18 | $ 747.50 | $ 3,456.36 | $ 285.57 | $ 11,086.42 |
| Legal Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Expenses | $ 104,751.88 | $ 69,019.13 | $ 110,470.00 | $ 59,796.52 | $ 75,237.06 | $ 93,893.57 |
| **Adequate Protection Payments** | | | | | | |
| PIRS - Lender | $ 18,181.81 | $ - | $ - | $ - | $ - | $ 18,181.81 |
| Live Oak - Lender | $ - | $ - | $ - | $ - | $ 49,489.72 | $ - |
| Weekly Net Cash Flow | $ (212.70) | $ (56,598.03) | $ (87,021.02) | $ (57,781.52) | $ (5,847.55) | $ 246,189.13 |
| **Ending Balance** | | | | | | |
| Cash | $ 228,569.27 | $ 171,971.24 | $ 84,950.22 | $ 27,168.70 | $ 21,321.15 | $ 267,510.28 |

## Jan-Oct Budget - Forecast

| 2/22/2026 | 3/1/2026 | 3/8/2026 | 3/15/2026 | 3/22/2026 | 3/29/2026 | 4/5/2026 | 4/12/2026 |
|---|---|---|---|---|---|---|---|
| $ 267,510.28 | $ 214,930.49 | $ 143,069.74 | $ 115,080.02 | $ 338,398.21 | $ 301,398.21 | $ 313,398.21 | $ 189,600.99 |
| $ 21,595.40 | $ 72,000.00 | $ 92,000.00 | $ 368,000.00 | $ 725,000.00 | $ 85,000.00 | $ 74,000.00 | $ 128,000.00 |
| $ 10,005.08 | $ 25,000.00 | $ 10,000.00 | $ 62,000.00 | $ 695,000.00 | $ 7,500.00 | $ 30,000.00 | $ 23,000.00 |
| $ 56,572.62 | $ 57,000.00 | $ 59,000.00 | $ 59,000.00 | $ 61,000.00 | $ 58,000.00 | $ 59,000.00 | $ 62,000.00 |
| $ - | $ 26,666.50 | $ - | $ - | $ - | $ - | $ 26,666.50 | $ - |
| $ - | $ 18,981.00 | $ - | $ - | $ - | $ - | $ 18,981.00 | $ - |
| $ - | $ 3,553.25 | $ - | $ - | $ 5,000.00 | $ - | $ - | $ - |
| $ - | $ 12,160.00 | $ - | $ - | $ - | $ - | $ 12,160.00 | $ - |
| $ 7,597.49 | $ 500.00 | $ 1,500.00 | $ 5,500.00 | $ 1,000.00 | $ 7,500.00 | $ 1,500.00 | $ 300.00 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 74,175.19 | $ 143,860.75 | $ 70,500.00 | $ 126,500.00 | $ 762,000.00 | $ 73,000.00 | $ 148,307.50 | $ 85,300.00 |
| $ - | $ - | $ - | $ 18,181.81 | $ - | $ - | $ - | $ 18,181.81 |
| $ - | $ - | $ 49,489.72 | $ - | $ - | $ - | $ 49,489.72 | $ - |
| $ (52,579.79) | $ (71,860.75) | $ (27,989.72) | $ 223,318.19 | $ (37,000.00) | $ 12,000.00 | $ (123,797.22) | $ 24,518.19 |
| $ 214,930.49 | $ 143,069.74 | $ 115,080.02 | $ 338,398.21 | $ 301,398.21 | $ 313,398.21 | $ 189,600.99 | $ 214,119.18 |

EXHIBIT "1"
Page 4
EXHIBIT "1"
Page 9

## Jan-Oct Budget - Fo

| 4/19/2026 | 4/26/2026 | 5/3/2026 | 5/10/2026 | 5/17/2026 | 5/24/2026 | 5/31/2026 | 6/7/2026 | 6/14/2026 |
|---|---|---|---|---|---|---|---|---|
| $ 214,119.18 | $ 180,119.18 | $ 182,119.18 | $ 241,311.68 | $ 160,640.15 | $ 128,640.15 | $ 787,140.15 | $ 755,890.15 | $ 695,092.93 |
| $ 710,000.00 | $ 87,500.00 | $ 195,000.00 | $ 63,000.00 | $ 78,000.00 | $ 745,000.00 | $ 71,000.00 | $ 125,000.00 | $ 64,000.00 |
| $ 680,000.00 | $ 6,000.00 | $ 18,500.00 | $ 12,000.00 | $ 45,000.00 | $ 15,000.00 | $ 45,000.00 | $ 18,000.00 | $ 11,000.00 |
| $ 58,000.00 | $ 60,000.00 | $ 59,000.00 | $ 62,000.00 | $ 60,000.00 | $ 59,000.00 | $ 57,000.00 | $ 59,000.00 | $ 59,000.00 |
| $ - | $ - | $ 26,666.50 | $ - | $ - | $ - | $ - | $ 26,666.50 | $ - |
| $ - | $ - | $ 18,981.00 | $ - | $ - | $ - | $ - | $ 18,981.00 | $ - |
| $ - | $ 8,500.00 | $ - | $ - | $ - | $ 8,000.00 | $ - | $ - | $ - |
| $ - | $ - | $ 12,160.00 | $ - | $ - | $ - | $ - | $ 12,160.00 | $ - |
| $ 6,000.00 | $ 11,000.00 | $ 500.00 | $ 2,000.00 | $ 5,000.00 | $ 4,500.00 | $ 250.00 | $ 1,500.00 | $ 1,000.00 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 744,000.00 | $ 85,500.00 | $ 135,807.50 | $ 76,000.00 | $ 110,000.00 | $ 86,500.00 | $ 102,250.00 | $ 136,307.50 | $ 71,000.00 |
| $ - | $ - | $ - | $ 18,181.81 | $ - | $ - | $ - | $ - | $ 18,181.81 |
| $ - | $ - | $ - | $ 49,489.72 | $ - | $ - | $ - | $ 49,489.72 | $ - |
| $ (34,000.00) | $ 2,000.00 | $ 59,192.50 | $ (80,671.53) | $ (32,000.00) | $ 658,500.00 | $ (31,250.00) | $ (60,797.22) | $ (25,181.81) |
| $ 180,119.18 | $ 182,119.18 | $ 241,311.68 | $ 160,640.15 | $ 128,640.15 | $ 787,140.15 | $ 755,890.15 | $ 695,092.93 | $ 669,911.12 |

| recast | | | | | | | Jan |
|---|---|---|---|---|---|---|---|
| 6/21/2026 | 6/28/2026 | 7/5/2026 | 7/12/2026 | 7/19/2026 | 7/26/2026 | 8/2/2026 | 8/9/2026 |
| $ 669,911.12 | $ 685,911.12 | $ 736,461.12 | $ 654,763.90 | $ 654,282.09 | $ 732,282.09 | $ 704,782.09 | $ 718,974.59 |
| $ 88,000.00 | $ 154,000.00 | $ 97,000.00 | $ 115,000.00 | $ 169,000.00 | $ 87,000.00 | $ 212,000.00 | $ 73,000.00 |
| $ 5,000.00 | $ 36,000.00 | $ 10,000.00 | $ 35,000.00 | $ 28,000.00 | $ 45,000.00 | $ 72,000.00 | $ 8,000.00 |
| $ 61,000.00 | $ 58,000.00 | $ 59,000.00 | $ 62,000.00 | $ 58,000.00 | $ 60,000.00 | $ 59,000.00 | $ 62,000.00 |
| $ - | $ - | $ 26,666.50 | $ - | $ - | $ - | $ 26,666.50 | $ - |
| $ - | $ - | $ 18,981.00 | $ - | $ - | $ - | $ 18,981.00 | $ - |
| $ - | $ 8,700.00 | $ - | $ - | $ - | $ 8,500.00 | $ - | $ - |
| $ - | $ - | $ 12,160.00 | $ - | $ - | $ - | $ 12,160.00 | $ - |
| $ 6,000.00 | $ 750.00 | $ 2,400.00 | $ 300.00 | $ 5,000.00 | $ 1,000.00 | $ 9,000.00 | $ 500.00 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 72,000.00 | $ 103,450.00 | $ 129,207.50 | $ 97,300.00 | $ 91,000.00 | $ 114,500.00 | $ 197,807.50 | $ 70,500.00 |
| $ - | $ - | $ - | $ 18,181.81 | $ - | $ - | $ - | $ - |
| $ - | $ - | $ 49,489.72 | $ - | $ - | $ - | $ - | $ 49,489.72 |
| $ 16,000.00 | $ 50,550.00 | $ (81,697.22) | $ (481.81) | $ 78,000.00 | $ (27,500.00) | $ 14,192.50 | $ (46,989.72) |
| $ 685,911.12 | $ 736,461.12 | $ 654,763.90 | $ 654,282.09 | $ 732,282.09 | $ 704,782.09 | $ 718,974.59 | $ 671,984.87 |

## -Oct Budget - Forecast

| | 8/16/2026 | 8/23/2026 | 8/30/2026 | 9/6/2026 | 9/13/2026 | 9/20/2026 | 9/27/2026 | 10/4/2026 |
|---|---|---|---|---|---|---|---|---|
| $ | 671,984.87 | $ 718,803.06 | $ 731,303.06 | $ 710,303.06 | $ 587,755.84 | $ 666,574.03 | $ 663,074.03 | $ 677,074.03 |
| $ | 156,000.00 | $ 84,500.00 | $ 125,000.00 | $ 74,000.00 | $ 224,000.00 | $ 88,000.00 | $ 97,000.00 | $ 145,000.00 |
| $ | 25,000.00 | $ 2,500.00 | $ 35,000.00 | $ 30,000.00 | $ 65,000.00 | $ 25,500.00 | $ 15,000.00 | $ 5,000.00 |
| $ | 60,000.00 | $ 59,000.00 | $ 57,000.00 | $ 59,000.00 | $ 59,000.00 | $ 61,000.00 | $ 58,000.00 | $ 59,000.00 |
| $ | - | $ - | $ - | $ 26,666.50 | $ - | $ - | $ - | $ 26,666.50 |
| $ | - | $ - | $ - | $ 18,981.00 | $ - | $ - | $ - | $ 18,981.00 |
| $ | - | $ 8,000.00 | $ - | $ - | $ - | $ - | $ 8,500.00 | $ - |
| $ | - | $ - | $ - | $ 12,160.00 | $ - | $ - | $ - | $ 12,160.00 |
| $ | 6,000.00 | $ 2,500.00 | $ 4,000.00 | $ 250.00 | $ 3,000.00 | $ 5,000.00 | $ 1,500.00 | $ 10,000.00 |
| $ | - | $ - | $ 50,000.00 | $ - | $ - | $ - | $ - | $ - |
| $ | 91,000.00 | $ 72,000.00 | $ 146,000.00 | $ 147,057.50 | $ 127,000.00 | $ 91,500.00 | $ 83,000.00 | $ 131,807.50 |
| $ | 18,181.81 | $ - | $ - | $ - | $ 18,181.81 | $ - | $ - | $ - |
| $ | - | $ - | $ - | $ 49,489.72 | $ - | $ - | $ - | $ - |
| $ | 46,818.19 | $ 12,500.00 | $ (21,000.00) | $ (122,547.22) | $ 78,818.19 | $ (3,500.00) | $ 14,000.00 | $ 13,192.50 |
| $ | 718,803.06 | $ 731,303.06 | $ 710,303.06 | $ 587,755.84 | $ 666,574.03 | $ 663,074.03 | $ 677,074.03 | $ 690,266.53 |

EXHIBIT "1"
Page 7
EXHIBIT "1"
Page 12

## Jan-Oct Budget - Forecast

| | 10/11/2026 | 10/18/2026 | 10/25/2026 | 11/1/2026 |
|---|---|---|---|---|
| | $ 690,266.53 | $ 608,295.00 | $ 644,295.00 | $ 717,545.00 |
| | $ 56,000.00 | $ 145,000.00 | $ 168,000.00 | $ 75,000.00 |
| | $ 7,500.00 | $ 45,000.00 | $ 24,000.00 | $ 12,000.00 |
| | $ 62,000.00 | $ 58,000.00 | $ 60,000.00 | $ 59,000.00 |
| | $ - | $ - | $ - | $ 26,666.50 |
| | $ - | $ - | $ - | $ 18,981.00 |
| | $ - | $ - | $ 8,250.00 | $ - |
| | $ - | $ - | $ - | $ 12,160.00 |
| | $ 800.00 | $ 6,000.00 | $ 2,500.00 | $ 1,250.00 |
| | $ - | $ - | $ - | $ - |
| | $ 70,300.00 | $ 109,000.00 | $ 94,750.00 | $ 130,057.50 |
| | $ 18,181.81 | $ - | $ - | $ - |
| | $ 49,489.72 | $ - | $ - | $ - |
| | $ (81,971.53) | $ 36,000.00 | $ 73,250.00 | $ (55,057.50) |
| | $ 608,295.00 | $ 644,295.00 | $ 717,545.00 | $ 662,487.50 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF UPDATED BUDGET IN SUPPORT OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **<u>March 27, 2026</u>**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR DEBTOR:** Aaron E. De Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR: LIVE OAK BANKING COMPANY:** Bernard J Kornberg bernie.kornberg@millernash.com, edgar.rosales@millernash.com
- **US TRUSTEE: United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR: David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **<u>March 27, 2026</u>**, I delivered the document described above via email to Stretto, Debtor's claims and noticing agent, for service on all interested parties at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed. Upon completion of the service by Stretto to Debtor, Stretto will file a Certificate of Service listing the address served.

**DEBTOR**
PAPPAS PIPING SERVICE, INC.
23832 ROCKFIELD BLVD., SUITE 245
LAKE FOREST, CA 92630-2884

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **<u>March 27, 2026</u>**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

<u>VIA PERSONAL DELIVERY</u>
**PRESIDING JUDGE'S COPY**
HONORABLE MARK D. HOULE
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 6135 / COURTROOM 6C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 27, 2026 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

EXHIBIT "1"
Page 14

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **UPDATED STIPULATION BETWEEN DEBTOR AND LIVE OAK BANKING COMPANY FOR USE OF CASH COLLATERAL THROUGH PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 27, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- **ATTORNEY FOR DEBTOR:** Aaron E. De Leest     adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR: LIVE OAK BANKING COMPANY:** Bernard J Kornberg   bernie.kornberg@millernash.com, edgar.rosales@millernash.com
- **US TRUSTEE: United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR: David Wood**     dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **March 27, 2026**, I delivered the document described above via email to Stretto, Debtor's claims and noticing agent, for service on all interested parties at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. Upon completion of the service by Stretto to Debtor and all Interested Parties, Stretto will file a Certificate of Service listing the address served.

**DEBTOR**
PAPPAS PIPING SERVICE, INC.
23832 ROCKFIELD BLVD., SUITE 245
LAKE FOREST, CA 92630-2884

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 27, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
**PRESIDING JUDGE'S COPY**
HONORABLE MARK D. HOULE
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 6135 / COURTROOM 6C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 27, 2026 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**