DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for Debtor and Debtor-in-Possession,
PAPPAS PIPING SERVICE, INC.

FILED & ENTERED

APR 06 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:26-bk-10033-MH |
| PAPPAS PIPING SERVICE, INC., | Chapter 11 |
| Debtor. | ORDER APPROVING UPDATED STIPULATION BETWEEN DEBTOR AND LIVE OAK BANKING COMPANY FOR USE OF CASH COLLATERAL THROUGH PLAN CONFIRMATION |
| | **Hearing**: Date: March 31, 2026 Time: 2:30 p.m. Ctrm: 6C Place: 411 West Fourth Street Santa Ana, CA 92701 |

The court having reviewed and considered the updated Stipulation between Debtor and Live Oak Banking Company for Use of Cash Collateral Through Plan Confirmation ("Updated Stipulation")[1] filed by the debtor and debtor-in-possession, Pappas Piping Service, Inc., ("Debtor"), on March 27, 2026, as Dk. No. 91, and good cause appearing:

/ / /

---

[1] All terms used herein shall have the same meaning as the Updated Stipulation filed on March 27, 2026, as Dk. No. 91.

1

**IT IS ORDERED** that:

1.      The Updated Stipulation is approved in its entirety; and

2.      The terms of the Updated Stipulation are incorporated by reference and made a part of this Order; and

3.      The Debtor is authorized to use cash collateral on a final basis in accordance with the Updated budget attached as Exhibit 1 to the Notice of Updated Budget, filed on March 27, 2026, as Dk. No. 90 in support of Cash Collateral Motion (the "Budget"), through October 30, 2026.

###

Date: April 6, 2026

Mark Houle
United States Bankruptcy Judge

2