DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for
PAPPAS PIPING SERVICE, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re | Case No. 8:26-bk-10033-MH |
|---|---|
| PAPPAS PIPING SERVICE, INC., | Chapter 11 |
| Debtor. | STIPULATION BETWEEN DEBTOR AND LIVE OAK BANKING COMPANY TO CONTINUE PLAN DEADLINES AND STATUS HEARING |
| | Status Hearing: Date: May 12, 2026 Time: 2:30 p.m. Ctrm: 6C Place: 411 West Fourth Street Santa Ana, CA 92701 |

TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY COURT

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED

PARTIES:

This updated Stipulation is entered between Debtor-in-Possession, Papas Piping Service,

Inc., ("Debtor"), on the one hand, and Live Oak Banking Company ("Live Oak"), on the other hand,

through undersigned counsel, as follows:

/ / /

1

STIPULATION TO CONTINUE PLAN DEADLINES AND STATUS HEARING

## Recitals

A.     On January 6, 2026, the Debtors filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, commencing this bankruptcy case.

B.     On February 3, 2026, as Dk. No. 51, the Court entered a scheduling order setting out the following Plan deadlines:

1.     Debtor shall file a proposed disclosure statement ("Disclosure Statement") and Chapter 11 plan of reorganization ("Plan") by May 11, 2026.

2.     The deadline to obtain approval of the Disclosure Statement is July 14, 2026.

3.     The deadline to obtain confirmation of the Plan, including, but not limited to balloting, is October 13, 2026.

C.     The Chapter 11 Status Conference hearing is currently scheduled for May 12, 2026, at 2:30 p.m.

D.     The Parties are in the midst of negotiations on a proposed Chapter 11 Plan of Reorganization, and have agreed to continue the Plan deadlines and continue the status hearing for approximately 30 days.

/ / /

/ / /

/ / /

STIPULATION TO CONTINUE PLAN DEADLINES AND STATUS HEARING

The Parties agree and STIPULATE as follows:

1.      Debtor shall file a proposed disclosure statement ("Disclosure Statement") and Chapter 11 plan of reorganization ("Plan") by June 10, 2026.

2.      The deadline to obtain approval of the Disclosure Statement is August 13, 2026.

3.      The deadline to obtain confirmation of the Plan, including, but not limited to balloting, is November 12, 2026.

4.      The status hearing shall be continued to June 23, 2026, at 1:30 p.m., or any other date that is convenient to the Court.

5.      This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.


Dated: May 4, 2026                          MILLER NASH LLP


                                            By: _____
                                                BERNIE KORNBERG
                                                Attorneys for Creditor
                                                LIVE OAK BANKING COMPANY


Dated: April 30, 2026                       MARSHACK HAYS WOOD LLP


                                            By: /s/ David A. Wood
                                                DAVID A. WOOD,
                                                MATTHEW W. GRIMSHAW
                                                AARON E. DE LEEST
                                                SARAH R. HASSELBERGER
                                                Attorneys for
                                                PAPPAS PIPING SERVICE INC.

STIPULATION TO CONTINUE PLAN DEADLINES AND STATUS HEARING

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **STIPULATION BETWEEN DEBTOR AND LIVE OAK BANKING COMPANY TO CONTINUE PLAN DEADLINES AND STATUS HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 4, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR DEBTOR:** Aaron E. De Leest     adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR: LIVE OAK BANKING COMPANY:** Bernard J Kornberg bernie.kornberg@millernash.com, edgar.rosales@millernash.com
- **US TRUSTEE: United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR: David Wood**     dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

☐  Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>: On **May 4, 2026**, I delivered the document described above via email to Stretto, Debtor's claims and noticing agent, for service on all interested parties at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed. Upon completion of the service by Stretto to Debtor, Stretto will file a Certificate of Service listing the address served.

**DEBTOR**
PAPPAS PIPING SERVICE, INC.
23832 ROCKFIELD BLVD., SUITE 245
LAKE FOREST, CA 92630-2884

☐  Service information continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 4, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

<u>**VIA PERSONAL DELIVERY**</u>
**PRESIDING JUDGE'S COPY**
HONORABLE MARK D. HOULE
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 6135 / COURTROOM 6C
SANTA ANA, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 4, 2026 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.