JOSHUA R. TEEPLE, CPA
Grobstein Teeple LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
Telephone: (949) 381-5655
Facsimile: (949) 381-5665
Email:    jteeple@gtllp.com; documents@gtllp.com

CRO and Financial Advisors for
PAPPAS PIPING SERVICE, INC.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**PAPPAS PIPING SERVICE, INC.,**<br><br><br><br><br>Debtor and Debtor-in-Possession. | Case No.: 8:26-bk-10033-MH<br><br>Chapter 11<br><br>**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF JOSHUA R. TEEPLE AS CHIEF RESTRUCTURING OFFICER OF THE DEBTOR, AND GROBSTEIN TEEPLE, LLP AS FINANCIAL ADVISORS TO THE CHIEF RESTRUCTURING OFFICER; DECLARATION OF JOSHUA R. TEEPLE IN SUPPORT THEREOF**<br><br>**Hearing:**<br>Date:    May 26, 2026<br>Time:    1:30 p.m.<br>Place:   Courtroom 6C<br>          U.S. Bankruptcy Court<br>          411 West Fourth Street<br>          Santa Ana, California 92701 |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE:**

JOSHUA R. TEEPLE ("CRO") and GROBSTEIN TEEPLE LLP, ("GT" or the "Firm"), the

Chief Restructuring Officer and Financial Advisors (collectively referred to as "Applicant") for the

Chapter 11 Debtor and Debtor-in-Possession, PAPPAS PIPING SERVICE, INC. (the "Debtor") in the above-referenced case, represent the following in support of this *First Interim Application for Compensation and Reimbursement of Expenses of Joshua R. Teeple as Chief Restructuring Officer of the Debtor, and Grobstein Teeple, LLP as Financial Advisors to the Chief Restructuring Officer* ("Application"). The Application requests a total of $31,799.00 for fees and $495.27 for expenses incurred during the period from January 6, 2026, through and including April 30, 2026 (the "Application Period").

**I.**

**PRELIMINARY SUMMARY OF COMPENSATION DATA**

1.  Applicant: JOSHUA R. TEEPLE and GROBSTEIN TEEPLE LLP

2.  Application Period: January 6, 2026, through and including April 30, 2026

3.  Date of Entry of Order Authorizing Employment: February 24, 2026

4.  Date Services Commenced: January 6, 2026

5.  Dates of Prior Fee Hearings: None

6.  Advance Fee Payment Received: $15,000.00

7.  Advance Fee Payment Remaining: $995.00 (at the time of filing)

8.  Fees Paid Pursuant to Prior Fee Applications: $0.00

9.  Expenses Paid Pursuant to Prior Fee Applications: $0.00

10. Amount Remaining to be Paid to Pursuant to Prior Applications: $0.00

11. Amount Reserved Pending Final Fee Application: $0.00

12. Total Amount of Fees Requested for this Application Period: $31,799.00

13. Total Amount of Expenses Requested for this Application Period: $495.27

14. Cash on hand: Approximately $857,273 (pursuant to the Monthly Operating Report for the month ending March 31, 2026)

///

///

///

///

## II.

## INTRODUCTION

1.      This Application is filed in accordance with Section 330 of the United States Bankruptcy Code, Local Bankruptcy Rule 2016(1), and the Guidelines of the Office of the United States Trustee for the Central District of California (the "Guidelines").

2.      On January 6, 2026 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code. Since the Petition Date, the Debtor has been operating its business and managing its financial affairs as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3.      Pursuant to the order entered authorizing the employment of CRO and GT, Applicant began work on January 6, 2026.

4.      CRO was employed to perform, among other tasks, the following specific acts:

- Assist in advising the Debtor regarding bankruptcy strategies and evaluating both business and legal issues which may arise in the course of this bankruptcy case;

- Assist Debtor and its counsel with respect to any negotiations regarding a Chapter 11 plan and disclosure statement, including the proposed treatment of creditors and disposition of assets;

- Assist in the preparation of reports and other administrative responsibilities of the Debtor imposed by either the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, or the Office of the United States Trustee; and

- To take such other action and perform such other services as the Debtor may require of the CRO in connection with its Chapter 11 case.

5.      GT was employed to assist the CRO and perform, among other tasks, the following specific acts:

- Obtain and evaluate financial records;

- Evaluate assets and liabilities of the Debtor and Estate;

- Evaluate tax issues related to the Debtor and Estate;

- Prepare tax returns;

In re: Pappas Piping Service, Inc.                    3                    Case No.: 8:26-bk-10033-MH

- Provide litigation consulting if required; and

- Provide accounting and consulting services requested by the Debtor and its counsel.

6.      This is Applicant's first interim application in connection with this case.  Applicant seeks approval of compensation for the Application Period.  The requested amount of compensation is based upon a total of 63.2 hours of accounting services, resulting in fees totaling $31,799.00. Applicant is requesting expenses in the amount of $495.27. The Debtor is currently holding cash on hand in the amount of approximately $857,273 (pursuant to the Monthly Operating Report for the month ending March 31, 2026)

7.      The professional services which are the subject of this Application were rendered by the Applicant in connection with providing services for the benefit of the estate and not for any other entity. All of the expenses which are the subject of this Application were incurred by Applicant in connection with providing services for the benefit of the Estate.

8.      Applicant maintains time records of professionals and support personnel on a contemporaneous basis.  Such time records are prepared by the professionals who have rendered the services.  The time records and this Application were reviewed by the project manager assigned to the case.

9.      **Exhibit "1"** provides a grand total of fees by subject area incurred during the Application Period.

10.      A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "2".**  The hourly rates in **Exhibit "2"**, as well as those reported in **Exhibit "3"**, reflect the rates in effect on the dates those services were performed.  Therefore, certain professionals may reflect multiple rates if there were rate adjustments during the Application Period.

11.      Attached hereto as **Exhibit "3"** and incorporated herein by this reference is a statement detailing the services and expenses rendered by the Applicant for the Application Period. **Exhibit "3"** is transcribed from the Applicant's contemporaneous time records, and shows the professional services rendered, the date the services were performed, the person performing the service and the amount of time incurred.  **Exhibit "3"** categorizes the professional fees by subject

work areas.

12. Applicant has no agreement or understanding for a division of fees between Applicant and any other party or parties involved in this matter. The CRO and GT were paid a pre-petition retainer on December 8, 2025 in the amount of $15,000. Of that amount, GT transferred the sum of $4,000 to Counsel and had a balance of $995 on the Petition Date. Applicant is aware of the risk that there may be insufficient assets from which it may be compensated.

13. Attached as **Exhibit "4"** is biographical information concerning the professionals providing services during the Application Period.

**III.**

**SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT**

**Accounting Services**

14. Applicant began consulting with Counsel and Debtor management prior to the Debtor's bankruptcy filing. That consultation has continued post-petition. Applicant met regularly with Debtor management, counsel, and Debtor's accounting personnel to monitor the Debtor's financial performance, and assist in resolving operational and accounting issues that arose with creditors and other interested parties.

15. At the time of filing, Applicant assisted with the preparation and review of first day motions and the Debtor's seven-day package. Throughout the pendency of the case, Applicant has reviewed, provided input on, and, in some instances, signed status reports, employment applications for estate professionals, stipulations, and other Court filings. Applicant has also participated in Court hearings and meetings with the Office of the United States Trustee.

16. Through this Application Period, Applicant prepared three monthly operating reports on behalf of the Debtor. The preparation of each of these reports required Applicant to obtain a series of statements, documents and other records. Applicant has also been actively involved in assisting with the preparation of forecasts and budgets and has begun work on plan projections.

17. During the Application Period, Applicant incurred 53.0 hours under the category of Accounting Services, resulting in fees totaling $28,895.00. This results in a blended hourly rate of $545.19.

**Employment/Fee Application**

18.     During the Application Period, Applicant prepared and filed its application for employment in this matter, as well as prepared the within fee application. In addition, Applicant reviewed the employment applications of other professionals and provided counsel with appropriate comments.

19.     During the Application Period, Applicant incurred 10.2 hours under the category of Employment/Fee Application, resulting in fees totaling $2,904.00. This results in a blended hourly rate of $284.71.

20.     During the Application Period, Applicant incurred expenses in the total amount of $495.27 for photocopy and postage charges associated with service of the documents required to obtain an Order authorizing the employment of Applicant in this case, for which reimbursement is being sought, as well as delivery of documents to the Internal Revenue Service.  Those Costs are as follows:

| Cost | Amount |
| --- | --- |
| Photocopies | $281.40 |
| Postage | $213.87 |
| TOTAL | $495.27 |

**IV.**

**REQUEST FOR FIRST INTERIM COMPENSATION**

21.     During the Application Period, Applicant incurred a total of 63.2 hours as CRO and Financial Advisors for the Debtor.  Applicant submits that all of its time was reasonable and necessary. Applicant has attempted, as best possible, to avoid utilizing professionals at a higher rate than needed for any particular task.

22.     Applicant is requesting compensation in the amount of $31,799.00 for services rendered.  This amount is based upon the normal hourly rates charged by its professionals at the time the work was performed.  This amount does not include any enhancements or bonuses.  It is requesting expenses in the amount of $495.27.

///

**WHEREFORE, GROBSTEIN TEEPLE LLP** request that this Court, after proper notice and hearing, allow on an interim basis, fees totaling $31,799.00 and expenses totaling $495.27. After application of its remaining retainer held in trust in the amount of $995.00, this would result in a total payment of $31,299.27 to GROBSTEIN TEEPLE LLP.

Dated: May 4 , 2026                                      GROBSTEIN TEEPLE LLP

                                                        By _____
                                                            Joshua R. Teeple

## DECLARATION OF JOSHUA R. TEEPLE

I, Joshua R. Teeple, declare and state as follows:

1.    I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California.  I am a member in good standing of the American Institute of Certified Public Accountants (AICPA). I am the CRO of the Debtor, and a partner of GROBSTEIN TEEPLE LLP ("GT"), financial advisors, and am duly authorized to make this declaration on behalf of Applicant.

2.    I am the CRO of the Debtor and the accountant principally responsible for the services performed in this matter on behalf of the Debtor.  The facts stated herein are within my personal knowledge or I have gained knowledge of them from other GT staff members or the regular business records as maintained by my office.  The time records and this Application were reviewed by the project manager assigned to the case.  If called as a witness, I could and would testify competently thereto.

3.    I have reviewed the foregoing *First Interim Application for Compensation and Reimbursement of Expenses of Joshua R. Teeple as Chief Restructuring Officer of the Debtor, and Grobstein Teeple, LLP as Financial Advisors to the Chief Restructuring Officer* (the "Application"). I have reviewed the requirements of Local Bankruptcy Rule 2016, and to the best of my knowledge, information, and belief, the Application are true and correct, and the Application complies with that rule.

4.    I am familiar with GT's billing practices and procedures. In the ordinary course of its business, GT keeps a record of all time expended by its professionals and employees in the rendering of professional services, as well as all reimbursable expenses, on a computerized billing system. The amounts requested by GT in the Application are based upon GT's business records kept in the ordinary course of GT's business.

5.    Attached to this declaration as **Exhibit "1"** is a true and correct copy of a report generated by GT's computerized billing system, which provides a grand total of fees by subject area incurred by GT in this matter on behalf of the estate and expenses incurred by GT, which is kept by GT in the ordinary course of its business.

In re: Pappas Piping Service, Inc.            8            Case No.: 8:26-bk-10033-MH

6.     Attached to this declaration as **Exhibit "2"** is a true and correct copy of a report generated by GT's computerized billing system, which provide a summary of the hours of professional time expended by each professional at GT in providing services to the estate in this matter, which is kept by GT in the ordinary course of its business.

7.     Attached to this declaration as **Exhibit "3"** is a true and correct copy of a report generated by GT's computerized billing system providing a detail of fees and expenses incurred by GT in connection with providing services to the estate in this matter, which GT keeps in the ordinary course of its business. The time records include a description of the nature of the services performed, the GT professional providing that service, the applicable rate of the professional, and the duration of time expended.

8.     GT's request for reimbursement of costs and the computation of the costs reflect photocopying at $0.20 per page, outgoing facsimiles at $1.00 per page and incoming facsimiles at $0.20 per page.  All costs from outside parties such as messengers, Federal Express, mail and long distance telephone charges are charged at Applicant's cost.

9.     Attached to this declaration as **Exhibit "4"** is biographical information of the professionals who provided services to the estate in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed May 4_____, 2026 at Lake Forest, California.

_____
Joshua R. Teeple

In re: Pappas Piping Service, Inc.     9     Case No.: 8:26-bk-10033-MH

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**GROBSTEIN
TEEPLE**

**Insolvency Consulting**

**Summary of Professional Fees and Expenses**

**Fee Application Period: January 6, 2026 through April 30, 2026**

**Category of Work**

| | | |
|---|---|---|
| 001 - Accounting Services | 53.00 | $28,895.00 |
| 009 - Fee/Employment Application | 10.20 | $2,904.00 |
| Total Professional Fees | 63.20 | $31,799.00 |

**Expenses**

| | |
|---|---|
| 405 - Client Postage/Delivery | $213.87 |
| 406 - Client Photocopies/Printing | $281.40 |
| Total Expenses | $495.27 |
| **Total Professional Fees and Expenses** | **$32,294.27** |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit 1, Page 10

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620


**GROBSTEIN TEEPLE**

**Pappas Piping Service, Inc.**
Pappas Piping Service, Inc. c/o David Wood, Esq.
870 Roosevelt
Irvine, California 92620

# Invoice

**Invoice Date:**    04/30/2026
**Invoice Number:** 129229
**Billing Through:** 04/30/2026

**IN RE: Insolvency Consulting**

## Professional Fees by Employee

**Fee Application Period: January 6, 2026 - April 30, 2026**

| Employee | Rate | Hours | Amount |
|---|---|---|---|
| Denise Weiss | $190.00 | 8.10 | $1,539.00 |
| Joshua R Teeple | $650.00 | 34.90 | $22,685.00 |
| Kevin R Meacham | $375.00 | 20.20 | $7,575.00 |
| Totals | | 63.20 | $31,799.00 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit 2, Page 11

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**GROBSTEIN TEEPLE**

**Pappas Piping Service, Inc.**
Pappas Piping Service, Inc. c/o David Wood, Esq.
870 Roosevelt
Irvine, California 92620

# Invoice

**Invoice Date:**    04/30/2026
**Invoice Number:** 129229
**Billing Through:** 04/30/2026

**IN RE: Insolvency Consulting**

**Professional Services:**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| **001 - Accounting Services** | | | | | |
| 01/07/2026 | Joshua R Teeple | Review numerous emails on post-filing matters and coordinate same | $650.00 | 2.70 | $1,755.00 |
| 01/08/2026 | Joshua R Teeple | Review and respond to multiple emails with management and counsel; prep for first day hearings | $650.00 | 1.10 | $715.00 |
| 01/09/2026 | Joshua R Teeple | Prepare for and attend first day hearing; travel time to and from same | $650.00 | 2.70 | $1,755.00 |
| 01/09/2026 | Joshua R Teeple | Follow up emails | $650.00 | 0.30 | $195.00 |
| 01/14/2026 | Joshua R Teeple | Review 7 day package and related emails; sign package | $650.00 | 0.60 | $390.00 |
| 01/14/2026 | Joshua R Teeple | Review status report and provide comments to counsel | $650.00 | 0.20 | $130.00 |
| 01/15/2026 | Joshua R Teeple | Review emails and work on issues related to gas cards | $650.00 | 0.40 | $260.00 |
| 01/16/2026 | Joshua R Teeple | Review and respond to emails on draft schedules; review same | $650.00 | 0.50 | $325.00 |
| 01/19/2026 | Joshua R Teeple | Review emails on operational matters | $650.00 | 0.20 | $130.00 |
| 01/20/2026 | Joshua R Teeple | Videoconference with creditor's counsel and counsel re pre-petition AP | $650.00 | 0.50 | $325.00 |
| 01/20/2026 | Joshua R Teeple | Review email correspondence on schedules and other pending matters | $650.00 | 0.30 | $195.00 |
| 01/20/2026 | Joshua R Teeple | Call with accounting department re questions on two party checks and other items | $650.00 | 0.50 | $325.00 |
| 01/20/2026 | Joshua R Teeple | Review schedules and SOFA; send revisions to counsel; sign same | $650.00 | 1.20 | $780.00 |
| 01/21/2026 | Joshua R Teeple | Review motion to extend deadline to assume lease; sign declaration on same | $650.00 | 0.30 | $195.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Pappas Piping Service, Inc.**
Pappas Piping Service, Inc. c/o David Wood, Esq.
870 Roosevelt
Irvine, California 92620

# Invoice

**Invoice Date:**     04/30/2026
**Invoice Number:** 129229
**Billing Through:** 04/30/2026

**IN RE: Insolvency Consulting**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/22/2026 | Joshua R Teeple | Review objection by secured creditor; review and respond to related emails | $650.00 | 0.30 | $195.00 |
| 01/27/2026 | Joshua R Teeple | Review reply in support of motion for cash collateral | $650.00 | 0.20 | $130.00 |
| 01/28/2026 | Joshua R Teeple | Call with counsel and accounting re APPs and MORs | $650.00 | 0.20 | $130.00 |
| 01/29/2026 | Joshua R Teeple | Review and respond to emails | $650.00 | 0.20 | $130.00 |
| 01/30/2026 | Joshua R Teeple | Email with accounting department | $650.00 | 0.10 | $65.00 |
| 02/02/2026 | Joshua R Teeple | Call with Pappas and counsel re hearing and POC | $650.00 | 0.30 | $195.00 |
| 02/03/2026 | Joshua R Teeple | Attend status conference; travel time to and from Court | $650.00 | 2.70 | $1,755.00 |
| 02/04/2026 | Joshua R Teeple | Attend IDI | $650.00 | 0.10 | $65.00 |
| 02/04/2026 | Joshua R Teeple | Review emails re utility deposits | $650.00 | 0.10 | $65.00 |
| 02/04/2026 | Joshua R Teeple | Attend 341a | $650.00 | 0.50 | $325.00 |
| 02/04/2026 | Joshua R Teeple | Follow up emails from hearing | $650.00 | 0.20 | $130.00 |
| 02/04/2026 | Joshua R Teeple | Call with CEO and counsel | $650.00 | 0.40 | $260.00 |
| 02/09/2026 | Joshua R Teeple | Review budget to actual; calls and emails on same | $650.00 | 0.40 | $260.00 |
| 02/10/2026 | Joshua R Teeple | Review accounting reports and related emails | $650.00 | 0.30 | $195.00 |
| 02/11/2026 | Joshua R Teeple | Work on accounting and MOR matters | $650.00 | 0.50 | $325.00 |
| 02/11/2026 | Kevin R Meacham | Emails with Debtor regarding MOR and other open items. | $375.00 | 0.70 | $262.50 |
| 02/11/2026 | Kevin R Meacham | Review of documents for MOR preparation. | $375.00 | 0.70 | $262.50 |
| 02/12/2026 | Joshua R Teeple | Call with accounting department; work on related accounting matters | $650.00 | 0.50 | $325.00 |
| 02/12/2026 | Joshua R Teeple | Emails re accounting matters; discuss with counsel | $650.00 | 0.30 | $195.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Pappas Piping Service, Inc.**
Pappas Piping Service, Inc. c/o David Wood, Esq.
870 Roosevelt
Irvine, California 92620

# Invoice

**Invoice Date:**     04/30/2026
**Invoice Number:** 129229
**Billing Through:**  04/30/2026

**IN RE: Insolvency Consulting**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/12/2026 | Kevin R Meacham | Work on January MOR and supporting documents. | $375.00 | 3.20 | $1,200.00 |
| 02/13/2026 | Kevin R Meacham | Review of bank statements for MOR. | $375.00 | 0.80 | $300.00 |
| 02/13/2026 | Kevin R Meacham | Work on January MOR. | $375.00 | 1.60 | $600.00 |
| 02/17/2026 | Joshua R Teeple | Work with Meacham and accounting department on MOR and accounting setup matters | $650.00 | 1.20 | $780.00 |
| 02/17/2026 | Kevin R Meacham | Work on MOR supporting documents. | $375.00 | 2.80 | $1,050.00 |
| 02/18/2026 | Joshua R Teeple | Emails re copier lease; utilities deposit and other matters | $650.00 | 0.20 | $130.00 |
| 02/18/2026 | Kevin R Meacham | Work on January MOR and supporting documents. | $375.00 | 1.40 | $525.00 |
| 02/19/2026 | Joshua R Teeple | Work on MOR | $650.00 | 0.50 | $325.00 |
| 02/19/2026 | Kevin R Meacham | Communications regarding MOR. | $375.00 | 0.20 | $75.00 |
| 02/20/2026 | Joshua R Teeple | Work on extended budget | $650.00 | 0.60 | $390.00 |
| 02/23/2026 | Joshua R Teeple | Review MOR; work with staff on same; address tax filing notice | $650.00 | 0.80 | $520.00 |
| 02/23/2026 | Kevin R Meacham | Update January MOR and supporting documents with additional bank statement. | $375.00 | 0.80 | $300.00 |
| 02/24/2026 | Joshua R Teeple | Draft correspondence with IRS re tax returns | $650.00 | 0.60 | $390.00 |
| 02/24/2026 | Joshua R Teeple | Review and sign MOR | $650.00 | 0.40 | $260.00 |
| 02/24/2026 | Kevin R Meacham | Update and finalize January MOR and supporting documents. | $375.00 | 0.70 | $262.50 |
| 02/27/2026 | Joshua R Teeple | Emails re insurance | $650.00 | 0.10 | $65.00 |
| 03/05/2026 | Joshua R Teeple | Meeting with management and counsel re secured creditor | $650.00 | 0.40 | $260.00 |
| 03/10/2026 | Joshua R Teeple | Status meeting with Pappas and counsel | $650.00 | 0.20 | $130.00 |
| 03/10/2026 | Kevin R Meacham | Request documents for Feb MOR. | $375.00 | 0.10 | $37.50 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit 3, Page 14

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Pappas Piping Service, Inc.**
Pappas Piping Service, Inc. c/o David Wood, Esq.
870 Roosevelt
Irvine, California 92620

# Invoice

**Invoice Date:**    04/30/2026
**Invoice Number:** 129229
**Billing Through:** 04/30/2026

**IN RE: Insolvency Consulting**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/11/2026 | Joshua R Teeple | Emails re case status and communication with customers | $650.00 | 0.30 | $195.00 |
| 03/16/2026 | Joshua R Teeple | Work on MOR and secured payment issues | $650.00 | 0.40 | $260.00 |
| 03/17/2026 | Joshua R Teeple | Review emails re MOR and other accounting matters | $650.00 | 0.10 | $65.00 |
| 03/17/2026 | Kevin R Meacham | Prepare MOR supporting documents. | $375.00 | 2.30 | $862.50 |
| 03/19/2026 | Joshua R Teeple | Review financials; work on MOR issues | $650.00 | 1.30 | $845.00 |
| 03/19/2026 | Kevin R Meacham | Update Feb 2026 MOR. | $375.00 | 1.10 | $412.50 |
| 03/20/2026 | Joshua R Teeple | Review emails and attachments re financials; MOR issues | $650.00 | 0.40 | $260.00 |
| 03/20/2026 | Joshua R Teeple | Review February MOR | $650.00 | 0.40 | $260.00 |
| 03/20/2026 | Kevin R Meacham | Update and finalize Feb 2026 MOR. | $375.00 | 0.80 | $300.00 |
| 03/25/2026 | Joshua R Teeple | Review previously prepared projections and send same to counsel | $650.00 | 0.20 | $130.00 |
| 03/30/2026 | Joshua R Teeple | Review emails between counsel and management re creditors | $650.00 | 0.10 | $65.00 |
| 04/03/2026 | Joshua R Teeple | Review emails re insurance | $650.00 | 0.10 | $65.00 |
| 04/06/2026 | Joshua R Teeple | Review emails re pre petition payments and other pending items | $650.00 | 0.20 | $130.00 |
| 04/06/2026 | Kevin R Meacham | Email requesting items for MOR. | $375.00 | 0.10 | $37.50 |
| 04/08/2026 | Joshua R Teeple | Review and reply to emails re insurance payment | $650.00 | 0.20 | $130.00 |
| 04/08/2026 | Kevin R Meacham | Prepare MOR supporting documents. | $375.00 | 2.10 | $787.50 |
| 04/09/2026 | Joshua R Teeple | Review and respond to emails re insurance payment | $650.00 | 0.20 | $130.00 |
| 04/13/2026 | Joshua R Teeple | Review and respond to emails re insurance payout | $650.00 | 0.30 | $195.00 |
| 04/14/2026 | Kevin R Meacham | Review of financials. | $375.00 | 0.20 | $75.00 |
| 04/15/2026 | Joshua R Teeple | Review multiple emails re MORs | $650.00 | 0.10 | $65.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Pappas Piping Service, Inc.**
Pappas Piping Service, Inc. c/o David Wood, Esq.
870 Roosevelt
Irvine, California 92620

# Invoice

**Invoice Date:** 04/30/2026
**Invoice Number:** 129229
**Billing Through:** 04/30/2026

**IN RE: Insolvency Consulting**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/15/2026 | Joshua R Teeple | Review and sign MOR | $650.00 | 0.40 | $260.00 |
| 04/15/2026 | Joshua R Teeple | Meeting with counsel re plan | $650.00 | 0.40 | $260.00 |
| 04/15/2026 | Kevin R Meacham | Call with counsel to discuss plan. | $375.00 | 0.40 | $150.00 |
| 04/16/2026 | Joshua R Teeple | Review and respond to emails re insurance | $650.00 | 0.10 | $65.00 |
| 04/20/2026 | Joshua R Teeple | Review emails and attachment re budget to actual | $650.00 | 0.20 | $130.00 |
| 04/20/2026 | Kevin R Meacham | Update UST fee calculation. | $375.00 | 0.20 | $75.00 |
| 04/22/2026 | Joshua R Teeple | Meeting with Butler re plan update | $650.00 | 0.70 | $455.00 |
| 04/22/2026 | Joshua R Teeple | Begin work on plan projections | $650.00 | 2.10 | $1,365.00 |
| 04/23/2026 | Joshua R Teeple | Continue work on plan projections | $650.00 | 0.80 | $520.00 |
| | | **001 - Accounting Services Total:** | | **53.00** | **$28,895.00** |

**009 - Fee/Employment Application**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/26/2026 | Joshua R Teeple | Review MHW employment app and send comments on same; final review and sign same | $650.00 | 0.30 | $195.00 |
| 01/27/2026 | Joshua R Teeple | Review Stretto employment application and send comments on same to counsel | $650.00 | 0.30 | $195.00 |
| 01/29/2026 | Denise Weiss | Commence preparation of application for employment of CRO/GT. | $190.00 | 2.50 | $475.00 |
| 01/29/2026 | Joshua R Teeple | Review and revise employment app | $650.00 | 0.40 | $260.00 |
| 01/30/2026 | Denise Weiss | Prepare declaration in support of application for employment of GT and CRO. | $190.00 | 0.60 | $114.00 |
| 01/30/2026 | Joshua R Teeple | Additional work on employment application | $650.00 | 0.20 | $130.00 |
| 02/02/2026 | Joshua R Teeple | Review revised employment application | $650.00 | 0.30 | $195.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**Pappas Piping Service, Inc.**
Pappas Piping Service, Inc. c/o David Wood, Esq.
870 Roosevelt
Irvine, California 92620

# Invoice

**Invoice Date:**    04/30/2026
**Invoice Number:** 129229
**Billing Through:** 04/30/2026

**IN RE: Insolvency Consulting**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/03/2026 | Denise Weiss | Finalize employment application. Prepare for filing and service. Service upon 145 creditors | $190.00 | 3.50 | $665.00 |
| 02/03/2026 | Joshua R Teeple | Execute employment app; related emails | $650.00 | 0.30 | $195.00 |
| 02/04/2026 | Joshua R Teeple | Review and sign Stretto employment app | $650.00 | 0.30 | $195.00 |
| 02/24/2026 | Denise Weiss | Review docket for objections; prepare non-opposition declaration and proposed order on employment; prepare for filing and service. | $190.00 | 0.40 | $76.00 |
| 04/28/2026 | Denise Weiss | Preparation of 1st Interim Fee Application. | $190.00 | 0.80 | $152.00 |
| 04/30/2026 | Denise Weiss | Finalize 1st Interim Fee Application; prepare for filing and service. | $190.00 | 0.30 | $57.00 |
| | | **009 - Fee/Employment Application Total:** | | **10.20** | **$2,904.00** |
| | | **Total Professional Fees:** | | **63.20** | **$31,799.00** |

**Expenses:**

| Date | Employee | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| **405 - Client Postage/Delivery** | | | | | |
| 02/03/2026 | Denise Weiss | Service of notice and application to employ GT/CRO upon creditors (146) | 146 | $1.03 | $150.38 |
| 02/03/2026 | Denise Weiss | Service of notice and application to employ GT/CRO and proof of service upon Judge. | 1 | $3.00 | $3.00 |
| 02/24/2026 | Denise Weiss | Service of NOD and proposed order re: employment upon Debtor. | 1 | $2.44 | $2.44 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit 3, Page 17

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**GROBSTEIN TEEPLE**

**Pappas Piping Service, Inc.**
Pappas Piping Service, Inc. c/o David Wood, Esq.
870 Roosevelt
Irvine, California 92620

# Invoice

**Invoice Date:**    04/30/2026
**Invoice Number:** 129229
**Billing Through:** 04/30/2026

**IN RE: Insolvency Consulting**

| Date | Employee | Description | Quantity | Rate | Amount |
|------|----------|-------------|----------|------|--------|
| 02/24/2026 | Denise Weiss | Service of NOD and proposed order re: employment upon Judge. | 1 | $3.00 | $3.00 |
| 02/24/2026 | Lynn Y Rice | UPS Package to IRS ATTN: Bankruptcy Specialist Brown | 1 | $55.05 | $55.05 |
| | | **405 - Client Postage/Delivery Total:** | | | **$213.87** |

**406 - Client Photocopies/Printing**

| Date | Employee | Description | Quantity | Rate | Amount |
|------|----------|-------------|----------|------|--------|
| 02/03/2026 | Denise Weiss | Service of notice and application to employ GT/CRO and proof of service upon Judge. | 30 | $0.20 | $6.00 |
| 02/03/2026 | Denise Weiss | Service of notice and application to employ GT/CRO upon creditors (146) | 1314 | $0.20 | $262.80 |
| 02/24/2026 | Denise Weiss | Service of NOD and proposed order re: employment upon Debtor. | 31 | $0.20 | $6.20 |
| 02/24/2026 | Denise Weiss | Service of NOD and proposed order re: employment upon Judge. | 32 | $0.20 | $6.40 |
| | | **406 - Client Photocopies/Printing Total:** | | | **$281.40** |
| | | **Total Expenses:** | | | **$495.27** |

| | |
|---|---|
| **Total Professional Fees:** | **$31,799.00** |
| **Total Expenses:** | **$495.27** |
| **Total Amount Due This Invoice:** | **$32,294.27** |





## PROFESSIONAL BIOGRAPHIES

**JOSHUA TEEPLE**, **CPA/CFF, CFE, CITP,** University of Colorado, Boulder (B.S. - Business Administration) is a Partner in the firm. Mr. Teeple specializes in providing forensic accounting and restructuring services and testifies as an expert witness in such matters. Mr. Teeple has conducted multiple fraud investigations and regularly provides litigation consulting services.

**KEVIN MEACHAM**, California State University, Northridge (B.S. - Information Systems with an Option in Business) is a Consultant in the firm. Mr. Meacham is knowledgeable in network technologies, database management, application development, business intelligence, IT audit, enterprise resource planning, project management, and IT security. He has experience in bank record reconstructions for numerous accounts related to fraudulent transactions.

**DENISE WEISS** is an Executive Assistant with the firm.

**Los Angeles Headquarters**
6300 Canoga Avenue Suite 1500W
Woodland Hills, California 91367
818.532.1020 | gtllp.com

Phoenix, AZ
Los Angeles County, CA
Orange County, CA

Riverside County, CA
Boston, MA
Las Vegas, NCV

Washington D.C. Metro
Mérida, MX

Exhibit 4, Page 19

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

*PO Box 224, Woonsocket, RI 02895*

A true and correct copy of the foregoing document entitled (*specify*): **First Interim Application for Compensation and Reimbursement of Expenses of Joshua R. Teeple as Chief Restructuring Officer of the Debtor, and Grobstein Teeple, LLP as Financial Advisors to the Chief Restructuring Officer** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 5, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Aaron E. De Leest on behalf of Debtor Pappas Piping Service Inc. adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- Bernard J Kornberg on behalf of Creditor Live Oak Banking Company bernie.kornberg@millernash.com edgar.rosales@millernash.com
- David Wood on behalf of Debtor Pappas Piping Service Inc. dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On **May 5, 2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor
Pappas Piping Service, Inc.
23832 Rockfield Blvd., Suite 245
Lake Forest, CA  92630-2884

Honorable Mark D. Houle
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 325 / Ctrm 301
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 5, 2026 | Denise Weiss | | /s/ Denise Weiss |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

In re: Pappas Piping Service, Inc.                    1                    Case No.: 8:26-bk-10033-MH