Jerod McMillen
STRETTO
410 Exchange, Suite 100
Irvine, California 92602
Telephone: 833.419.3642
Email: TeamPappasPiping@stretto.com

Claims and Noticing Agent for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>PAPPAS PIPING SERVICE, INC.,<br><br>　　　　Debtor. | Lead Case No.: 8:26-bk-10033-MH<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

     I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

     On May 4, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on Office of the United States Trustee, Attn: Attn: Queenie K N at queenie.k.ng@usdoj.gov:

- **Stipulation Between Debtor and Live Oak Banking Company to Continue Plan Deadlines and Status Hearing** (Docket No. 100)

Dated: May 5, 2026　　　　　　　　　　　　　　　　/s/ *Jerod McMillen*
　　　　　　　　　　　　　　　　　　　　　　　　Jerod McMillen

# **Exhibit A**



Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alameda Co. Recorder'S Office | Alameda County Recorder's Office | 1106 Madison Street | | Oakland | CA | 94607 |
| American Express | Attn: Officer or Managing/General Agent | 200 Vesey St | | New York | NY | 10285-0002 |
| Anne Butler | | PO Box 16424 | | Salt Lake Cty | UT | 84116-0424 |
| BBSI (Barret Business Services, Inc.) | Attn: Officer or Managing/General Agent | 2560 N First St #180 | | San Jose | CA | 95131 |
| Blue Vine Capital | Attn: Officer or Managing/General Agent | 30 Montgomery St | Suite 1400 | Jersey City | NJ | 07302-3857 |
| Business Telephone Exchange | Attn: Officer or Managing/General Agent | 929 Berryessa Rd #10 | | San Jose | CA | 95133 |
| Capital One | Attn: Officer or Managing/General Agent | 1680 Capital One Dr | | Mc Lean | VA | 22102-3407 |
| Cintas | Attn: Officer or Managing/General Agent | 6800 Cintas Blvd | | Mason | OH | 45040-9151 |
| City & County of San Francisco | Attn: Officer or Managing/General Agent | PO Box 7425 | | San Francisco | CA | 94120-7425 |
| CT Corporation Systems | Attn: SPRS | 3300 N Brand Blvd | Ste 700 | Glendale | CA | 91203 |
| CT Corporation Systems | c/o Wolters Kluwer Lien Solutions | PO Box 29071 | | Glendale | CA | 91209 |
| Earl's Pest Control | Attn: Officer or Managing/General Agent | 1040 Commercial Ave Ste 101 | | San Jose | CA | 95112-1418 |
| Ferguson Enterprises Inc. #686 | Attn: Officer or Managing/General Agent | PO Box 740827 | | Los Angeles | CA | 90074-0827 |
| Grainger | Attn: Officer or Managing/General Agent | 2261 Ringwood Ave | | San Jose | CA | 95131-1792 |
| Great American Leasing Corp | Attn: Officer or Managing/General Agent | 625 1st St SE | | Cedar Rapids | IA | 52401-2030 |
| Great American Leasing Corp | c/o CT Corporation Systems | 3300 N Brand Blvd | Ste 700 | Glendale | CA | 91203 |
| Guillermo Silva | Attn: Officer or Managing/General Agent | 1610 MAIDEN CANE WAY | | Los Banos | CA | 93635 |
| HDS White Cap Const Supply | Attn: Officer or Managing/General Agent | PO Box 4944 | | Orlando | FL | 32802-4944 |
| Hilti Inc. | Attn: Officer or Managing/General Agent | PO BOX 70299 | | Philadelphia | PA | 19176-0299 |
| Hitachi Global Air Power US LLC | Attn: Officer or Managing/General Agent | 4659 Las Positas Rd | Suite A | Livermore | CA | 94551-9663 |
| Live Oak Banking Company | Attn: President/ Officer or Managing/General Agent | c/o The Collie Firm, PLLC | 4025 Wellingshire Ln | Dallas | TX | 75220-5090 |
| Live Oak Banking Company | c/o Miller Nash LLP | Attn: Bernard Kornberg | 340 Golden Shore, Ste 450 | Long Beach | CA | 90802 |
| Marshack Hays Wood LLP | Attn: D. Wood, M. Grimshaw, A. De Leest, S. Hasselberger | 870 Roosevelt | | Irvine | CA | 92620 |
| Office of the United States Trustee | Attn: Queenie K Ng | 411 W Fourth St | Suite 7160 | Santa Ana | CA | 92701-4500 |
| Pace Supply Corp | Attn: Officer or Managing/General Agent | PO Box 744915 | | Los Angeles | CA | 90074-4915 |
| Pappas Piping Service, Inc. | Attn: Officer or Managing/General Agent | 23832 Rockfield Blvd | Suite 245 | Lake Forest | CA | 92630-2884 |
| PIRS/AMA Recovery | c/o PIRS Capital LLC | 1688 Meridian Ave | Ste 700 | Miami Beach | FL | 33139-2713 |
| Pirtek SFO | Attn: Officer or Managing/General Agent | 1997 Burroughs Ave | | San Leandro | CA | 94577-5609 |
| Puretec Industrial Water (J. Harris Industrial Water Treatment, Inc.) | Bill George | 3151 Sturgis Road | | Oxnard | CA | 93031-5387 |
| Sheppard Mullin Richter & Hampton | Attn: Officer or Managing/General Agent | PO Box 840728 | | Los Angeles | CA | 90084-0728 |
| Steve Harmsen | Attn: Officer or Managing/General Agent | 26 N State Street | | Salt lake City | UT | 84103-2059 |
| Sunstate Equipment Rentals | Attn: Officer, A Managing or General Agent, or to any other Agent Authorized by Appointment or Law to Receive Service of Process | PO Box 208439 | | Dallas | TX | 75320-8439 |
| West America Finance | Attn: Officer or Managing/General Agent | 26 North State Street | | Salt lake City | UT | 84103-2059 |
| William D. Butler | | PO Box 16424 | | Salt Lake Cty | UT | 84116-0424 |

In re: Pappas Piping Services, Inc.
Case No. 26-10033 (MDH)

Page 1 of 1