DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for
PAPPAS PIPING SERVICE, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PAPPAS PIPING SERVICE, INC.,<br><br>Debtor. | Case No. 8:26-bk-10033-MH<br><br>Chapter 11<br><br>FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS BY MARSHACK HAYS WOOD LLP AS GENERAL COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF DAVID A. WOOD IN SUPPORT<br><br>Hearing:<br>Date: May 26, 2026<br>Time: 1:30 p.m.[1]<br>Ctrm: 6C<br>Place: 411 West Fourth Street<br>　　　 Santa Ana, CA 92701 |

[1]Designated on Judge Houle's Self-Calendaring as Chapter 11 Misc.

i

TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

Marshack Hays Wood LLP ("Firm") respectfully submits this First Interim Application for Allowance of Fees and Costs ("Application"). The Firm represents Debtor and Debtor-in-Possession, Papas Piping Service, Inc. ("Debtor"), as the Estate's general counsel. By this Application, the Firm seeks allowance of $64,082 in fees and $1,328.34 for reimbursement of costs for a total award of $65,410.34 pursuant to 11 U.S.C. §§ 330 and 331 that encompasses services rendered and expenses paid or incurred from January 6, 2026, through and including April 30, 2026 ("Reporting Period").

## 1.    Summary of the Case

This instant case was filed in order to stabilize operations after Debtor encountered cash flow issues after it relied on short term high interest (aka "MCA") loans. The weekly draws from its operating account made it impossible for Debtor to continue operations and reorganize its liabilities. Thus far, the Debtor is pleased to state that operations have been stabilized, and the Debtor is in a much better position now then it was pre-petition. Debtor is negotiating proposed plan terms with its various creditors, and should have proposed Chapter 11 Plan of Reorganization and Disclosure Statement on file before the June 10, 2026, deadline.

## 2.    Rule 2016-1 of the Local Bankruptcy Rule Requirements

Pursuant to Rule 2016-1 of the Local Bankruptcy Rules ("LBR"), here follows a brief narrative history and report concerning the status of the case. Should any additional information be requested by the Office of the United States Trustee, the Court, or any party in interest, the Firm will provide a supplemental declaration prior to any hearing on this Application.

### A.    Procedural Background – LBR 2016-1(a)(1)(A)

#### i.    Debtor's Bankruptcy

On January 6, 2026, a voluntary petition under Chapter 11 of Title 11 of the United State4s Bankruptcy Code ("Petition Date") was filed by Debtor and Debtor-in-Possession, Papas Piping

2

Service, Inc.

### ii.      First Day Motion – Cash Collateral Motion

On January 6, 2026, as Dk. No. 2, the Debtor filed the Motion for Order Authorizing Use of Cash Collateral ("Cash Collateral Motion"). On January 12, 2026, as Dk. No. 27, the Court entered the Interim Order Authorizing Use of Cash Collateral. On February 3, 2026, as Dk. No. 53, the Court entered a Final Order Authorizing Use of Cash Collateral.

### iii.      First Day Motion – Pre-Petition Bank Accounts and Continued Use of Cash Management

On January 6, 2026, as Dk. No. 3, the Debtor filed the Motion for Order Approving Maintenance of Pre-Petition Bank Accounts and Continued Use of Cash Management Procedures Pursuant to 11 U.S.C. Sections 105, 345, and 363 ("Cash Management Motion").  On January 12, 2026, as Dk. No. 28, the Court entered an order granting the Cash Management Motion in its entirety.

### iv.      First Day Motion – Pre-Petition Wages

On January 6, 2026, as Dk. No. 4, the Debtor filed the Motion for Order Authorizing Payment of Prepetition Wages ("Wage  Motion").  On January 12, 2026, as Dk. No. 29, the Court entered an order granting the Wage in its entirety.

### v.      First Day Motion – Utilities Motion

On January 6, 2026, as Dk. No. 5, the Debtor filed the Motion for Order Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment ("Utilities Motion").  On February 3, 2026, as Dk. No. 52, the Court entered an order granting the Utilities Motion in its entirety.

### vi.      Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property

Debtor is a party to one unexpired lease of nonresidential real property: a commercial lease ("Lease") between the Debtor, as the lessee, and Dollinger Properties, Inc., as lessor, regarding the

real property located at 1450 Koll Circle, Suites 106, 107, and 108, San Jose, California 95112 ("Premises"). The Lease is critical to the Debtor's operations, as it utilizes the commercial space to operate its business.

On January 21, 2026, as Dk. No. 41, the Debtor filed a Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property ("Extend Motion").  On February 17, 2026, as Dk. No. 69, the Court entered an order g5ranting the Extend Motion.

### vii.    Retention of Professionals

On January 26, 2026, as Dk. No. 46, Debtor filed an Application to Employ Marshack Hays Wood LLP as General Counsel ("Employment Application"). On February 18, 2026, as Dk. No. 71, the Court entered an order granting the Employment Application ("Employer Order"). A true and correct copy of the Employ Order is attached to the Declaration of David A. Wood ("Wood Declaration"), as Exhibit 1.

On February 3, 2026, as Dk. No. 49, Debtor filed an Application to Employ Joshua R. Teeple and Grobstein Teeple LLP as CRO and Financial Advisors ("CRO Application"). On February 24, 2026, as Dk. No. 78, the Court entered an order granting the CRO Application.

On February 5, 2026, as Dk. No. 61, Debtor filed an Application to Employ Stretto, Inc. ("Stretto Application). On February 24, 2026, the Court entered an order granting the Stretto Application.

### viii.    Claims Bar Date & Filed Claims

On February 5, 2026, as Dk. No. 59, Debtor filed and served a notice of claims bar date, setting April 10, 2026, as the date by which creditors were required to file a proof of claim. There were seventeen filed claims in this case

As a result, there is a total of $3,727,525.10 in secured debt, $35,553.31 in priority unsecured debt, and $2,541,664.55 in general unsecured debt.

### ix.    Plan and and Disclosure

On February 3, 2026, as Dk. No. 51, the Court entered a Scheduling Order and setting the deadline to file a proposed disclosure statement and plan by May 11, 2026. On May 4, 2026, as Dk.

4

FIRST INTERIM FEE APPLICATION

No. 100, the Debtor filed a stipulation with Live Oak Banking Company to continued Plan Deadlines and Status Hearing ("Plan Stipulation"). On May 4, 2026, as Dk. No. 101, the Court entered an order granting the Plan Stipulation.

**3.      Status of Administration– LBR 2016-1(a)(1)(A)(ii)**

Pursuant to LBR 2016-1(a)(1)(A)(ii), "applicant must report the status of administration of the estate, discussing the actions taken to liquidate property of the estate, the property remaining to be administered, the reasons the estate is not in a position to be closed, and whether it is feasible to pay an interim dividend to creditors."

Administration of this case is ongoing.

**A.      Funds on Hand in the Estate – LBR 2016-1(a)(1)(A)(iii)**

Pursuant to LBR 2016-1(a)(1)(A)(iii), "applicant must disclose the amount of money on hand in the estate and the estimated amount of other accrued expenses of administration."

As of the filing of the March 2026 Operating Report, filed on April 17, 2026 as Dk. No. 97, the Estate has approximately $857,273 on hand.

**2.      Employment of the Firm – LBR 2016-1(a)(1)(B)**

Pursuant to LBR 2016-1(a)(1)(B), the Application must include "the date of entry of the order approving the employment of the individual or firm for whom payment of fees or expenses is sought, and the date of the last fee application for the professional."

On February 18, 2026, as Dk. No. 71, the Court entered the Employment Order. *See* Wood Decl., Ex. 1.

**3.      Previous Fees and Expenses – LBR 2016-1(a)(1)(C)**

The Firm has not previously filed an application for allowance of fees and costs. This is the Firm's first interim fee application.

**4.      Description of Services Rendered – LBR 2016-1(a)(1)(D)**

Pursuant to LBR 2016-1(a)(1)(D), the Application must include "a brief narrative statement of the services rendered and the time expended during the period covered by the application."

The Reporting Period is January 6, 2026, through and including April 30, 2026. During this

FIRST INTERIM FEE APPLICATION

approximately 4 month period, the Firm provided 117.60 hours of services for the benefit of the Estate. The Firm's blended hourly rate for all services provided to the Estate as set forth in this Application is $545. Descriptions of the types of services rendered by the Firm are set forth below pursuant to the categories recommended by the Office of the United States Trustee.

### A.    Litigation

The Firm spent 2.50 hours on Litigation, resulting in fees of $1,259, which is 2% of the total fees sought by the Application. The blended hourly rate for these services is approximately $504. Services performed in this category are detailed in Exhibit 2 attached to the Wood Declaration.

### B.    Meetings of Creditors

The Firm spent 1.20 hours on Meetings of Creditors, resulting in fees of $804, which is less than 1% of the total fees sought by the Application. The blended hourly rate for these services is approximately $670. Services performed in this category are detailed in Exhibit 2 attached to the Wood Declaration.

### C.    Plan and Disclosure Statement

The Firm spent 11.50 hours on Plan and Disclosure Statement, resulting in fees of $6,587, which is 10% of the total fees sought by the Application. The blended hourly rate for these services is approximately $573. Services performed in this category are detailed in Exhibit 2 attached to the Wood Declaration.

### D.    Business Operations

The Firm spent 25.80 hours on Business Operations, resulting in fees of $15,928, which is 25% of the total fees sought by the Application. The blended hourly rate for these services is approximately $618. Services performed in this category are detailed in Exhibit 2 attached to the Wood Declaration.

### E.    Case Administration

The Firm spent 59.40 hours on Case Administration, resulting in fees of $31,255, which is 49% of the total fees sought by the Application. The blended hourly rate for these services is approximately $526. Services performed in this category are detailed in Exhibit 2 attached to the

FIRST INTERIM FEE APPLICATION

Wood Declaration.

## F.    Claims Administration and Objections

The Firm spent 3 hours on Claims Administration and Objections, resulting in fees of $1,411, which is 2% of the total fees sought by the Application. The blended hourly rate for these services is approximately $470. Services performed in this category are detailed in Exhibit 2 attached to the Wood Declaration.

## G.    Fee/Employment Applications

The Firm spent 14.20 hours on Employment and Fee Applications, resulting in fees of $6,838, which is 11% of the total fees sought by the Application. The blended hourly rate for these services is approximately $482. Services performed in this category are detailed in Exhibit 2 attached to the Wood Declaration.

## Detailed Statement of Services Performed – LBR 2016-1(a)(1)(E)

Pursuant to LBR 2016-1(a)(1)(E), "the application must contain a detailed listing of all time spent by the professional on matters for which compensation is sought" including date service was rendered, detailed description of service, amount of time spent, and identification of person who rendered service.

Attached to the Wood Decl. as **Exhibit "2"** is a copy of the Firm's computer billing printout of all of the Firm's time records for this case, as kept in the ordinary course of business during the Reporting Period. The detail set forth in **Exhibit "2"** enumerates the services performed by the Firm during the period covered by this Application. Attached to the Wood Decl. as **Exhibit "3"** is a summary schedule of the fees requested, as recommended in the U.S. Trustee Guidelines.

The persons who rendered services in connection with the Firm's representation of the Estate are identified in the billing detail by their initials. Those persons are:

| DAW | David A. Wood |
|-----|---------------|
| MWG | Matthew W. Grimshaw |
| AED | Aaron E. de Leest |
| SRH | Sarah R. Hasselberger |
| PK | Pamela Kraus |
| LAB | Layla A. Buchanan |
| CB | Cynthia Bastida |

FIRST INTERIM FEE APPLICATION

| LD | Laurel Dinkins |
| --- | --- |

There have been intra-office conferences billed by attorneys and paralegals. The Firm believes that, at times, intra-office conferencing is a necessary part of its ability to efficiently and effectively represent a bankruptcy estate by assembling a "team" of lawyers to work on the case. This team consists primarily of a supervising partner, one or more associate attorneys, and one or more paralegals. As a part of this team approach to representing Trustee, the supervising partner analyzes the needs of the client and assigns to the associates or paralegal tasks based upon the level of expertise and experience needed to complete the task.

## 5.   Detailed Statement of Costs Incurred – LBR 2016-1(a)(1)(F)

Pursuant to LBR 2016-1(a)(1)(F), "an application that seeks reimbursement of actual and necessary expenses must include a summary listing of all expenses by category (*i.e.,* long distance telephone, photocopy costs, facsimile charges, travel, messenger and computer research). As to each unusual or costly expense item, the application must state: (i) the date the expense was incurred; (ii) a description of the expense; (iii) the amount of the expense; and (iv) an explanation of the expense."

Attached to the Wood Decl. as **Exhibit "4"** is a schedule of costs and expenses incurred or paid by the Firm during the relevant time period but not yet reimbursed. Attached to the Wood Decl. as **Exhibit "5"** is a summary schedule of costs, as recommended in the U.S. Trustee Guidelines. The Firm believes and represents that the costs and expenses are reasonable under the circumstances of this case and the various pleadings filed by the Firm on behalf of Debtor.

During the Reporting Period, the Firm incurred expenses of $1,328.34. These expenses were actual expenses incurred in connection with the services rendered on behalf of the Estate. Expenses of this type are billed to and paid by the Firm's clients who pay monthly without contingency as to payment.

### A.   Document Reproduction

The Firm incurred $308.10 during the Reporting Period in document reproduction expenses, *i.e.* for copying and scanning. All internal document reproductions are made after the attorney or paralegal enters the case number into a computer system that tracks and calculates the number of

8

copies or scans by page. The Firm charges all clients $0.20 per page for copies and $0.10 per page for document scanning. All outside document reproduction charges are as invoiced by the vendor.

### B.    Outside Printing

The Firm incurred $256.08 during the Reporting Period in costs related to Outside Printing. All outside document reproduction charges are as invoiced by the vendor.

### C.    Online Research

The Firm incurred $24.07 during the Reporting Period in costs related to online computer research including Westlaw, Lexis, and PACER. With respect to PACER charges, the Firm subscribes to a service which collects and aggregates free courtesy copies of filings in a cloud database which can be thereafter accessed for no additional charge. However, in the course of the Firm's representation, documents are sometimes improperly indexed by the cloud service or the courtesy copy is not correctly transmitted to the designated e-mail address, resulting in minimal PACER charges to retrieve these documents. Additionally, PACER charges are unavoidably incurred where the Firm seeks to retrieve documents for which no party has previously received a courtesy copy, such as court filings in cases outside the main bankruptcy case or adversary proceedings, or cases pre-dating the Firm's employment and filing of a request for courtesy notice.

### D.    Delivery Services/Messenger

The Firm incurred $490.28 during the Reporting Period in costs related to delivery services/messenger.

### E.    Postage

The Firm incurred $228.79 during the Reporting Period in postage charges for mailing. The Firm charges postage to clients when multiple envelopes are being mailed at a single time. The paralegal or legal assistant enters the client code and precise postage into a cost recovery system in the mail room. The Firm then records these charges on the client account.

### F.    Local Travel

The Firm incurred $21.02 during the Reporting Period in costs related to Local Travel.

FIRST INTERIM FEE APPLICATION

## 6.　　Hourly Rates – LBR 2016-1(a)(1)(G)

Pursuant to LBR 2016-1(a)(1)(G), "unless employment has been approved on a fixed fee, percentage fee, or contingent fee basis, the application must contain a listing of the hourly rates charged by each person whose services form a basis for the fees requested in the application. The application must contain a summary indicating for each attorney by name: (i) The hourly rate and the periods each rate was in effect; (ii) The total hours in the application for which compensation is sought; and (iii) The total fee requested in the application."

| Timekeeper | Rate/Period | Total Hours | Total Fees |
|---|---|---|---|
| David A. Wood | 01/06/2026 to 03/31/2026 | | |
| | $670 | 33.6 | 22,512.00 |
| | NC | 0.0 | 0.00 |
| | 04/01/2026 to 04/30/2026 | | |
| | $690 | 7.8 | 5,382.00 |
| | NC | 0.0 | 0.00 |
| Matthew W. Grimshaw | 01/06/2026 to 03/31/2026 | | |
| | $670 | 2.6 | 1,742.00 |
| | NC | 0.0 | 0.00 |
| Aaron E. de Leest | 01/06/2026 to 03/31/2026 | | |
| | $670 | 20.8 | 13,936.00 |
| | NC | 0.0 | 0.00 |
| Sarah R. Hasselberger | 01/06/2026 to 03/31/2026 | | |
| | $470 | 5.1 | 2,397.00 |
| | NC | 0.0 | 0.00 |
| | 04/01/2026 to 04/30/2026 | | |
| | $550 | 0.1 | 55.00 |
| | NC | 0.0 | 0.00 |
| Pamela Kraus | 01/06/2026 to 03/31/2026 | | |
| | $380 | 5.9 | 2,242.00 |
| | NC | 0.0 | 0.00 |
| | 04/01/2026 to 04/30/2026 | | |
| | $390 | 0.8 | 312.00 |
| | NC | 0.0 | 0.00 |
| Layla Buchanan | 01/06/2026 to | | |

10

| | | | |
|---|---|---|---|
| | 03/31/2026 | | |
| | $380 | 23.8 | 9,044.00 |
| | NC | 0.0 | 0.00 |
| | 04/01/2026 to 04/30/2026 | | |
| | $390 | 5.2 | 2,028.00 |
| | NC | 0.0 | 0.00 |
| Cynthia Bastida | 01/06/2026 to 03/31/2026 | | |
| | $380 | 6.9 | 2,622.00 |
| | NC | 0.0 | 0.00 |
| | 04/01/2026 to 04/30/2026 | | |
| | $390 | 2.2 | 858.00 |
| | NC | 0.0 | 0.00 |
| Laurel Dinkins | 01/06/2026 to 01/31/2026 | | |
| | $340 | 2.8 | 952.00 |
| | NC | 0.0 | 0.00 |
| **Totals:** | | **117.6** | **64,082.00** |

## 7.    Professional Education and Experience – LBR 2016-1(a)(1)(H)

Pursuant to LBR 2016-1(a)(1)(H), the Application must include "a description of the professional education and experience of each of the individuals rendering services, including identification of the professional school attended, year of graduation, year admitted to practice, publications or other achievements, and explanation of any specialized background or expertise in bankruptcy-related matters."

A brief biographical description of the professionals who rendered services for which compensation is sought by this Application is attached to the Wood Decl. as **Exhibit "6."**

## 8.    Change in Professional Rates – LBR 2016-1(a)(1)(I)

Pursuant to LBR 2016-1(a)(1)(I), "if the hourly rate has changed during the period covered by the application, the application must specify the rate that applies to the particular hours for which compensation is sought."

The hourly rates of the Firm's professionals did not change during the Reporting Period.

## 9.    Client Declaration – LBR 2016-1(a)(1)(J)

Pursuant to LBR 2016-1(a)(1)(J), the Application must include "a separately filed declaration from the client indicating that the client has reviewed the fee application and has no objection to it."

## 10.    Legal Argument

### A.    The Court Has Authority and Should Approve the Application

The Bankruptcy Code provides that the Court can authorize payment of reasonable and necessary compensation and reimbursement of expenses.

> (a) (1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, an examiner, a professional person employed under section 327 or 1103- (A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and
> (B) reimbursement for actual, necessary expenses.

11 U.S.C. §330.

"A compensation award based on a reasonable hourly rate multiplied by the number of hours actually and reasonably expended is presumptively a reasonable fee." *In re Manoa Finance Co.*, 853 F.2d 687, 691 (9th Cir. 1988); *see, e.g., Sundquist v. Bank of America, N.A. (In re Sundquist)*, 576 B.R. 858, 876-77 (Bankr. E.D. Cal. 2017). "The primary method used to determine a reasonable attorney fee in a bankruptcy case is to multiply the number of hours expended by an hourly rate." *In re Yermakov*, 718 F.2d 1465, 1471 (9th Cir. 1983). This lodestar or basic fee, if warranted, can then be adjusted upward or downward. *In re Powerine Oil* Co., 71 B.R. 767 (B.A.P. 9th Cir. 1986).

Services which were not "reasonably likely to benefit the estate" or were not "necessary to the administration of the case" are not compensable. 11 U.S.C. § 330(a)(4). In considering a fee award, the court must consider "whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case." 11 U.S.C. § 330(a)(3)(C); *Roberts, Sheridan & Kotel, P.C. v. Bergen Brunswig Drug Co. (In re Mednet)*, 251 B.R. 103, 108 (9th Cir. BAP 2000); *see, e.g., Mohsen v. Wu (In re Mohsen)*, 506 B.R. 96, 106-10 (N.D. Cal. 2013).

FIRST INTERIM FEE APPLICATION

As detailed above, this Bankruptcy Case required substantial legal work to stabilize the Debtor's business operations, protect assets of the Estate, and to stablize operations. The services rendered were reasonable, necessary, and beneficial to the Estate at the time the services were rendered. Additionally, the Firm protected and advanced the Debtor's reorganization prospects by obtaining extensions of the exclusivity periods and deadline to file the Plan and DS, allowing the Debtor additional time to evaluate claims an resolve lender disputes.

Because all services were necessary to the administration of the case, beneficial at the time rendered, and central to preserving and enhancing the value of the Estate, the Firm respectfully requests that the Court approve the Application.

## 11.    Conclusion

The Firm requests that this Court enter its Order as follows:

1.    Approving and authorizing interim payment of the Firm's fees for the Reporting Period, on an interim basis, in the amount of $64,082;

2.    Approving and authorizing interim payment of the Firm's expenses for the Reporting Period, on an interim basis, in the amount of $1,328.34;

3.    For such other and further relief as the Court deems proper.

Dated: May 4, 2026                                   MARSHACK HAYS WOOD LLP

                                                     By:  */s/ David A. Wood*
                                                          DAVID A. WOOD,
                                                          MATTHEW W. GRIMSHAW
                                                          AARON E. DE LEEST
                                                          SARAH R. HASSELBERGER
                                                          Attorneys for
                                                          Pappas Piping Service Inc.

FIRST INTERIM FEE APPLICATION

# Declaration of David A. Wood

I, David A. Wood, declare and state as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am a partner of Marshack Hays Wood LLP (the "Firm"), which maintains offices at 870 Roosevelt, Irvine, California 92620. I am an attorney at law licensed to practice in this state and admitted to practice in this Court. If called as a witness, I could and would competently testify to the facts set forth in this declaration of my own personal knowledge, information, and belief.

5. The Firm represents the Debtor and Debtor-in-Possession, Papas Piping Service, Inc., ("Debtor"), as its general counsel in this bankruptcy proceeding.

6. I make this Declaration in support of the First Interim Application for Allowance of Fees and Costs ("Application") filed by Marshack Hays Wood LLP ("Firm").

7. All terms not defined herein are used as they are defined in the Application.

8. I have reviewed the court's PACER docket and electronic case files for this case to refresh my memory as to the specific filing and entry dates of the documents referenced below. The Firm reviewed and annotated its invoices prior to the filing of this Application to categorize and correct any mistakes in the billing that were found, including deleting entries that were incorrect or which should not be billed, and no-charging entries which I believed to be appropriately no-charged by the Firm. The information referenced in this Application from the pleadings filed in this case is true and accurate.

9. I am the designated professional responsible for overseeing the billing in this matter and for assuring compliance with the Guidelines for the United States Trustee related to billing.

10. With the exception of the general sharing of compensation between members and employees of the firm, no agreement or understanding exists between the Firm and any other

14

FIRST INTERIM FEE APPLICATION

individual or entity for the sharing of compensation to be received for services rendered or the reimbursement of costs incurred in or in connection with this case.

11. The Firm has not previously filed an application for payment of fees and costs in this case.

12. A true and correct copy of the Employment Order is attached here as **Exhibit "1."**

13. A true and correct copy of attorney time records for services rendered by professionals in this firm on behalf of the Debtor in the above-entitled matter during the period of January 6, 2026, through and including April 30, 2026 ("Reporting Period"), is attached here as **Exhibit "2."**

14. A true and correct copy of the summary schedule of fees requested as recommended by the U.S. Trustee Guidelines is attached here as **Exhibit "3."**

15. A true and correct copy of the schedule of costs and expenses incurred or paid by the Firm during the relevant time period but not yet reimbursed is attached as **Exhibit "4."**

16. A true and correct copy of the summary schedule of costs as recommended by the U.S. Trustee Guidelines is attached here as **Exhibit "5."**

17. A true and correct copy of the Firm's resume is attached as **Exhibit "6."**

18. I have reviewed the requirements of Local Bankruptcy Rule 2016-1 and have reviewed the Application in light of those requirements and believe that the Application complies with the requirements of the Local Bankruptcy Rule 2016-1.

19. I believe that the fee application covering the Reporting Period complies with the United States Trustee Guide for Applications for Professional Fee Compensation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2026.

_/s/ David A. Wood_____
DAVID A. WOOD

15

FIRST INTERIM FEE APPLICATION

**EXHIBIT 1**

DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for Debtor and Debtor-in-Possession,
PAPPAS PIPING SERVICE, INC.

**FILED & ENTERED**

**FEB 18 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:26-bk-10033-MH |
| PAPPAS PIPING SERVICE, INC., | Chapter 11 |
| Debtor. | **ORDER GRANTING APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY MARSHACK HAYS WOOD LLP AS GENERAL COUNSEL** |
| | [NO HEARING REQUIRED UNDER LBR 9013-1(O)] |

The court having reviewed and considered the Application to Employ Marshack Hays Wood as General Counsel ("Application") filed by the debtor and debtor-in-possession, Pappas Piping Service, Inc., ("Debtor"), on January 26, 2026, as Dk. No. 46, and the Declaration that No Party Requested a Hearing on Application filed by the Debtor on February 17, 2026, as Dk. No. 70, the record in this case, and good cause appearing,

**IT IS ORDERED** that:

1.      The Application is granted;

2.      The Debtor is authorized to employ Marshack Hays Wood LLP ("Firm") as its general counsel pursuant to 11 U.S.C. §327 at the Firm's hourly rates with any compensation and

1

reimbursement of costs to be paid by the Estate only upon application to and approval by this Court pursuant 11 U.S.C. §§330 and 331.

### 

Date: February 18, 2026

Mark Houle
United States Bankruptcy Judge

2

EXHIBIT 1, PAGE 17

**EXHIBIT 2**

# MARSHACK HAYS WOOD LLP

870 Roosevelt | Irvine, CA 92620 | 949.333.7777

May 4, 2026

Pappas Piping Service, Inc.                                    Invoice #         20672
William Butler, CEO                                            Client #          1912
1450 Koll Cir                                                 Matter #          002
San Jose, CA  95112

_____

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: April 30, 2026

**Re:   Chapter 11**

| | |
|---|---|
| Current Fees | $ 64,082.00 |
| Current Disbursements | $ 1,328.34 |
| **TOTAL CURRENT CHARGES** | **$ 65,410.34** |

EXHIBIT 2, PAGE 18

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.
Client-Matter# 1912-002

May 4, 2026
Invoice # 20672

**FEES**

**10 Litigation**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/20/26 | SRH | Review written correspondences from Aaron E. de Leest and David A. Wood re: statement re: payment and declaration re: cash management; | .10 | 470.00 | 47.00 |
| 1/21/26 | DAW | Review and revise the motion to extend the 365 deadline for an additional 90 days (.20); Draft and send e-mail correspondence to Sarah R. Hasselberger and Josh Teeple re: same for review (.20); | .40 | 670.00 | 268.00 |
| 1/21/26 | SRH | Draft motion to extend deadline to assume or reject unexpired lease of nonresidential real property (.70); Written correspondences with David A. Wood, Matthew W. Grimshaw, and Aaron E. de Leest re: review of draft motion prior to circulation to client for signature on supporting declaration (.10); | .80 | 470.00 | 376.00 |
| 1/22/26 | LB | Draft reply in support of cash collateral motion; | .20 | 380.00 | 76.00 |
| 2/03/26 | SRH | Review written correspondences from David A. Wood and Bernie Kornberg re: cash collateral stipulation and adequate protection order; | .10 | 470.00 | 47.00 |
| 2/12/26 | LB | Review and finalize declaration re: motion to extend time to assume/reject leases (.10); Review and finalize proposed order (.10); | .20 | 380.00 | 76.00 |
| 2/12/26 | SRH | Review and revise order granting motion to extend deadline to assume or reject unexpired leases of nonresidential real property (.10); Review declaration of non-opposition of motion to extend deadline to assume or reject unexpired leases of nonresidential real property (.10); Written correspondences with Layla Buchanan re: revised order and declaration for lodgment and filing (.10); | .30 | 470.00 | 141.00 |
| 2/17/26 | DAW | Review and analyze the order entered by the Court granting the motion to extend the 365(d)(4) deadline (.10); Draft and send e-mail correspondence to calendar clerk and Sarah R. Hasselberger re: the remainders of the same (.10); | .20 | 670.00 | 134.00 |
| 2/17/26 | SRH | Review entered order granting motion to extend deadline to assume or reject unexpired lease of nonresidential real property (.10); Review written correspondence from David A. Wood re: same (.10); | .20 | 470.00 | 94.00 |
| | | **Sub-Total Fees:** | **2.50** | | **$ 1,259.00** |

EXHIBIT 2, PAGE 19

### MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                                                 May 4, 2026
Client-Matter# 1912-002                                                              Invoice # 20672

**11 Meetings of Creditors**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/04/26 | DAW | Prepare for and attend the IDI and the 341(a); | 1.20 | 670.00 | 804.00 |
| | | **Sub-Total Fees:** | **1.20** | | **$ 804.00** |

**12 Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/04/26 | DAW | Conference with Bill Butler and Josh Teeple re: today's 341(a) and strategy moving forward for the Plan; | .30 | 670.00 | 201.00 |
| 3/05/26 | DAW | Conference with Josh Teeple and Luke Sanchez re: Plan projections and strategy; | .50 | 670.00 | 335.00 |
| 3/11/26 | DAW | Review and respond to further e-mail correspondence from Mike Pappas and Josh Teeple re: ongoing inquiries into the company; | .20 | 670.00 | 134.00 |
| 3/19/26 | SRH | Telephone conference with Aaron E. de Leest re: preparation of plan and exclusivity deadline; | .10 | 470.00 | 47.00 |
| 3/19/26 | AEd | Telephone conference with Sarah R. Hasselberger re: preparation of plan and exclusivity deadline; | .10 | 670.00 | 67.00 |
| 4/06/26 | DAW | Review and respond to multiple e-mail correspondence from Luke Sanchez, Josh Teeple, and the team re: actual to projected budget and the Plan projections; | .20 | 690.00 | 138.00 |
| 4/06/26 | SRH | Review written correspondence from David A. Wood re: timeline for filing plan and disclosure statement and status of projections; | .10 | 550.00 | 55.00 |
| 4/15/26 | DAW | Review and respond to multiple e-mail correspondence from Kevin, Josh Teeple, Bill Butler, Mike Pappas and Luke Sanchez re: U.S. Trustee quarterly fees and Plan strategy; | .20 | 690.00 | 138.00 |
| 4/15/26 | DAW | Review and analyze the claims register and strategize for Plan purposes; | .50 | 690.00 | 345.00 |
| 4/15/26 | DAW | Conference with Josh Teeple and Kevin re: plan projections and structure; | .40 | 690.00 | 276.00 |
| 4/28/26 | LB | Draft disclosure statement and plan; | 4.30 | 390.00 | 1,677.00 |

3

EXHIBIT 2, PAGE 20

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.
Client-Matter# 1912-002

May 4, 2026
Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/28/26 | DAW | Review and respond to multiple e-mail correspondence from Bill Butler re: status ofthe sale of his residence and other plan related topics; | .20 | 690.00 | 138.00 |
| 4/29/26 | DAW | Draft, review, and revise the Disclosure Statement; | 2.20 | 690.00 | 1,518.00 |
| 4/30/26 | DAW | Review and respond to multiple e-mail correspondence from Bill Butler and Josh Teeple re: Plan Structure and projections; | .20 | 690.00 | 138.00 |
| 4/30/26 | DAW | Review and respond to multiple e-mail correspondence from Josh Teeple and Bill Butler re: potential sale of the business versus reorganization; | .20 | 690.00 | 138.00 |
| 4/30/26 | DAW | Review and respond to multiple further e-mail correspondence from Bernie Kornberg and Josh Teeple re: Plan structure and continuance of the deadlines by about a month; | .20 | 690.00 | 138.00 |
| 4/30/26 | DAW | Review and revise stipulation with Live Oak to continue the Plan deadlines (.10); Review and revise order granting the same (.10); Draft and send e-mail correspondence to Bernie Kornberg re: the attached stipulation for review and comment (.10); | .30 | 690.00 | 207.00 |
| 4/30/26 | DAW | Review and analyze potential sale versus operating earn out and strategy thereto; | 1.30 | 690.00 | 897.00 |
| | | **Sub-Total Fees:** | **11.50** | | **$ 6,587.00** |

**3 Business Operations**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/07/26 | DAW | Review and analyze the Court's order setting the first day motion(s) for January 9, 2026 (.20); Multiple conferences with Layla Buchanan and Aaron E. de Leest re: same (.20); Review and respond to over 10+ e-mails with Layla Buchanan and Stretto re: preparation of service via telephonic, overnight and e-mail pursuant to the COurt's order (.30); Review, finalize, and arrange for service of the first day motions (.80); | 1.50 | 670.00 | 1,005.00 |
| 1/08/26 | DAW | Review and respond to multiple e-mail correspondence from Pam Kraus and Bill Butler re: tomorrow's first day motions; | .10 | 670.00 | 67.00 |
| 1/08/26 | DAW | Review and respond to lengthy multiple e-mail correspondence from U.S. Trustee and Aaron E. de Leest re: questions the U.S. Trustee has on the first day motions; | .30 | 670.00 | 201.00 |

4

EXHIBIT 2, PAGE 21

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                                    May 4, 2026
Client-Matter# 1912-002                                                       Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/08/26 | DAW | Review and respond to multiple e-mail correspondence from Mike Pappas and Josh Teeple re: ongoing operations and narrative to the clients; | .20 | 670.00 | 134.00 |
| 1/08/26 | DAW | Review and respond to multiple e-mail correspondence from Luke Sanchez re: ongoing operations and daily sweeps to the DIP accounts | .20 | 670.00 | 134.00 |
| 1/08/26 | DAW | Review and respond to multiple e-mail correspondence from Layla Buchanan and Stretto re: declarations for telephonic service and overnight/e-mail (.20); Review and revise the declarations re: service re: same (.20); | .40 | 670.00 | 268.00 |
| 1/09/26 | DAW | Conference with Aaron E. de Leest re: status of first day motions; | .20 | 670.00 | 134.00 |
| 1/09/26 | DAW | Further conference call with Aaron E. de Leest re: the subcontractor and ordinary course; | .20 | 670.00 | 134.00 |
| 1/09/26 | DAW | Review and respond to multiple e-mail correspondence from Bill Butler and Josh Teeple re: hearing results today and narrative to tell the clients; | .20 | 670.00 | 134.00 |
| 1/11/26 | DAW | Review, revise, and finalize the firstly motion orders; | .50 | 670.00 | 335.00 |
| 1/12/26 | DAW | Review and respond to multiple e-mail correspondence from Luke Sanchez and Aaron E. de Leest re: the joint check issue; | .20 | 670.00 | 134.00 |
| 1/12/26 | DAW | Review and revise the notice of continued first day hearings for the final hearing (.20); Review and respond to multiple e-mail correspondence from Layla Buchanan re: same (.10); | .30 | 670.00 | 201.00 |
| 1/12/26 | DAW | Review and analyze the Court's entered orders granting the first day motions (.20); Draft and send e-mail correspondence to Layla Buchanan re: same for the notice of final hearings (.10); | .30 | 670.00 | 201.00 |
| 1/13/26 | DAW | Review and revise the notice of continued and final hearing on the utility and cash collateral motions; | .20 | 670.00 | 134.00 |
| 1/13/26 | MWG | Review correspondence from Layla Buchanan re: 7-day package issues (.10); | .10 | 670.00 | 67.00 |
| 1/14/26 | DAW | Review and respond to multiple e-mail correspondence from Luke Sanchez re: ordinary course and purchasing supplies; | .20 | 670.00 | 134.00 |
| 1/14/26 | MWG | Review various e-mails from and to Luke Sanchez, Layla Buchanan, David A. Wood, and Josh Teeple re: 7-day package issues (.30); | .30 | 670.00 | 201.00 |
| 1/15/26 | DAW | Reiew and respond to multiple e-mail correspondence from Luke Sanchez and Josh Teeple re: Wex issues; | .20 | 670.00 | 134.00 |
| 1/15/26 | DAW | Review and respond to further e-mail correspondence from Luke Sanchez and Josh Teeple re: Wex and the DIP account debit cards; | .20 | 670.00 | 134.00 |

5

EXHIBIT 2, PAGE 22

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.  
Client-Matter# 1912-002

May 4, 2026  
Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/20/26 | DAW | Review and respond to multiple e-mail correspondence from Luke Sanchez and Josh Teeple re: ongoing operations and conference call today; | .20 | 670.00 | 134.00 |
| 1/20/26 | DAW | Conference with Hitachi folks re: the Chapter 11 and what it means for vendors (.60); Review and respond to multiple e-mail correspondence from Mike Pappas and Luke Sanchez re: same (.20); | .80 | 670.00 | 536.00 |
| 1/20/26 | DAW | Draft and send follow up e-mail correspondence to John Hammond at Hitachi re: the attached 13 week budget; | .20 | 670.00 | 134.00 |
| 1/20/26 | DAW | Review and revise the statement of the third party checks and the declaration of Luke Sanchez in support (.30); Review and respond to multiple e-mail correspondence from Luke Sanchez and Aaron E. de Leest re: same for execution (.20); | .50 | 670.00 | 335.00 |
| 1/20/26 | DAW | Conference with Luke Sanchez, Josh Teeple, and Darelyn re: ongoing operations and the Hitachi issues; | .60 | 670.00 | 402.00 |
| 1/21/26 | MWG | Review correspondence from Bernie Kornberg re: Live Oak Bank issues (.10); | .10 | 670.00 | 67.00 |
| 1/21/26 | MWG | Review correspondence with David A. Wood re: need to file errata re: status report (.10); | .10 | 670.00 | 67.00 |
| 1/21/26 | MWG | Review correspondence from Sarah R. Hasselberger re: motion to extend deadline to assume or reject contracts (.10); | .10 | 670.00 | 67.00 |
| 1/22/26 | DAW | Review and analyze LiveOak's late filed limited objection (.20); Draft and send e-mail correspondence to Josh Teeple, Luke Sanchez, and Olivia re: same (.20); | .40 | 670.00 | 268.00 |
| 1/22/26 | DAW | Review and respond to multiple e-mail correspondence from Bernie Kornberg counsel for LiveOak re: limited objection to the cash collateral motion; | .10 | 670.00 | 67.00 |
| 1/22/26 | MWG | Review correspondence to and from Bernie Kornberg and David A. Wood re: cash collateral issues (.20); | .20 | 670.00 | 134.00 |
| 1/22/26 | SRH | Review written correspondences from David A. Wood and Bernie Kornberg re: Live Oak Bank and cash collateral; | .10 | 470.00 | 47.00 |
| 1/26/26 | DAW | Review and respond to multiple e-mail correspondence from Luke Sanchez and Josh Teeple re: the adequate protection payments to LiveOak; | .20 | 670.00 | 134.00 |
| 1/26/26 | MWG | Review correspondence from Bernie Kornberg re: scheduling call re: cash collateral issues (.10); | .10 | 670.00 | 67.00 |
| 1/27/26 | DAW | Review and analyze Live Oak's limited objection (.20); Draft and revise the reply to the same (.40); Draft and send e-mail correspondence to Josh Teeple and Matthew W. Grimshaw re: the attached reply for review and comment (.10); | .70 | 670.00 | 469.00 |

6

MARSHACK HAYS WOOD LLP

| Pappas Piping Service, Inc. | May 4, 2026 |
|---|---|
| Client-Matter# 1912-002 | Invoice # 20672 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/27/26 | DAW | Review and respond to multiple e-mail correspondence from Layla Buchanan and Matthew W. Grimshaw re: the cash collateral reply (.10); Conference with Layla Buchanan re: same (.10); | .20 | 670.00 | 134.00 |
| 1/27/26 | MWG | Review correspondence from David A. Wood re: limited objection to cash collateral motion and analyze issues re: same (.20); Review and revise reply brief re: cash collateral (.10); Review and respond to correspondence from Layla Buchanan re: status of reply brief (.10); | .40 | 670.00 | 268.00 |
| 1/28/26 | DAW | Review and respond to multiple e-mail correspondence from Bernie Kornberg counsel for Live Oak re: the reply and a conference call today; | .10 | 670.00 | 67.00 |
| 1/28/26 | DAW | Conference with Bernie Kornberg counsel for Live Oak re: cash collateral motion; | .30 | 670.00 | 201.00 |
| 1/28/26 | DAW | Conference with Matthew W. Grimshaw re: ongoing negotiations with Live Oak; | .30 | 670.00 | 201.00 |
| 1/28/26 | MWG | Telephone conference with David A. Wood re: cash collateral issues (.10); Review correspondence from and to Bernie Kornberg and David A. Wood re: reply brief and cash collateral issues (.20); | .30 | 670.00 | 201.00 |
| 1/28/26 | SRH | Review reply in support of cash collateral motion (.10); Review written correspondence from Bernie Kornberg re: same (.10); | .20 | 470.00 | 94.00 |
| 1/30/26 | DAW | Review and respond to multiple e-mail correspondence from Luke Sanchez and Josh Teeple re: ongoing compliance questions; | .20 | 670.00 | 134.00 |
| 2/02/26 | DAW | Conference with Josh Teeple and Mike Pappas re: ongoing update on operations for the initial Chapter 11 status conference tomorrow; | .20 | 670.00 | 134.00 |
| 2/03/26 | DAW | Review and analyze multiple e-mail correspondence from U.S. Trustee and Aaron E. de Leest re: the joint check (.20); Conference with Queenie at the status conference re: same (.10); | .30 | 670.00 | 201.00 |
| 2/03/26 | MWG | Telephone conference with David A. Wood re: cash collateral order issues (.10); Review correspondence to and from Bernie Kornberg and David A. Wood re: cash collateral order issues (.20); | .30 | 670.00 | 201.00 |
| 2/03/26 | AEd | Review correspondence from Queenie Ng re: Payments to Subcontractors; | .10 | 670.00 | 67.00 |
| 2/03/26 | AEd | Draft correspondence to Luke Sanchez re: Payments to Subcontractors and review response; | .20 | 670.00 | 134.00 |
| 2/04/26 | DAW | Draft and revise the statement of the utility deposits (.40); Review and respond to multiple e-mail correspondence from Layla Buchanan and Luke Sanchez re: deposits for the utility (.20); | .60 | 670.00 | 402.00 |
| 2/05/26 | DAW | Review and respond to multiple e-mail correspondence from Mike Pappas, Bill Butler, and Josh Teeple re: year end financials for 2025 and the insurance renewal; | .20 | 670.00 | 134.00 |

7

EXHIBIT 2, PAGE 24

### MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.
Client-Matter# 1912-002

May 4, 2026
Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/09/26 | DAW | Review and analyze the projected to actual budget from Luke Sanchez (.30); Review and respond to multiple e-mail correspondence from Luke Sanchez and Josh Teeple re: same (.20); | .50 | 670.00 | 335.00 |
| 2/09/26 | DAW | Review and respond to multiple further e-mail correspondence from Josh Teeple and Luke Sanchez re: incoming receivables and the proposed budget through end of October; | .20 | 670.00 | 134.00 |
| 2/11/26 | LB | Draft declaration re: no request for hearing on motion to extend leases (.30); Draft proposed order re: same (.20); | .50 | 380.00 | 190.00 |
| 2/12/26 | DAW | Review and analyze multiple e-mail correspondence from Luke Sanchez and Josh Teeple re: ongoing operations and expenses; | .20 | 670.00 | 134.00 |
| 2/13/26 | DAW | Review and respond to multiple e-mail correspondence from Bill Butler and Kelly re: the non-monetary covenant on the life insurance issue; | .20 | 670.00 | 134.00 |
| 2/17/26 | DAW | Review and analyze multiple e-mail correspondence from Josh Teeple and Luke Sanchez re: ongoing bookkeeping and AR analysis; | .20 | 670.00 | 134.00 |
| 2/17/26 | DAW | Review and analyze multiple e-mail correspondence from Luke Sanchez and Bill Butler re: closure of the pre-petition books and statements for the same; | .20 | 670.00 | 134.00 |
| 2/18/26 | DAW | Review and respond to multiple e-mail correspondence from US Bank and Luke Sanchez re: intention with the copier; | .20 | 670.00 | 134.00 |
| 2/18/26 | DAW | Review and analyze the adequate assurance letter from PGE (.20); Compare it with the Court's final utility order (.10); Draft and send e-mail correspondence to Josh Teeple, Aaron E. de Leest, and Luke Sanchez re: same (.10); | .40 | 670.00 | 268.00 |
| 2/19/26 | DAW | Review and respond to multiple e-mail correspondence from Luke Sanchez and Josh Teeple re: updated cash collateral budget through end of October; | .10 | 670.00 | 67.00 |
| 2/24/26 | DAW | Review and analyze multiple e-mail correspondence from Luke Sanchez and Josh Teeple re: the attached actual to projected budget through the confirmation date and review the attached projections (.20); Draft and send lengthy e-mail correspondence to Bernie Kornberg counsel for Live Oak re: stipulation to use cash collateral through the confirmation hearing (.20); | .40 | 670.00 | 268.00 |
| 2/27/26 | DAW | Review and respond to multiple e-mail correspondence from Bill Butler and Josh Teeple re: renewal of the insurances; | .10 | 670.00 | 67.00 |
| 3/03/26 | DAW | Review and respond to multiple e-mail correspondence from Mike Pappas re: ongoing operations; | .10 | 670.00 | 67.00 |

EXHIBIT 2, PAGE 25

## MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                                May 4, 2026
Client-Matter# 1912-002                                            Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/10/26 | DAW | Conference with Mike Pappas and Josh Teeple re: ongoing operations and the strategy for the Chapter 11 Plan (.30); Review and respond to multiple e-mail correspondence from Josh Teeple, Mike Pappas, and Luke Sanchez re: same (.20); | .50 | 670.00 | 335.00 |
| 3/11/26 | DAW | Review and respond to multiple correspondence from Mike Pappas and Josh Teeple re: Status of the Chapter 11 and Plan confirmation scheduled issued by the Court; | .20 | 670.00 | 134.00 |
| 3/11/26 | DAW | Draft and revise the stipulation with Live Oak for the use of cash collateral through and until October 2026 (.30); Draft and send e-mail correspondence with attached stipulation to Bernie Kornberg counsel for Live Oak (.20); | .50 | 670.00 | 335.00 |
| 3/16/26 | DAW | Review and respond to multiple e-mail correspondence from Luke Sanchez, Bernie Kornberg, and Josh Teeple re: March payment to Live Oak; | .20 | 670.00 | 134.00 |
| 3/18/26 | DAW | Review and respond to multiple correspondence from Matthew W. Grimshaw re: proposed changes to the cash collateral stipulation by Live Oak (.10); Review and revise the stipulation accordingly and Draft and send e-mail correspondence to Bernie Kornberg counsel for Live Oak re: the attached clean PDF version of the stipulation for signature (.20); | .30 | 670.00 | 201.00 |
| 3/18/26 | MWG | Review and analyze Live Oak's revisions to cash collateral stipulation (.10); Draft correspondence to David A. Wood re: stipulation issues and review response to same (.10); | .20 | 670.00 | 134.00 |
| 3/19/26 | DAW | Review and respond to multiple e-mail correspondence from Bernie Kornberg and Josh Teeple re: the cash collateral stipulation; | .20 | 670.00 | 134.00 |
| 3/20/26 | CB | Review and respond to e-mail from David A. Wood re: stipulation with Live Oaks Bank; | .10 | 380.00 | 38.00 |
| 3/20/26 | CB | Revise and finalize stipulation for use of cash collateral (.30); Prepare order approving same (.10); Review proof of service re: same (.10); E-mail service instructions re: same (.10); E-mail to Stretto re: service instructions re: same (.10); | .70 | 380.00 | 266.00 |
| 3/23/26 | CB | Review and respond to e-mail from David A. Wood re: approval of order for stipulation re: cash collateral; | .10 | 380.00 | 38.00 |
| 3/23/26 | CB | Review and respond to e-mail from David A. Wood re: order approving stipulation re: cash collateral; | .10 | 380.00 | 38.00 |
| 3/24/26 | DAW | Review and analyze the Court's order setting the cash collateral stipulation for hearing (.10); Draft and send e-mail correspondence to Luke Sanchez and Josh Teeple re: same (.10); | .20 | 670.00 | 134.00 |
| 3/27/26 | CB | Prepare draft notice of updated budget in support of cash collateral (.20); Review and prepare exhibit 1 in support of same (.10); | .30 | 380.00 | 114.00 |

9

EXHIBIT 2, PAGE 26

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.
Client-Matter# 1912-002

May 4, 2026
Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/27/26 | CB | Review and respond to e-mail from David A. Wood re: service of notice of updated budget in support of cash collateral; | .10 | 380.00 | 38.00 |
| 3/27/26 | CB | Review and respond to e-mail from David A. Wood re: updated cash collateral stipulation; | .10 | 380.00 | 38.00 |
| 3/27/26 | CB | Revise and finalize notice of updated budget in support of cash collateral (.20); Identify and mark exhibit in support of same (.10); Prepare proof of service re: same (.20); E-mail service instruction for Judge's copy re: same (.10); | .60 | 380.00 | 228.00 |
| 3/27/26 | CB | Prepare draft updated stipulation with Live Oak Bank re: continued use of cash collateral; | .30 | 380.00 | 114.00 |
| 3/27/26 | CB | Review and respond to e-mail from Aaron E. de Leest re: service of updated budget re: cash collateral; | .10 | 380.00 | 38.00 |
| 3/27/26 | CB | E-mail to Stretto re: service of notice of updated cash collateral on all creditors in addition to service of all who received cash collateral motion; | .10 | 380.00 | 38.00 |
| 3/27/26 | CB | Review and respond to e-mail from Jeff Demma re: hold off from service of order granting stipulation; | .10 | 380.00 | 38.00 |
| 3/27/26 | DAW | Review and respond to multiple e-mail correspondence and approve the notice of updated budget (.20); Draft and revise the updated stipulation with Live Oak and send to Bernie Kornberg for signature (.20); | .40 | 670.00 | 268.00 |
| 3/31/26 | CB | Review and respond to e-mail from Aaron E. de Leest re: certificate of service from Stretto in support of updated stipulation for cash collateral; | .10 | 380.00 | 38.00 |
| 3/31/26 | CB | Review and respond to e-mail from Stretto re: certificate of service in support of updated stipulation for cash collateral; | .10 | 380.00 | 38.00 |
| 3/31/26 | CB | Review and respond to e-mail from Aaron E. de Leest re: timing of certificate of service in support of updated stipulation for cash collateral; | .10 | 380.00 | 38.00 |
| 3/31/26 | CB | Review and respond to e-mail from Jeff Demma re: timing of certificate of service from Stretto in support of updated stipulation for cash collateral; | .10 | 380.00 | 38.00 |
| 3/31/26 | CB | Review and respond to e-mail from Jeff Demma re: confirmation of filed certificate of service in support of updated stipulation for cash collateral; | .10 | 380.00 | 38.00 |
| 3/31/26 | CB | Review and respond to e-mail from Aaron E. de Leest re: order approving updated stipulation for continued use of cash collateral; | .10 | 380.00 | 38.00 |

10

EXHIBIT 2, PAGE 27

## MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.
Client-Matter# 1912-002

May 4, 2026
Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/31/26 | DAW | Review and respond to multiple e-mail correspondence from Aaron E. de Leest and Layla Buchanan re: approval of the cash collateral budget; | .20 | 670.00 | 134.00 |
| 4/03/26 | CB | Prepare draft order approving updated stipulation; | .20 | 390.00 | 78.00 |
| 4/03/26 | DAW | Review and respond to multiple e-mail correspondence from Mike Pappas, Josh Teeple, and Travelers Insurance re: Travelers inquiry on payment of claims; | .20 | 690.00 | 138.00 |
| 4/07/26 | LB | Review and respond to correspondence from Stretto re: status of order Approving Updated Stipulation Between Debtor and Live Oak Banking Company for Use of Cash Collateral; | .10 | 390.00 | 39.00 |
| 4/09/26 | DAW | Review and respond to multiple e-mail correspondence from Bernie Kornberg and Josh Teeple re: the lien payment on account of the crashed vehicle and confirmation that Live Oak has the secured claim on the vehicle; | .20 | 690.00 | 138.00 |
| 4/09/26 | DAW | Review and revise further e-mail correspondence from Bernie Kornberg and Josh Teeple re: the title and VIN for the totaled vehicle and proof that Live Oak was the first senior secured lender on it; | .20 | 690.00 | 138.00 |
| 4/13/26 | DAW | Review and analyze further e-mail correspondence from the CRO to Travelers to pay Live Oak on account of the insurance premium funds; | .10 | 690.00 | 69.00 |
| 4/14/26 | DAW | Conference with Santa Clara Industrial re: post-petition balance and payment of the same; | .10 | 690.00 | 69.00 |
| 4/16/26 | DAW | Review and respond to multiple e-mail correspondence from Bernie Kornberg re: the Live Oak payment for the Travelers Insurance; | .20 | 690.00 | 138.00 |
| 4/17/26 | DAW | Review and analyze further e-mail correspondence from Travelers and Bernie Kornberg re: letter of guarantee from Live Oak to approve the settlement and receive payment; | .20 | 690.00 | 138.00 |
| 4/23/26 | CB | Review and respond to e-mail from David A. Wood re: approval of 21 day notice to professionals; | .10 | 390.00 | 39.00 |
| 4/28/26 | DAW | Review and respond to multiple e-mail correspondence from Bernie Kornberg and Josh Teeple re: payment of Bill Butler's life insurance and Live Oak's position; | .20 | 690.00 | 138.00 |
| 4/30/26 | CB | Review and respond to e-mail from David A. Wood re: plan deadline stipulation for continuance; | .10 | 390.00 | 39.00 |
| 4/30/26 | CB | Prepare draft stipulation with Live Oak Bank to continue Plan deadlines (.20); Prepare draft order approving same (.10); | .30 | 390.00 | 117.00 |
| | | **Sub-Total Fees:** | **25.80** | | **$ 15,928.00** |

EXHIBIT 2, PAGE 28

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                                                    May 4, 2026
Client-Matter# 1912-002                                                                    Invoice # 20672

**4 Case Administration**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 1/06/26 | LB | Review and finalize cash collateral motion (1.10); Review and finalize cash management motion (.50); Review and finalize wage motion (.50); Review and finalize Utility motion (.20); | 2.30 | 380.00 | 874.00 |
| 1/06/26 | LB | Review and finalize petition; | .40 | 380.00 | 152.00 |
| 1/06/26 | MWG | Review various e-mails to and from David A. Wood, Aaron E. de Leest, and Mike Pappas re: finalizing petition and first day motion and signatures on same (.30); | .30 | 670.00 | 201.00 |
| 1/06/26 | AEd | Review correspondence from Luke Sanchez re: Vendor and Customer data; | .10 | 670.00 | 67.00 |
| 1/07/26 | PK | (12:37pm to 1:50pm, 3:18pm to 5:24pm) Provide telephonic and e-mail service on 21 creditors and parties in interest re: hearings on first day motions; | 3.30 | 380.00 | 1,254.00 |
| 1/07/26 | LB | Multiple conferences with Luke Sanchez re: revisions to schedules (.30); Conference with Aaron E. de Leest E de Leest re: preparation of notices of first day motions and deadlines (.20); Research, review and prepare service and telephonic notice information (3.50); | 4.00 | 380.00 | 1,520.00 |
| 1/07/26 | LB | Draft notice of scheduling order and case management conference; | .20 | 380.00 | 76.00 |
| 1/07/26 | DAW | Review and analyze the Court's initial status conference order (.20); Draft and send e-mail correspondence to Layla Buchanan re: service within 48 hours (.10); | .30 | 670.00 | 201.00 |
| 1/07/26 | AEd | Review correspondence from Josh Teeple and David A. Wood  re: first day hearings status; | .10 | 670.00 | 67.00 |
| 1/07/26 | AEd | Review correspondence from David A. Wood and Jeff Demma at stretto re: service lists; | .20 | 670.00 | 134.00 |
| 1/07/26 | AEd | Review correspondence from David A. Wood Re 341(a); | .10 | 670.00 | 67.00 |
| 1/07/26 | LD | Provide telephonic notice of emergency motions; | 1.80 | 340.00 | 612.00 |
| 1/08/26 | PK | Draft my declaration re: telephonic and e-mail service on 21 creditors and parties in interest re: hearings on first day motions; | 1.40 | 380.00 | 532.00 |
| 1/08/26 | PK | Telephone conference with Wolters Kluwer re: telephonic service; | .10 | 380.00 | 38.00 |
| 1/08/26 | LB | Review and finalize declarations re: notice of First Day Motions (.60); Conferences with Aaron E. de Leest and Laurel Dinkins re: same (.10); Review and finalize proof of service re: first day motions (.30); | 1.00 | 380.00 | 380.00 |

12

EXHIBIT 2, PAGE 29

## MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                                           May 4, 2026
Client-Matter# 1912-002                                                          Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/08/26 | AEd | Telephone conference with Luke Sanchez re: vendor payments; | .20 | 670.00 | 134.00 |
| 1/08/26 | AEd | Review three first day motions and prepare for first day hearing; | 1.10 | 670.00 | 737.00 |
| 1/08/26 | AEd | Review correspondence from Bill Butler and David A. Wood re: first day motions; | .10 | 670.00 | 67.00 |
| 1/08/26 | AEd | Review correspondence from Luke Sanchez re: operating questions; | .10 | 670.00 | 67.00 |
| 1/08/26 | AEd | Review correspondence from Queenie Ng re: first day motions; | .10 | 670.00 | 67.00 |
| 1/08/26 | AEd | Review correspondence from David A. Wood re: OUST's inquiry about first day motions; | .10 | 670.00 | 67.00 |
| 1/08/26 | AEd | Review correspondence from David A. Wood re: operating issues; | .10 | 670.00 | 67.00 |
| 1/08/26 | AEd | Review correspondence from Jeffrey Demma re: service question re: first day orders and respond; | .10 | 670.00 | 67.00 |
| 1/08/26 | LD | Prepare declaration re: telephonic notice; | .90 | 340.00 | 306.00 |
| 1/08/26 | LD | Review and update declaration re: telephonic notice; | .10 | 340.00 | 34.00 |
| 1/09/26 | AEd | Telephone conference with Luke Sanchez re: two party checks; | .40 | 670.00 | 268.00 |
| 1/09/26 | AEd | Telephone conference with Luke Sanchez re: vendor payments; | .20 | 670.00 | 134.00 |
| 1/09/26 | AEd | Telephone conferences with David A. Wood re: outcome of first day hearings and two party check issue; | .40 | 670.00 | 268.00 |
| 1/09/26 | AEd | Prepare first day orders (1.20); Correspondence with David A. Wood re: same (.10); | 1.30 | 670.00 | 871.00 |
| 1/09/26 | AEd | Travel to and from hearing and attend hearing on first day motions; | 2.60 | 670.00 | 1,742.00 |
| 1/09/26 | AEd | Telephone conferences with Michael Bradley re: status of bankruptcy filing and fist day motions; | .20 | 670.00 | 134.00 |
| 1/09/26 | AEd | Telephone conference with Devan N. de Los Reyes re: two party check issues; | .20 | 670.00 | 134.00 |
| 1/09/26 | AEd | Review research on two party check and conduit issue; | .20 | 670.00 | 134.00 |
| 1/09/26 | AEd | Telephone conferences with Layla Buchanan re: finalizing schedules and motions; | .20 | 670.00 | 134.00 |
| 1/12/26 | LB | Conference with Aaron E. de Leest re: first day orders; | .10 | 380.00 | 38.00 |
| 1/12/26 | LB | Review and finalize order on cash collateral motion (.10); Review and finalize order on utilities motion (.10); Review and finalize order on cash management motion (.10); Review and finalize order on pre-petition wages (.10); Draft notice of continued hearing on cash collateral motion and court's scheduling order re: same (.30); Draft notice of continued hearing on utilities motion and court's scheduling order re: same (.20); | .90 | 380.00 | 342.00 |

13

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                               May 4, 2026
Client-Matter# 1912-002                                                 Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 1/12/26 | LB | Review and revise notice of utility order (.10); Review and revise notice of case collateral order (.10); | .20 | 380.00 | 76.00 |
| 1/12/26 | DAW | Conference with Aaron E. de Leest and Luke Sanchez re: the two party checks to the suppliers; | .40 | 670.00 | 268.00 |
| 1/12/26 | AEd | Telephone conference with Luke Sanchez and David A. Wood re: two party checks; | .30 | 670.00 | 201.00 |
| 1/12/26 | AEd | Telephone conference with David A. Wood re: paying vendors; | .30 | 670.00 | 201.00 |
| 1/12/26 | AEd | Review entered first day orders; | .20 | 670.00 | 134.00 |
| 1/12/26 | AEd | Review correspondence from Luke Sanchez and David Wood re: use of Joint Checks; | .20 | 670.00 | 134.00 |
| 1/13/26 | LB | Review client documents and begin preparing 7 day package to the Office of the United States Trustee (2.20); Conference with Luke Sanchez re: same (.20); | 2.40 | 380.00 | 912.00 |
| 1/13/26 | LB | Draft initial status report; | .70 | 380.00 | 266.00 |
| 1/13/26 | DAW | Review and respond to multiple e-mail correspondence from Luke Sanchez and Bill Butler re: 7 day package items; | .20 | 670.00 | 134.00 |
| 1/13/26 | AEd | Review correspondence from Luke Sanchez re: 7 day package; | .20 | 670.00 | 134.00 |
| 1/13/26 | AEd | Review research from Devan N. de Los Reyes re: cash management research and two party check issue; | .40 | 670.00 | 268.00 |
| 1/14/26 | LB | Review and revise 7 day package and draft statement of major issues and timetable (.70); Review and finalize 7 day package (.90); | 1.60 | 380.00 | 608.00 |
| 1/14/26 | DAW | Review, revise, and finalize the 7 day package; | .80 | 670.00 | 536.00 |
| 1/14/26 | DAW | Review and analyze the Court's initial Chapter 11 status conference order (.20); Draft and revise the status report for the same (.30); Draft and send e-mail correspondence to Josh Teeple and Layla Buchanan re: approval of the attached status report (.20); | .70 | 670.00 | 469.00 |
| 1/14/26 | DAW | Review and revise the 7 day package for the statement of major issues (.30); Review and respond to multiple e-mail correspondence from Layla Buchanan re: same (.10); | .40 | 670.00 | 268.00 |
| 1/14/26 | AEd | Review correspondence from Luke Sanchez re: seven day package; | .10 | 670.00 | 67.00 |
| 1/14/26 | AEd | Review correspondence from Josh Teeple and David A. Wood re: Knudsen procedures and motion; | .20 | 670.00 | 134.00 |
| 1/15/26 | LB | Review and revise schedules and statements; | 1.90 | 380.00 | 722.00 |
| 1/15/26 | DAW | Review and respond to multiple e-mail correspondence from U.S. Trustee re: the 7 day package; | .20 | 670.00 | 134.00 |

14

EXHIBIT 2, PAGE 31

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.
Client-Matter# 1912-002

May 4, 2026
Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/15/26 | DAW | Conference with Aaron E. de Leest re: the two party check issues and IDI (.20); Draft and send e-mail correspondence to Aaron E. de Leest, calendar clerk, and Josh Teeple re: the IDI on February 4th (.10); | .30 | 670.00 | 201.00 |
| 1/15/26 | AEd | Review correspondence from David A. Wood re: IDI; | .10 | 670.00 | 67.00 |
| 1/15/26 | AEd | Review correspondence from Luke Sanchez, Josh Teeple and David A. Wood re: gas cards and draft response; | .40 | 670.00 | 268.00 |
| 1/15/26 | AEd | Review correspondence from Layla Buchanan re: Draft Schedules; | .10 | 670.00 | 67.00 |
| 1/16/26 | LB | Review correspondence from Josh Teeple re: revisions to schedules (.10); Review schedules re: same (.20); | .30 | 380.00 | 114.00 |
| 1/16/26 | DAW | Review and respond to multiple e-mail correspondence from Josh Teeple and Aaron E. de Leest re: changes to the schedules and statement(s); | .20 | 670.00 | 134.00 |
| 1/16/26 | AEd | Review correspondence from Luke Sanchez re: insurance endorsements; | .10 | 670.00 | 67.00 |
| 1/20/26 | LB | Preparation of materials for Initial Debtor Interview and 341(a); | .50 | 380.00 | 190.00 |
| 1/20/26 | LB | Review and finalize initial status report; | .30 | 380.00 | 114.00 |
| 1/20/26 | LB | Review and revise schedules and statements; | .60 | 380.00 | 228.00 |
| 1/20/26 | DAW | Review and respond to multiple e-mail correspondence from Bill Butler and Luke Sanchez re: final items for the Schedules and SOFA; | .20 | 670.00 | 134.00 |
| 1/20/26 | DAW | Review and analyze the draft Schedules and Statements (.90); Review and respond to multiple e-mail correspondence from Luke Sanchez, Josh Teeple, and Layla Buchanan re: same (.20); | 1.10 | 670.00 | 737.00 |
| 1/20/26 | DAW | Review and respond to multiple e-mail correspondence from Layla Buchanan and Luke Sanchez re: changes to the schedules; | .20 | 670.00 | 134.00 |
| 1/20/26 | DAW | Review and respond to further e-mail correspondence from Josh Teeple and Layla Buchanan re: additional changes to the schedules and SOFA (.20); Review and analyze the amended Schedules (.30); | .50 | 670.00 | 335.00 |
| 1/20/26 | AEd | Draft statement re: joint checks and declaration of Luke Sanchez; | 1.70 | 670.00 | 1,139.00 |
| 1/20/26 | AEd | Review correspondence from Josh Teeple and David A. Wood re: Hitachi issues; | .20 | 670.00 | 134.00 |
| 1/20/26 | AEd | Review correspondence from Luke Sanchez re: Declaration in support of Statement re: Payments to Subcontractors with Liens; | .10 | 670.00 | 67.00 |
| 1/20/26 | AEd | Review correspondence from David A. Wood, Bill Butler and Luke Sanchez re: Schedules; | .30 | 670.00 | 201.00 |

15

EXHIBIT 2, PAGE 32

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                                                      May 4, 2026
Client-Matter# 1912-002                                                                  Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/21/26 | LB | Draft notice of motion to extend deadline to assume or leases (.30); Review and finalize motion and notice re: same (.30); Review and finalize motion and notice (.30); | .90 | 380.00 | 342.00 |
| 1/21/26 | AEd | Review Live Oak's response to Motion to Use Cash Collateral; | .10 | 670.00 | 67.00 |
| 1/21/26 | AEd | Review correspondence from Sarah R. Hasselberger re: motion to extend deadline to assume or reject unexpired lease; | .10 | 670.00 | 67.00 |
| 1/21/26 | AEd | Review correspondence from Bernie Kornberg re: Live Oak cash collateral; | .10 | 670.00 | 67.00 |
| 1/22/26 | AEd | Review correspondence from David A. Wood re: Live Oak limited objection to cash collateral; | .10 | 670.00 | 67.00 |
| 1/22/26 | AEd | Review correspondence from Luke Sanchez and Josh Teeple and David A. Wood re: Live Oak objection to cash collateral; | .30 | 670.00 | 201.00 |
| 1/26/26 | AEd | Review correspondence from Luke Sanchez re: Live Oak adequate protection payment; | .10 | 670.00 | 67.00 |
| 1/30/26 | AEd | Review correspondence from Luke Sanchez and Josh Teeple re: debtor's books; | .10 | 670.00 | 67.00 |
| 2/03/26 | LB | Draft final order on cash collateral (.30); Draft scheduling order (.30); Draft final order on utility motion (.30); | .90 | 380.00 | 342.00 |
| 2/03/26 | DAW | Review and respond to multiple e-mail correspondence from Bill Butler and Josh Teeple re: initial Chapter 11 status conference today and conference in the next day or so; | .20 | 670.00 | 134.00 |
| 2/03/26 | DAW | Prepare for the initial Chapter 11 status conference and the continued first day hearings (.80); Travel to and attend hearings in person (1.40); | 2.20 | 670.00 | 1,474.00 |
| 2/03/26 | DAW | Draft and revise the scheduling order, the final cash collateral order, and the final utility order (.50); Draft and send e-mail correspondence to Live Oak counsel re: the attached revised final cash collateral order (.10); Conference with counsel for Live Oak re: approval of the final cash collateral order (.10); | .70 | 670.00 | 469.00 |
| 2/03/26 | DAW | Review and analyze the entered final first day orders and the Chapter 11 scheduling order entered by the Court; | .20 | 670.00 | 134.00 |
| 2/03/26 | AEd | Review correspondence from Bernie Kornberg and David A. Wood re: adequate protection in cash collateral order; | .20 | 670.00 | 134.00 |
| 2/03/26 | AEd | Draft correspondence to Luke Sanchez re: utility deposits; | .10 | 670.00 | 67.00 |
| 2/04/26 | LB | Review and finalize statement of utility deposits; | .30 | 380.00 | 114.00 |
| 2/04/26 | DAW | Review and analyze multiple e-mail correspondence from Josh Teeple and Luke Sanchez re: outstanding compliance issues and to do list; | .20 | 670.00 | 134.00 |

16

EXHIBIT 2, PAGE 33

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                                                        May 4, 2026
Client-Matter# 1912-002                                                                    Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/04/26 | AEd | Review correspondence from Luke Sanchez re: utility deposits; | .10 | 670.00 | 67.00 |
| 2/04/26 | AEd | Review correspondence from David A. Wood re: bar date notice; | .10 | 670.00 | 67.00 |
| 2/05/26 | LB | Draft notice of scheduling order and continued status conference hearing; | .30 | 380.00 | 114.00 |
| 2/05/26 | DAW | Review and revise the notice of continued Chapter 11 status conference (.10); Draft and send e-mail correspondence to Layla Buchanan re: same and for service (.10); | .20 | 670.00 | 134.00 |
| 2/09/26 | AEd | Review correspondence from Luke Sanchez re: 13 week budget with actuals and review same; | .30 | 670.00 | 201.00 |
| 2/09/26 | AEd | Review correspondence from David A. Wood and Josh Teeple and Luke Sanchez re: 13 week forecast and actuals; | .20 | 670.00 | 134.00 |
| 2/09/26 | AEd | Review correspondence from Mike Pappas re: Live Oak payment terms; | .10 | 670.00 | 67.00 |
| 2/11/26 | AEd | Review correspondence from Luke Sanchez and Josh Teeple re: live oak debt; | .20 | 670.00 | 134.00 |
| 2/17/26 | AEd | Review correspondence from David A. Wood re: Order Granting Motion to Extend Deadline to Assume or Reject Unexpired Leases and calendaring extension of deadline re: same; | .10 | 670.00 | 67.00 |
| 2/17/26 | AEd | Review letter from PG&E; | .10 | 670.00 | 67.00 |
| 2/18/26 | AEd | Review correspondence from David A. Wood re: letter from PG&E; | .10 | 670.00 | 67.00 |
| 2/20/26 | DAW | Review and respond to multiple e-mail correspondence from Kevin, Darleen and Josh Teeple re: the January monthly operating report; | .20 | 670.00 | 134.00 |
| 2/23/26 | DAW | Review and respond to multiple e-mail correspondence from Sarah R. Hasselberger, Cynthia Bastida and Kevin re: the attached January monthly operating report; | .20 | 670.00 | 134.00 |
| 2/23/26 | AEd | Review letter from IRS; | .10 | 670.00 | 67.00 |
| 2/24/26 | LB | Review and finalize January 2026 operating report; | .30 | 380.00 | 114.00 |
| 2/24/26 | DAW | Review and analyze CRO's letter back to the IRS re: the 2025 tax returns were filed in conjunction with the Ormond Corporation as it is a wholly owned subsidiary; | .20 | 670.00 | 134.00 |
| 3/02/26 | LB | Draft stipulation with Live Oak Bank re: continued use of cash collateral through confirmation; | .30 | 380.00 | 114.00 |
| 3/02/26 | AEd | Review correspondence from David A. Wood re: stipulation with Live Oak for use of cash collateral through the confirmation date; | .10 | 670.00 | 67.00 |
| 3/03/26 | AEd | Review correspondence from Mike Pappas and David A. Wood re: Live Oak payments; | .20 | 670.00 | 134.00 |

17

EXHIBIT 2, PAGE 34

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                                                                             May 4, 2026
Client-Matter# 1912-002                                                                                             Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/23/26 | LB | Review and revise monthly operating report; | .30 | 380.00 | 114.00 |
| 3/23/26 | AEd | Review correspondence from Cynthia Bastida and David A. Wood re: Stipulation for use of Cash Collateral and review same; | .30 | 670.00 | 201.00 |
| 3/24/26 | AEd | Review correspondence from David A. Wood re: Stipulation for use of Cash Collateral; | .10 | 670.00 | 67.00 |
| 3/25/26 | AEd | Review correspondence from David A. Wood, Josh Teeple and Luke Sanchez re: updated budget for cash collateral use; | .30 | 670.00 | 201.00 |
| 3/27/26 | AEd | Review correspondence from Cynthia Bastida and David A. Wood re: Notice of Updated Budget and draft correspondence re: same; | .20 | 670.00 | 134.00 |
| 3/31/26 | AEd | Travel to and from and attend hearing on continued use of cash collateral; | 3.20 | 670.00 | 2,144.00 |
| 3/31/26 | AEd | Review docket; Draft correspondence to Cynthia Bastida re: proof of service on cash collateral stipulation and review response; | .20 | 670.00 | 134.00 |
| 4/17/26 | LB | Review and finalize operating report; | .30 | 390.00 | 117.00 |
| 4/28/26 | LB | Draft Chapter 11 status report; | .50 | 390.00 | 195.00 |
| | | **Sub-Total Fees:** | **59.40** | | **$ 31,255.00** |

**5 Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/13/26 | AEd | Review Hitachi proof of claim; | .10 | 670.00 | 67.00 |
| 1/13/26 | AEd | Review SBA proof of claim; | .10 | 670.00 | 67.00 |
| 2/02/26 | PK | Telephone conference with Mike Pappas re: filing claim (.20); E-mail claim form and Court filing instructions (.40); | .60 | 380.00 | 228.00 |
| 2/05/26 | LB | Draft notice of claims bar date; | .20 | 380.00 | 76.00 |
| 2/05/26 | DAW | Review and revise the notice of claims bar date (.20); | .20 | 670.00 | 134.00 |
| 2/09/26 | DAW | Review and respond to multiple e-mail correspondence from Stretto re: service of the notice of continued Chapter 11 status conference and the claims bate; | .20 | 670.00 | 134.00 |
| 2/27/26 | PK | Telephone conference with Guillermo Pappas re: filing a claim; | .20 | 380.00 | 76.00 |
| 2/27/26 | DAW | Draft and send e-mail correspondence to Mike Pappas and Pam Kraus re: proof of claim for Mr. Silva; | .20 | 670.00 | 134.00 |

18

EXHIBIT 2, PAGE 35

## MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                                                  May 4, 2026
Client-Matter# 1912-002                                                          Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/03/26 | PK | Download and review draft proof of claim for Guillermo Pappas and e-mail re: same; | .10 | 380.00 | 38.00 |
| 3/18/26 | PK | Download, review and save claim filed by Guillermo Silva and forward to Mr. Silva; | .20 | 380.00 | 76.00 |
| 4/07/26 | PK | Telephone conference and e-mail with Bill Butler re: filing proofs of claim; | .80 | 390.00 | 312.00 |
| 4/08/26 | DAW | Review and respond to multiple further e-mail correspondence from Pam Kraus and Bill Butler re: the proof of claim deadline and the filing of the same; | .10 | 690.00 | 69.00 |
| | | **Sub-Total Fees:** | **3.00** | | **$ 1,411.00** |

### 7 Fee/Employment Applications

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/13/26 | DAW | Review and respond to further e-mail correspondence from Josh Teeple and Aaron E. de Leest re: Knudsen requirements for the Grobstein Teeple employment application; | .20 | 670.00 | 134.00 |
| 1/14/26 | DAW | Review and respond to multiple e-mail correspondence from Josh Teeple and Pam Kraus re: the attached samples of a Knudsen employment application; | .20 | 670.00 | 134.00 |
| 1/23/26 | CB | Prepare draft employment application for Marshack Hays Wood as general counsel; | .90 | 380.00 | 342.00 |
| 1/26/26 | CB | Review and respond to e-mail from David A. Wood re: employment application; | .10 | 380.00 | 38.00 |
| 1/26/26 | CB | Prepare draft notice of application to employ; | .20 | 380.00 | 76.00 |
| 1/26/26 | CB | Revise and finalize application to employ (.50); Identify and mark exhibit in support of same (.10); Revise and finalize notice of application (.20); Review proof of service re: same (.10); E-mail service instructions re: same (.10); | 1.00 | 380.00 | 380.00 |
| 1/26/26 | DAW | Review and revise the Marshack Hays employment application (.60); Draft and send e-mail correspondence to Josh Teeple and Cynthia Bastida re: same (.10); | .70 | 670.00 | 469.00 |
| 1/26/26 | DAW | Review and revise the Marshack Hays employment application pursuant to revisions by Josh Teeple (.20); Review and respond to multiple e-mail correspondence from Josh Teeple re: same with attached revised employment app for signature (.10); | .30 | 670.00 | 201.00 |

19

EXHIBIT 2, PAGE 36

### MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.  
Client-Matter# 1912-002

May 4, 2026  
Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/26/26 | DAW | Review and revise the notice of Marshack Hays Wood employment application (.10); Draft and send multiple e-mail correspondence from Cynthia Bastida re: same (.10); | .20 | 670.00 | 134.00 |
| 1/26/26 | SRH | Revise and supplement application to employ Stretto as claims noticing agent (2.20); Written correspondences with David A. Wood re: proposed compensation arrangement and revised application for review and approval (.10); | 2.30 | 470.00 | 1,081.00 |
| 1/27/26 | DAW | Draft and send lengthy e-mail correspondence to CRO and Stretto re: clarification of certain language in the Stretto employment application; | .20 | 670.00 | 134.00 |
| 1/27/26 | DAW | Review and further revise the Stretto employment application (.40); Review and respond to multiple e-mail correspondence from Sarah R. Hasselberger, Josh Teeple, and Travis re: the attached revised application for execution (.10); | .50 | 670.00 | 335.00 |
| 1/27/26 | SRH | Revise application to employ Stretto per correspondences from David A. Wood and Travis Vandell (.20); Written correspondences with David A. Wood, Josh Teeple, and Travis Vandell re: revised application (.10); | .30 | 470.00 | 141.00 |
| 1/28/26 | LB | Conference with Sarah R. Hasselberger re: preparation of application to employ Stretto as noticing agent (.20); Review and revise application (.20); Draft notice re: same (.30); | .70 | 380.00 | 266.00 |
| 1/28/26 | DAW | Review and analyze Stretto's revisions to their application to employ (.30); Review and respond to multiple e-mail correspondence from Stretto and Sarah R. Hasselberger re: finalizing it and getting it on file (.10); | .40 | 670.00 | 268.00 |
| 1/28/26 | SRH | Telephone conference with Layla Buchanan re: Stretto employment application; | .10 | 470.00 | 47.00 |
| 2/02/26 | DAW | Review and analyze Grobstein Teeple's employment application (.30); Review and respond to multiple e-mail correspondence from Josh Teeple and Denise re: same (.10); | .40 | 670.00 | 268.00 |
| 2/05/26 | LB | Review and finalize application to employ Stretto and notice re: same; | .50 | 380.00 | 190.00 |
| 2/12/26 | LB | Draft declaration in support of application to employ firm as general counsel (.30); Draft proposed order re: same (.20); | .50 | 380.00 | 190.00 |
| 2/12/26 | SRH | Review declaration of non-opposition re: motion to extend deadline to assume or rejected unexpired leases of nonresidential real property (.10); Written correspondences with Layla Buchanan re: declaration and draft order granting same (.10); | .20 | 470.00 | 94.00 |
| 2/17/26 | LB | Review and finalize order and declaration re: employment of firm; | .30 | 380.00 | 114.00 |
| 2/17/26 | SRH | Written correspondences with Layla Buchanan re: status of filing and lodgment of declaration of non-opposition and order approving employment application; | .10 | 470.00 | 47.00 |

20

EXHIBIT 2, PAGE 37

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                              May 4, 2026
Client-Matter# 1912-002                                            Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/18/26 | DAW | Review and analyze the order entered by the Court granting the Marshack Hays employment application; | .10 | 670.00 | 67.00 |
| 2/18/26 | SRH | Review and analyze entered order approving employment application; | .10 | 470.00 | 47.00 |
| 2/23/26 | CB | Review and respond to e-mail from David A. Wood re: declaration that no party requested a hearing Debtor's employment application for Stretto; | .10 | 380.00 | 38.00 |
| 2/23/26 | CB | Prepare draft declaration that no party requested a hearing on Stretto employment (.20); Prepare draft order granting Stretto application (.20); | .40 | 380.00 | 152.00 |
| 2/24/26 | CB | Review and respond to e-mail from David A. Wood re: declaration and order granting employment of Stretto; | .10 | 380.00 | 38.00 |
| 2/24/26 | CB | Revise and finalize declaration that no party requested a hearing re: Stretto employment (.20); Identify and mark exhibits in support of same (.10); Prepare proof of service re: same (.20); Revise and finalize order granting Stretto application re: same (.10); E-mail service instructions re: same (.10); | .70 | 380.00 | 266.00 |
| 2/24/26 | CB | E-mail to Stretto re: service of declaration that no party requested a hearing on Stretto employment to Debtor; | .10 | 380.00 | 38.00 |
| 2/24/26 | DAW | Review and revise the order granting Stretto's employment application (.10); Review and respond to multiple e-mail correspondence from Cynthia Bastida re: same (.10); | .20 | 670.00 | 134.00 |
| 2/24/26 | MWG | Review entered order re: Stretto's employment (.10); | .10 | 670.00 | 67.00 |
| 2/24/26 | SRH | Review entered order approving Stretto employment application; | .10 | 470.00 | 47.00 |
| 4/22/26 | CB | Review and respond to e-mail from David A. Wood re: 21 day notice for Chapter 11 fees; | .10 | 390.00 | 39.00 |
| 4/22/26 | CB | Prepare draft 21 day notice for Chapter 11 fees (.20); Review judge's self calendaring re: same (.10); E-mail to David A. Wood re: call to clerk re: same (.10); | .40 | 390.00 | 156.00 |
| 4/23/26 | CB | Telephone conversation with court clerk re: confirmation of hearing date on interim fee application (.10); Revise 21 notice re: same (.10); E-mail to David A. Wood re: same (.10); | .30 | 390.00 | 117.00 |
| 4/23/26 | CB | Revise and finalize notice to professionals re: interim fee applications (.20); Prepare proof of service re: same (.10); E-mail service instructions to front desk re: Judge's copy (.10); E-mail service instructions to Stretto re: same (10); | .50 | 390.00 | 195.00 |
| 4/23/26 | CB | Review and respond to e-mail from operator re: service of Judge's copy; | .10 | 390.00 | 39.00 |

EXHIBIT 2, PAGE 38

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.  
Client-Matter# 1912-002

May 4, 2026  
Invoice # 20672

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/23/26 | CB | Review and respond to e-mail from Stretto re: confirmation of service of interim fee application; | .10 | 390.00 | 39.00 |
| 4/27/26 | DAW | Review and analyze the Stretto bill and review the employment app to confirm that they can get paid in the ordinary course (.30); Draft and send e-mail correspondence to Josh Teeple and Luke Sanchez re: same (.10); | .40 | 690.00 | 276.00 |
| | | **Sub-Total Fees:** | **14.20** | | **$ 6,838.00** |

**TOTAL FEES**      **$ 64,082.00**

EXHIBIT 2, PAGE 39

**EXHIBIT 3**

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                                    May 4, 2026
Client-Matter# 1912-002                                                    Invoice # 20672

**FEE RECAP BY TASK CODE**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| 10 | Litigation | 2.50 | 1,259.00 |
| 11 | Meetings of Creditors | 1.20 | 804.00 |
| 12 | Plan and Disclosure Statement | 11.50 | 6,587.00 |
| 3 | Business Operations | 25.80 | 15,928.00 |
| 4 | Case Administration | 59.40 | 31,255.00 |
| 5 | Claims Administration and Objections | 3.00 | 1,411.00 |
| 7 | Fee/Employment Applications | 14.20 | 6,838.00 |
| | Sub-Total of Fees: | 117.60 | $ 64,082.00 |

23

EXHIBIT 3, PAGE 40

### MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                                      May 4, 2026
Client-Matter# 1912-002                                                 Invoice # 20672

**FEE RECAP BY ATTORNEY**

| Name | Atty | Staff Level | N/C Hours | Billed Hours | Rate | Billed Amount |
|------|------|-------------|-----------|--------------|------|---------------|
| Dinkins, Laurel | LD | Paralegal | .00 | 2.80 | 340.00 | 952.00 |
| Pamela Kraus | PK | Paralegal | .00 | 6.70 | 381.19 | 2,554.00 |
| Layla Buchanan | LB | Paralegal | .00 | 29.00 | 381.79 | 11,072.00 |
| Cynthia Bastida | CB | Paralegal | .00 | 9.10 | 382.42 | 3,480.00 |
| Sarah R. Hasselberger | SRH | Associate | .00 | 5.20 | 471.54 | 2,452.00 |
| Matthew W. Grimshaw | MWG | Of Counsel | .00 | 2.60 | 670.00 | 1,742.00 |
| Aaron E. de Leest | AEd | Partner | .00 | 20.80 | 670.00 | 13,936.00 |
| David A. Wood | DAW | Partner | .00 | 41.40 | 673.77 | 27,894.00 |
| **Total** | | | **.00** | **117.60** | | **$ 64,082.00** |

24

EXHIBIT 3, PAGE 41

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                        May 4, 2026
Client-Matter# 1912-002                                        Invoice # 20672

## FEE RECAP BY MONTH

**David A. Wood**

|  |  |  |
|---|---|---|
| 01/2026 | 18.80 | 12,596.00 |
| 02/2026 | 11.30 | 7,571.00 |
| 03/2026 | 3.50 | 2,345.00 |
| 04/2026 | 7.80 | 5,382.00 |
| **Subtotal for David A. Wood** | **41.40** | **$ 27,894.00** |

**Aaron E. de Leest**

|  |  |  |
|---|---|---|
| 01/2026 | 14.10 | 9,447.00 |
| 02/2026 | 2.00 | 1,340.00 |
| 03/2026 | 4.70 | 3,149.00 |
| **Subtotal for Aaron E. de Leest** | **20.80** | **$ 13,936.00** |

**Matthew W. Grimshaw**

|  |  |  |
|---|---|---|
| 01/2026 | 2.00 | 1,340.00 |
| 02/2026 | .40 | 268.00 |
| 03/2026 | .20 | 134.00 |
| **Subtotal for Matthew W. Grimshaw** | **2.60** | **$ 1,742.00** |

**Sarah R. Hasselberger**

|  |  |  |
|---|---|---|
| 01/2026 | 3.90 | 1,833.00 |
| 02/2026 | 1.10 | 517.00 |
| 03/2026 | .10 | 47.00 |
| 04/2026 | .10 | 55.00 |
| **Subtotal for Sarah R. Hasselberger** | **5.20** | **$ 2,452.00** |

**Pamela Kraus**

|  |  |  |
|---|---|---|
| 01/2026 | 4.80 | 1,824.00 |
| 02/2026 | .80 | 304.00 |
| 03/2026 | .30 | 114.00 |
| 04/2026 | .80 | 312.00 |
| **Subtotal for Pamela Kraus** | **6.70** | **$ 2,554.00** |

**Layla Buchanan**

|  |  |  |
|---|---|---|
| 01/2026 | 19.20 | 7,296.00 |
| 02/2026 | 4.00 | 1,520.00 |
| 03/2026 | .60 | 228.00 |
| 04/2026 | 5.20 | 2,028.00 |
| **Subtotal for Layla Buchanan** | **29.00** | **$ 11,072.00** |

25

EXHIBIT 3, PAGE 42

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.  
Client-Matter# 1912-002

May 4, 2026  
Invoice # 20672

**Cynthia Bastida**

|  | | | |
|---|---|---|---|
|  | 01/2026 | 2.20 | 836.00 |
|  | 02/2026 | 1.40 | 532.00 |
|  | 03/2026 | 3.30 | 1,254.00 |
|  | 04/2026 | 2.20 | 858.00 |
|  | **Subtotal for Cynthia Bastida** | **9.10** | **$ 3,480.00** |

**Dinkins, Laurel**

|  | | | |
|---|---|---|---|
|  | 01/2026 | 2.80 | 952.00 |
|  | **Subtotal for Dinkins, Laurel** | **2.80** | **$ 952.00** |

EXHIBIT 3, PAGE 43

**EXHIBIT 4**

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                      May 4, 2026
Client-Matter# 1912-002                                      Invoice # 20672

## DISBURSEMENTS

### E101 Copying

| Date | Description | Amount |
|---|---|---|
| 1/13/26 | Document Copies re: Notice of hearing on utility motion (judge copy included) | 1.00 |
| 1/13/26 | Document Copies re: Notice of hearing on cash collateral motion | 1.10 |
| 1/21/26 | Document Copies re: Notice of chapter 11 bankruptcy case | 84.00 |
| 1/21/26 | Document Copies re: Statement re: payments to subcontractors with liens in debtor's motion for order approving maintenance of prepetition bank accounts and continued use of cash management procedure; Declaration of Luke Sanchez (judge copy included) | 2.20 |
| 1/21/26 | Document Copies re: Debtor's initial status report (judge copy) | 1.10 |
| 1/26/26 | Document Copies re: Notice of application for employment of firm as general counsel (judge copy included) | 68.80 |
| 1/26/26 | Document Copies re: Application for employment of firm as general counsel (judge copy included) | 5.20 |
| 1/28/26 | Document Copies re: Reply in support of cash collateral motion (judge copy included) | .80 |
| 2/02/26 | Document Copies re: 02-03-26 Hearing binder for DAW re: Status Report, Cash Collateral Opposition, and Interim Order on Utility Motion | 7.00 |
| 2/04/26 | Document Copies re: Statement of utility deposits (judge copy included) | 7.20 |
| 2/05/26 | Document Copies re: Notice of bar date for filing proofs of claim in chapter 11 case (judge copy) | .50 |
| 2/05/26 | Document Copies re: Notice of scheduling order and continued status conference (judge copy) | .80 |
| 2/05/26 | Document Copies re: Notice of application by debtor's for entry of order (A) authorizing the retention and appointment of Stretto, Inc. as claims, noticing, and soliciting agent, and (B) granting related relief (judge copy included) | 21.20 |
| 2/05/26 | Document Copies re: Debtor's application for entry of order (A) authorizing the retention and appointment of Stretto, Inc. as claims, noticing, and solicitation agent, and (B) granting related relief; Declaration of Joshua Teeple and Sherly Betance in support (judge copy included) | 11.00 |
| 2/18/26 | Document Copies re: Monthly operating report for small business under chapter 11 | 12.40 |
| 2/18/26 | Document Copies re: Declaration that no party requested a hearing on motion (judge copy included) | 7.80 |
| 2/24/26 | Document Copies re: Declaration that no party requested a hearing on motion (judge copy included) | 14.00 |
| 2/25/26 | Document Copies re: Monthly operating report (judge copy) | 5.90 |
| 3/23/26 | Document Copies re: Stipulation re: cash collateral (judge copy) | .70 |
| 3/24/26 | Document Copies re: Monthly operating report (judge copy included) | 28.20 |
| 3/27/26 | Document Copies re: Notice of updated budget in support of cash collateral (judge copy) | 1.20 |
| 3/27/26 | Document Copies re: Updated stipulated re: cash collateral (judge copy) | 1.80 |
| 4/02/26 | Document Copies re: Notice of bar date for filing proofs of claim in a chapter 11 case (judge copy included) | 23.90 |
| 4/23/26 | Document Copies re: Notice to retained professionals re: hearing on interim fee applications (Judge copy) | .30 |
| | **Sub-Total of Disbursements** | **$ 308.10** |

27

EXHIBIT 4, PAGE 44

## MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                          May 4, 2026
Client-Matter# 1912-002                                          Invoice # 20672

### E102 Outside Printing

| Date | Description | Amount |
|------|-------------|--------|
| 2/11/26 | Outside copy service for Motion to Dismiss, Notice of Unpublished Authorities in Support of Defendants' Motion to Dismiss Comp - Digicopy, Inc. | 256.08 |
| | **Sub-Total of Disbursements** | **$ 256.08** |

### E106 Online Research

| Date | Description | Amount |
|------|-------------|--------|
| 2/02/26 | Computer Research re: Pacer usage; January 2026 | .40 |
| 2/02/26 | Computer Research re: LexisNexis usage, February 2026 | 23.67 |
| | **Sub-Total of Disbursements** | **$ 24.07** |

28

EXHIBIT 4, PAGE 45

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.
Client-Matter# 1912-002

May 4, 2026
Invoice # 20672

**E107 Delivery Services/Messenger**

| Date | Description | Amount |
|---|---|---|
| 1/07/26 | Courtesy copies of Motion for cash collateral, and Motion to use ore-petition bank accounts to Judge Houle/Santa Ana, CA - Nationwide Legal, Inc. | 16.50 |
| 1/07/26 | Courtesy copies of Notice of scheduling order and case management conference to Judge Houle/Santa Ana, CA - Nationwide Legal, Inc. | 28.00 |
| 1/07/26 | Document Copies re: Motion for cash collateral (judge copy included) | 10.60 |
| 1/07/26 | Document Copies re: Motion to use pre-petition bank accounts (judge copy included) | 5.00 |
| 1/07/26 | Document Copies re: Motion authorizing payment of pre-petition wages (judge copy included) | 5.40 |
| 1/07/26 | Document Copies re: Motion for order prohibiting utility providers from altering, refusing, or discontinuing service (judge copy included) | 4.80 |
| 1/07/26 | Document Copies re: Notice of scheduling order and case management conference | 32.40 |
| 1/07/26 | Postage re: Motion for order prohibiting utility providers from altering, refusing, or discontinuing service, and Motion authorizing payment of pre-petition wages, and Motion to use pre-petition bank accounts, and Motion for cash collateral | 4.44 |
| 1/07/26 | Postage re: Notice of scheduling order and case management conference | 26.64 |
| 1/13/26 | Courtesy copies of Notice of hearing on cash collateral motion, and Notice of hearing on utility motion to Judge Houle/Santa Ana, CA - Nationwide Legal, Inc. | 16.50 |
| 1/20/26 | Obtain amended schedules | 34.00 |
| 1/21/26 | Courtesy copies of Statement re: payments to subcontractors with liens in debtor's motion for order to Judge Houle/Santa Ana, CA - Nationwide Legal, Inc. | 14.75 |
| 1/26/26 | Courtesy copies of Application for Employment of Firm as General Counsel, and Notice of Application to Judge Houle/Santa Ana, CA - Nationwide Legal, Inc. | 29.50 |
| 1/28/26 | Courtesy copies of Reply in support of cash collateral motion to Judge Houle/Santa Ana, CA - Nationwide Legal, Inc. | 29.50 |
| 2/04/26 | Courtesy copies of Statement of utility deposits to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 16.50 |
| 2/05/26 | Courtesy copies of Notice of bar date for filing proofs of claim in chapter 11 case, and Notice of scheduling to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 16.50 |
| 2/18/26 | Courtesy copies of Declaration that no party requested a hearing on motion to Judge Houle/Santa Ana, CA - Nationwide Legal, Inc. | 16.50 |
| 2/24/26 | Courtesy copies of Declaration that no party requested a hearing on motion to Judge Houle/Santa Ana, CA - Nationwide Legal, Inc. | 14.75 |
| 2/25/26 | Courtesy copies of Monthly operating report to Judge Houle/Santa Ana, CA - Nationwide Legal, Inc. | 16.50 |
| 3/23/26 | Courtesy copies of Stipulation re: cash collateral to Judge Houle/Santa Ana, CA - Nationwide Legal, Inc. | 16.50 |
| 3/24/26 | Courtesy copies of Monthly operating report to Judge Houle/Santa Ana, CA - Nationwide Legal, Inc. | 16.50 |
| 3/25/26 | Courtesy copies to United States Bankruptcy Court/Santa Ana, CA - Nationwide Legal, Inc. | 56.00 |
| 3/27/26 | Courtesy copies of Notice of updated budget in support of cash collateral to Judge Houle/Santa Ana, CA - Nationwide Legal, Inc. | 16.50 |
| 3/27/26 | Courtesy copies of Updated stipulation re: cash collateral to Judge Houle/Santa Ana, CA - Nationwide Legal, Inc. | 29.50 |
| 3/27/26 | Courtesy copies of Motion for order establishing conditions and procedures for dismissal of case to Judge Clarkson/Santa Ana, CA - Nationwide Legal, Inc. | 16.50 |
| | **Sub-Total of Disbursements** | **$ 490.28** |

EXHIBIT 4, PAGE 46

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                                                  May 4, 2026
Client-Matter# 1912-002                                                                  Invoice # 20672

**E108 Postage**

| Date | Description | Amount |
|---|---|---|
| 1/21/26 | Postage re: Notice of chapter 11 bankruptcy case | 61.80 |
| 1/21/26 | Postage re: Statement re: payments to subcontractors with liens in debtor's motion for order approving maintenance of prepetition bank accounts and continued use of cash management procedure; Declaration of Luke Sanchez | .74 |
| 1/26/26 | Postage re: Notice of application for employment of firm as general counsel | 62.16 |
| 1/26/26 | Postage re: Notice of application for employment of firm as general counsel, and Application for employment of firm as general counsel | 1.61 |
| 1/28/26 | Postage re: Reply in support of cash collateral motion | .74 |
| 2/02/26 | Postage re: Resent Mail | .74 |
| 2/04/26 | Postage re: Resent Mail | .74 |
| 2/04/26 | Postage re: Statement of utility deposits | 4.44 |
| 2/05/26 | Postage re: Notice of application by debtor's for entry of order (A) authorizing the retention and appointment of Stretto, Inc. as claims, noticing, and soliciting agent, and (B) granting related relief | 14.06 |
| 2/05/26 | Postage re: Notice of application by debtor's for entry of order (A) authorizing the retention and appointment of Stretto, Inc. as claims, noticing, and soliciting agent, and (B) granting related relief, and Debtor's application for entry of order (A) authorizing the retention and appointment of Stretto, Inc. as claims, noticing, and solicitation agent, and (B) granting related relief; Declaration of Joshua Teeple and Sherly Betance in suppport | 3.00 |
| 2/12/26 | Postage re: Resent Mail | 2.06 |
| 2/13/26 | Postage re: Returned Mail | .74 |
| 2/18/26 | Postage re: Monthly operating report for small business under chapter 11 | 5.28 |
| 2/18/26 | Postage re: Declaration that no party requested a hearing on motion | 1.32 |
| 2/24/26 | Postage re: Declaration that no party requested a hearing on motion | 3.28 |
| 3/24/26 | Postage re: Monthly operating report | 9.84 |
| 4/02/26 | Postage re: Notice of bar date for filing proofs of claim in a chapter 11 case | 56.24 |
|  | **Sub-Total of Disbursements** | **$ 228.79** |

**E109 Local Travel**

| Date | Description | Amount |
|---|---|---|
| 3/31/26 | Travel and parking to attend hearing | 21.02 |
|  | **Sub-Total of Disbursements** | **$ 21.02** |

**CURRENT DISBURSEMENTS**                                           **$ 1,328.34**

30

EXHIBIT 4, PAGE 47

**EXHIBIT 5**

MARSHACK HAYS WOOD LLP

Pappas Piping Service, Inc.                                                    May 4, 2026
Client-Matter# 1912-002                                                  Invoice # 20672

**DISBURSEMENT RECAP BY TASK CODE**

| Task | Description | Amount |
|------|-------------|-------:|
| E101 | Copying | 308.10 |
| E102 | Outside Printing | 256.08 |
| E106 | Online Research | 24.07 |
| E107 | Delivery Services/Messenger | 490.28 |
| E108 | Postage | 228.79 |
| E109 | Local Travel | 21.02 |
|      | Sub-Total of Disbursements | $ 1,328.34 |

**TOTAL CURRENT CHARGES**                                      **$ 65,410.34**

31

EXHIBIT 5, PAGE 48

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS BY MARSHACK HAYS WOOD LLP AS GENERAL COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF DAVID A. WOOD IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 5, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR DEBTOR:** Aaron E. De Leest     adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR: LIVE OAK BANKING COMPANY:** Bernard J Kornberg    bernie.kornberg@millernash.com, edgar.rosales@millernash.com
- **US TRUSTEE: United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR: David Wood**     dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 5, 2026**, I delivered the document described above via email to Stretto, Debtor's claims and noticing agent, for service on all interested parties at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. Upon completion of the service by Stretto to Debtor, Stretto will file a Certificate of Service listing the address served.

**DEBTOR**
PAPPAS PIPING SERVICE, INC.
23832 ROCKFIELD BLVD., SUITE 245
LAKE FOREST, CA 92630-2884

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 5, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
**PRESIDING JUDGE'S COPY**
HONORABLE MARK D. HOULE
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 6135 / COURTROOM 6C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 5, 2026 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**