DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for
PAPPAS PIPING SERVICE, INC.

FILED & ENTERED

AUG 12 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re

PAPPAS PIPING SERVICE, INC.,

Debtor.

Case No. 8:26-bk-10033-MH

Chapter 11

ORDER GRANTING DEBTOR AND DEBTOR-IN-POSSESSION'S MOTION FOR APPROVAL OF DISCLOSURE STATEMENT DESCRIBING DEBTOR'S LIQUIDATING CHAPTER 11 PLAN OF REORGANIZATION AND SETTING CONFIRMATION SCHEDULE

<u>Disclosure Statement Hearing</u>
Date: August 4, 2026
Time: 1:30 p.m.
Courtroom: 6C
Place: 411 W. Fourth St., Santa Ana, CA 92701

<u>Plan Confirmation Hearing</u>
Date: October 27, 2026
Time: 1:30 p.m.
Courtroom: 6C
Place: 411 W. Fourth St., Santa Ana, CA 92701

/ / /

/ / /

On August 4, 2026, the Court held a hearing on the *Debtor and Debtor-in-Possession's Motion for Approval of Disclosure Statement Describing Debtor's Liquidating Chapter 11 Plan of Reorganization* ("Motion"), filed by the debtor and debtor-in-possession, Pappas Piping Service, Inc. ("Debtor"), on June 10, 2026, as Docket No. 127. All appearances were noted on the record.

Having reviewed the Motion, the *Debtor-in-Possession's First Amended Chapter 11 Plan of Reorganization* ("Plan"), filed by the Debtor on August 11, 2026, as Docket No. 148, the *Disclosure Statement Describing Debtor-in-Possession's First Amended Chapter 11 Plan of Reorganization* ("Disclosure Statement"), filed by the Debtor on August 11, 2026, as Docket No. 149, and the record in this case, the Court enters its order as follows:

IT IS ORDERED:

1. The Motion is granted.

2. The Disclosure Statement is approved.

3. The deadline for the Debtor to serve the solicitation package, including the Plan and ballots, is August 18, 2026.

4. Completed ballots must be served on the Debtor's counsel such that they are received on or before the close of business on September 8, 2026.

5. The deadline for the Debtor to file its confirmation brief, memorandum of points and authorities in support of plan confirmation, and evidence of feasibility is September 22, 2026.

6. The deadline for the Debtor to file a ballot summary attaching copies of the ballots is September 22, 2026.

7. The deadline for creditors, the U.S. Trustee, or any other party in interest, to file any opposition or response to plan confirmation is October 6, 2026.

8. The deadline to file a reply to any opposition or response to plan confirmation, if any, is October 13, 2026; and

/ / /

/ / /

/ / /

/ / /

9. A hearing on plan confirmation will be held on October 27, 2026, at 1:30 p.m.

###

Date: August 12, 2026

Mark Houle
United States Bankruptcy Judge