FILED & ENTERED

AUG 14 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re:

PAPPAS PIPING SERVICE, INC.

Debtor.

Case No: 8:26-bk-10033-MH

Chapter: 11

**ORDER SETTING HEARING ON REQUEST RE: FORM OF SERVICE OF CHAPTER 11 PLAN PACKAGES**

Hearings Set:

Date: August 14, 2026
Time: 3:00 p.m.
Place: 411 W. Fourth St.
Santa Ana, CA 92701
Courtroom: 6C

On January 6, 2026, Pappas Piping Service, Inc. ("Debtor") filed a Chapter 11 voluntary petition. On August 4, 2026, the Court held a hearing on approval of Debtor's disclosure statement. On August 12, 2026, the Court entered its *Order Granting Debtor and Debtor-in-Possession's Motion for Approval of Disclosure Statement Describing Debtor's Liquidating Chapter 11 Plan of Reorganization and Setting Confirmation Schedule* (the "Order") [Dkt. No. 151]. Pursuant to the Order, Debtor's deadline to serve the solicitation package is August 18, 2026.

On August 13, 2026, Debtor's counsel called chambers informally requesting that the Court approve a non-traditional form of service (i.e. either QR Codes or thumb drives). Based on the request, and UST having been apprised of the request, the Court hereby schedules the request for hearing on August 14, 2026, at 3:00 p.m. in Courtroom 6C of the above-captioned court.

IT IS SO ORDERED.

###

Date: August 14, 2026

Mark Houle
United States Bankruptcy Judge